**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **JACK L. WAGNER**
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 6/20/06

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIRGIL M. ROGERS,

    Plaintiff,

v.

ASSISTANT UNITED STATES ATTORNEY
PHILIP A. FERRARI, et al.,

    Defendants.

CASE NUMBER 1:06CV01186

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/29/2006

<u>O R D E R</u>

    As to defendant Karen Norman-Johnson, the above-captioned case is hereby TRANSFERRED to the United States District Court for the District of Columbia.

    IT IS SO ORDERED.

    DATED: June 19, 2006.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

Case 1:06-cv-01136-ESH   Document 1   Filed 06/29/2006   Page 1 of 1

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@caed.uscourts.gov
Bcc:Lauren.Birnbaum@dc.gov,Patricia.Jones@dc.gov,bernadine@lawyer.com,caed_cmecf_lkk
Message-Id:<1071314@caed.uscourts.gov>
Subject:Activity in Case 2:05-cv-01177-LKK-PAN (JFM) Rogers v. Ferrari et al "Order"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was received from Duong, D entered on 6/20/2006 at 3:24 PM PDT and filed on 6/20/2006

**Case Name:** (JFM) Rogers v. Ferrari et al
**Case Number:** 2:05-cv-1177
**Filer:**
**WARNING: CASE CLOSED on 06/20/2006**
**Document Number:** 92

**Docket Text:**
ORDER signed by Judge Lawrence K. Karlton on 6/19/06 ORDERING that as to dft Karen Norman-Johnson, the case is TRANSFERRED to District of Columbia. CASE CLOSED.(Duong, D)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=6/20/2006] [FileNumber=1071312-0
] [4720c30a04c3394f923bb62c682cc1a755573b9815d165770b8d4ce3d70deca8cd9
48ccbbadf0999683d0ccbc50c0cdc64bfc95157bf9c7a7a36667b03524975]]

**2:05-cv-1177 Electronically filed documents will be served electronically to:**

Lauren J. Birnbaum    Lauren.Birnbaum@dc.gov, Patricia.Jones@dc.gov

Kendall J Newman    kendall.newman@usdoj.gov, usacae.ecfsaccv@usdoj.gov, pamela.beauvais@usdoj.gov, deb.duckett@usdoj.gov, tammy.teglia@usdoj.gov, sherri.swanson@usdoj.gov

Bernadine T. Tsung-Megason    bernadine@lawyer.com, tsung2003@lawnet.ucla.edu

**2:05-cv-1177 Electronically filed documents must be served conventionally by the filer to:**