AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Virgil M. Rogers

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER   06-01186 (ESH)

District of Columbia, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Sean Patrick Beaty__ as counsel in this
        (Attorney's Name)

case for: __Karen Johnson-Norman__
    (Name of party or parties)

July 6, 2006
Date

DC Bar # 493597
BAR IDENTIFICATION

*(signature)*
Signature

Sean P. Beaty
Print Name

1299 Pennsylvania Ave., NW
Address

Washington, DC    20004
City   State   Zip Code

(202) 383-6944
Phone Number