AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

Virgil M. Rogers

      Plaintiff(s)    )
                              )    **APPEARANCE**
                              )
           vs.         )    CASE NUMBER   06-01186 (ESH)
District of Columbia, et al.    )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Sean Patrick Beaty__ as counsel in this
                                 (Attorney's Name)

case for: __Karen Johnson-Norman__
              (Name of party or parties)

July 6, 2006                         *[signature]*
Date                                        Signature

DC Bar # 493597                  Sean P. Beaty
BAR IDENTIFICATION            Print Name

                                    1299 Pennsylvania Ave., NW
                                    Address

                                    Washington, DC      20004
                                    City          State       Zip Code

                                    (202) 383-6944
                                    Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that copies of Sean P. Beaty's Notice of Appearance were served by regular United States mail, postage prepaid, this 7th day of July, 2006 upon each of the parties listed below:

Virgil Rogers
2120 Pantages Circle
Rancho Cordova, CA 95670-2421

Bernadine T. Tsung-Megason
(Former Counsel)
4 East Holly St., Suite 215
Pasadena, CA 91103

/s/ Sean Beaty
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Attorney for Defendant Karen Johnson-Norman