# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIN M. ROGERS, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA; METROPOLITAN ) | |
| POLICE DEPARTMENT OF THE DISTRICT ) | Civil Case. No. **06-01186 (ESH)** |
| OF COLUMBIA; DETECTIVE RALPH ) | |
| DURANT, individually and in his official ) | |
| capacity; CHIEF CHARLES H. RAMSEY, ) | |
| individually and in his individual capacity; ) | |
| KAREN JOHNSON-NORMAN, an individual, ) | |
| DOES 1 to 50, inclusive ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is Defendant Johnson-Norman's Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted.

Upon the reasons stated in Petitioner's opposition to this motion, it is, this ____ day of _____ **2006**, hereby

**ORDERED** that Defendant Johnson-Norman's Motion to Dismiss shall be and is hereby **GRANTED.**

Ellen Segal Huvelle
United States District Court Judge
United States District Court for the District of Columbia