Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA; METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA; DETECTIVE RALPH DURANT, individually and in his official capacity; CHIEF CHARLES H. RAMSEY, individually and in his individual capacity; KAREN JOHNSON-NORMAN, an individual, DOES 1 to 50, inclusive <br><br> Defendants. | Civil Case. No. **06-01186 (ESH)** |

### DECLARATION OF SEAN P. BEATY IN SUPPORT OF KAREN JOHNSON-NORMAN'S MOTION TO DISMISS

I, Sean P. Beaty, declare as follows:

1. I am an associate at Howrey LLP, counsel of record for Defendant Karen Johnson-Norman. In preparing this declaration, I have reviewed and am familiar with public records and transcripts related to the following cases: *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005), *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003), *U.S. v. Rodgers*, Mag. No. 03-132 PAN (Cal. 2003), and *U.S. v. Rodgers*, M-9709-00 (D.C. 2000).

2. A true and correct copy of Judge Lynn Leibovitz's Order Denying Virgil Rogers' Motion for Reconsideration filed in *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003), dated January 29, 2004, is attached hereto as Exhibit A. The Order is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

3. A true and correct copy of *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196, Memorandum Opinion and Judgment of the District of Columbia Court of Appeals affirming the lower court's granting of a Civil Protection Order to Karen Johnson-Norman against Virgil Rogers, dated September 26, 2005, is attached hereto as Exhibit B. The decision is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

4. A true and correct copy of Virgil Rogers' Notice of Appeal filed in *U.S. v. Rodgers*, M-9709-00 (D.C. 2000), dated December 31, 2001, is attached hereto as Exhibit C. The document is appropriate for judicial notice because it constitutes a matter of public record. *See* Fed. Rule Evid. 201(b).

5. A true and correct copy of the Judgment and Commitment/Probation Order of the Superior Court of the District of Columbia filed in *U.S. v. Rodgers*, M-9709-00 (D.C. 2000), dated July 23, 2003, is attached hereto as Exhibit D. The Order is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

6. A true and correct copy of the transcript of the Civil Protection Order hearing before the Honorable Judge Lynn Leibovitz in *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003) is attached hereto as Exhibit E. The transcript is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

7. A true and correct copy of the Civil Protection Order granted to Karen Johnson-Norman against Virgil Rogers on October 29, 2003 in *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003) is attached hereto as Exhibit F. The Order is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

8. A true and correct copy of Virgil M. Rogers' Appeal Brief filed in *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005), dated March 29, 2004, is attached hereto as Exhibit G. This brief is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

9. A true and correct copy of Virgil M. Rogers' Appeal Brief filed in *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005), dated August 30, 2004, is attached hereto as Exhibit H. This brief is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

10. A true and correct copy of the transcript of proceedings in this before the Honorable Peter A. Nowinski, dated June 19, 2003 in *U.S. v. Rodgers*, Mg. No. 03-132 PAN, is attached hereto as Exhibit I. The transcript is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

  I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 12, 2006.


                  _____
                  Sean P. Beaty