# EXHIBIT C

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
NOTICE OF APPEAL ( ☐ Amended Notice ☐ Appeal)
CRIMINAL DIVISION AND FAMILY DIVISION - JUVENILE BRANCH ONLY

Plaintiff _United States_    Superior Court Case Number _M 9709 00_

vs.

Defendant _Virgil Rodgers_

☐ Appoint new counsel for appeal

A Notice is hereby given that _Virgil Rodgers_ appeals to the District of Columbia Court of Appeals from the ☐ Judgment or ☒ Order of the Criminal Division or Family Division-Juvenile Branch of this Court entered on the _16th_ day of _November_, 20_01_, by Judge/Commissioner _John R Hess_.
Description of Judgment or Order: _Sentence Defendant to 30 days in Jail and extend probation to November 16, 2003._

B ☐ Jury Trial    ☒ Trial by Court    ☐ Other _____

C Defendant's DCDC#: _____    Current Status: ☐ On Bond ☐ Confined
  Defendant's address: _PO Box 25272_    _Alexandria_    _VA_    _22313_
                        Street              City           Zip Code
  Convictions: _Attempted Stalking_
  ☐ Juvenile ☐ Felony ☒ Misdemeanor ☐ Traffic ☐ D.C. ☐ Special Proceedings ☐ Misdemeanor Domestic Violence

D Indicate the Appropriate Status of this Case:    ☒ CJA    ☐ Paid

E List dates of transcript portions needed include Court Reporter's name. Order only the transcript portion needed for appeal. fer to D.C. Court of Appeals Rule 23(c). (Attach separate sheet of paper for additional transcript information if needed.)

| Transcript Portion | Date(s) | Court Reporter's Name(s) or indicate tape |
|---|---|---|
| ALL | November 16, 2001 | TAPE |
|  |  |  |
|  |  |  |
|  |  |  |

F Provide name and address of parties and attorneys to be served. List party type as appellant, appellant's attorney, appellee or appellee's attorney.

| Name | Address | Party Type | Telephone Number |
|---|---|---|---|
| Appellant Virgil Rodgers | PO Box 25272, Alexandria, VA 22313 | Appellant | 202 221 1023 |
| John Fisher | 400 C St NW, Wash, DC | Appellee |  |

G Notice of Appeal filed by: ☐ Attorney-Government ☐ Attorney-Defendant ☒ Defendant Pro-Se (no attorney)

Print name _Virgil Rodgers_    Signature _____    Unified Bar Number _____
_PO Box 25272_    _Alexandria, VA_    _22313_    _202 221 1023_
Street              City, State          Zip Code    Telephone Number

NOTE: Complete all sections of this form. File an original and eight photocopies in the appropriate Superior Court branch. Retained trial counsel must assist appellant in filing an _in forma pauperis_ affidavit or ensure that a Criminal Justice Act eligibility procedure has been conducted in Superior Court. For additional information, contact the Appeals Coordinator's Office at (202) 879-1731 or come to Room 48, Monday - Friday, between the hours of 9:00 a.m. to 4:00 p.m.

Form SC/1103-Dec 99