# EXHIBIT D

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

COPY #1610

Case No. M9709-00
FDID No. 521-725

vs.

_Virgil Rodgers_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____

"A" — Attempted Stalking

and having been found guilty by ☐ Jury ☑ Court, it is hereby **ORDERED** that the defendant has been convicted of, and is guilty of the offense(s) charged, and is hereby **SENTENCED** to _Credit for time served_

"A" — One hundred Eighty (180) days in jail.

→ Probation Revoked ←

☐     **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐     **MANDATORY MINIMUM** term does not apply.

☒     **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐     **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐     **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☐     Observe the general conditions of probation listed on the back of this order.

☐     Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐     Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
_____

☐     Restitution of $ _____ in monthly installments of $ _____ beginning
_____ (see reverse side for payment instructions.)

☐     The Court will distribute monies to _____

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

**ORDERED** that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

7-23-03
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

7-23-03
Date

John Bayless
Judge HC-8 S

Deputy Clerk

Form CD(18)-1040/Oct. 01