UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VIRGIL M. ROGERS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Act. No. 06-1186 (ESH) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Having considered *pro se* plaintiff Virgil Rogers' Motion for CM/ECF Password and Motion to Disjoin Defendants from Civil Action and Motion for Enlargement of Time to File Opposition to Defendant Karen Johnson-Norman's Motion to Dismiss, it is hereby

**ORDERED** that plaintiff's Motion for CM/ECF Password [6] is **GRANTED** in accordance with Local Civil Rule 5.4(b)(2), and the Clerk is instructed to issue plaintiff a CM/ECF password upon his completion of the requisite CM/ECF training; and it is

**FURTHER ORDERED** that plaintiff's Motion to Disjoin Defendants from Civil Action [6] is **GRANTED IN PART**, and the Clerk is instructed to amend the caption in the case to name only Karen Johnson-Norman as a defendant; and it is

**FURTHER ORDERED** that plaintiff's Motion to Disjoin Defendants [6] is otherwise denied to the extent that it seeks to name Does 1-50 Inclusive as defendants, as plaintiff's claims against Johnson-Norman were alone transferred from the United States District Court for the Eastern District of California; and it is

**FURTHER ORDERED** that plaintiff's Motion for Enlargement of Time to File

Opposition to Defendant Karen Johnson-Norman's Motion to Dismiss [6] is **GRANTED**. Plaintiff must file his opposition on or before September 11, 2006. There will be no further continuances.

    **SO ORDERED**.

                                                                                                                /s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date: July 24, 2006