RECEIVED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al )<br>)<br>Defendants )<br>) | Civil Action No. 06-1186 (ESH) |

**PLAINTIFF'S MOTION FOR CM/ECF PASSWORD AND MOTION TO DISJOIN DEFENDANTS FROM CIVIL ACTION AND MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO <u>DEFENDANT KAREN JOHNSON-NORMAN'S MOTION TO DISMISS</u>**

PLAINTIFF VIRGIL M. ROGERS requests the Court issue an order directing the Clerk to issue him a password granting him access to the CM/ECF system so that he may access the Court's electronic filing system for all future pleadings. Further, plaintiff moves the Court for leave to disjoin numerous defendant's from this civil action and for an enlargement of time with which to file his opposition to defendant Karen Johnson-Norman's Motion to Dismiss.

I.   CM/ECF PASSWORD

Plaintiff Rogers request the Court grant him access to the CM/ECF system so that he can electronically file pleadings with the Court in accordance with its electronic filing

order in this case and LCvR 5.4 (b) (2). Mr. Rogers is a skilled computer user and he has regular and generally unencumbered access to the secure internet connections necessary to utilize the system. Further, Plaintiff doesn't reside in the Washington metropolitan area since this case was recently transferred from District Court in Eastern California, so permitting him to electronically file will allow this matter to proceed more efficiently. Plaintiff has familiarized himself with the training materials on the Court's website and believes he can competently proceed on that basis.

II. **DISJOINDER OF DEFENDANTS**

Pursuant to Federal Rule 21, Plaintiff Rogers respectfully moves this Court for an order disjoining the following defendants from this civil action: ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, individually; ASSISTANT UNITED STATES ATTORNEY PAMELA SATTERFIELD, individually; ASSISTANT UNITED STATES ATTORNEY ALEXIA PAPPA, individually; DISTRICT OF COLUMBIA; METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA; DETECTIVE RALPH DURANT, individually, and in his official capacity; CHIEF CHARLES H. RAMSEY, individually and in his official capacity.

Since this case was originally filed in United States District Court Eastern California in Sacramento, some of the issues pertaining to these defendants were resolved by that court. To the best of Plaintiff's knowledge and belief, the claims involving these defendant's have been resolved such that they can be disjoined.

3

Defendant District of Columbia and its related defendants-Metropolitan Police, Ralph Durant, and Chief Charles Ramsey have agreed to settle the constitutional and tort claims presented by Plaintiff Rogers herein and therefore they have been disposed of in a manner favorable to Plaintiff Rogers. As such, plaintiff respectfully requests that these defendants be disjoined from this civil action without prejudice in the event that they fail to adhere to their obligations under that settlement agreement.

Concerning defendants Phillip Ferrari, Pamela Satterfield, and Alexia Pappa, the District Court, while withholding a disposition on the merits granted these defendants qualified immunity for their actions. Accordingly, Mr. Rogers would requests that the Court disjoin these defendants from the civil action without prejudice as well.

Plaintiff Rogers would like to proceed with all claims against defendant Karen Johnson-Norman and Does 1-50. As such, he request that the case caption be amended to read; VIRGIL M. ROGERS v. KAREN JOHNSON-NORMAN, DOES 1-50 INCLUSIVE.

### III. ENLARGEMENT OF TIME TO OPPOSE MOTION TO DISMISS

Plaintiff Rogers request the Court grant him an enlargement of time to file his opposition to defendant Johnson-Norman's pending Motion to Dismiss to on or before September 11, 2006.

## IV. CONCLUSION

WHEREFORE, Plaintiff Rogers moves this Court to grant him access to the CM/ECF system to electronically file his pleadings in accordance with the Court's prior directive. Further, he moves the Court to disjoin the defendants as noted above. Lastly, he moves the Court for an enlargement of time to September 11, 2006 with which to file his opposition to defendant's pending Motion to Dismiss.

Respectfully Submitted,

*/s/ Virgil Rogers*

VIRGIL M. ROGERS, *pro se*
PO Box 66352
Los Angeles, CA 90066
(310) 362-8762
(310) 943-6952 fax

### CERTIFICATE OF SERVICE

I hereby certify that I faxed a copy of the foregoing Motion for CM.ECF to Sean Beatty at (202) 383-6610 on/about July 22, 2006.

*/s/ V Rogers*

V Rogers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, )<br>)<br>　　　　　　　Plaintiff )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al )<br>)<br>　　　　　　　Defendants )<br>_____ ) | Civil Action No. 06-1186 (ESH) |

## ORDER

Plaintiff Virgil M. Rogers has filed a motion seeking permission to access the Court's CM/ECF system so that he may electronically file pleadings in this case and to be served electronically by other parties. He further seeks to disjoin all District of Columbia and federal defendant's due to the fact that they have either settled their claims against plaintiff or were permitted by the District Court in Eastern California to assert immunity. Finally, plaintiff moves the Court for leave to file his opposition to defendant Karen Johnson-Norman's Motion To Dismiss on or before September 11, 2006. Accordingly, it is hereby

**ORDERED** that the Clerk of the Court shall provide Plaintiff Rogers with the necessary password to henceforth file pleadings in this matter electronically. It is

**FURTHER ORDERED** that defendants ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, individually; ASSISTANT UNITED STATES ATTORNEY PAMELA SATTERFIELD, individually; ASSISTANT UNITED STATES

ATTORNEY ALEXIA PAPPA, individually; DISTRICT OF COLUMBIA; METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA; DETECTIVE RALPH DURANT, individually, and in his official capacity; CHIEF CHARLES H. RAMSEY, individually and in his official capacity; are hereby disjoined from this civil action without prejudice. The caption for this civil action shall be *VIRGIL M. ROGERS v. KAREN JOHNSON-NORMAN, DOES 1-50 INCLUSIVE.* It is

**FURTEHR ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than September 11, 2006.

**SO ORDERED**

/s/
_____
ELLEN SEGAL HUVELLE
United States District Judge