Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>KAREN JOHNSON-NORMAN<br>Defendant. | Civil Case. No. **06-01186 (ESH)** |

**SUPPLEMENTAL DECLARATION OF SEAN P. BEATY IN SUPPORT OF
KAREN JOHNSON-NORMAN'S MOTION TO DISMISS ROGER'S AMENDED
COMPLAINT**

I, Sean P. Beaty, declare as follows:

    1.    I am an associate at Howrey LLP, counsel of record for Defendant Karen Johnson-Norman. In preparing this declaration, I have reviewed and am familiar with public records and transcripts related to the following cases: *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005), *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003), *U.S. v. Rodgers*, Mag. No. 03-132 PAN (Cal. 2003), and *U.S. v. Rodgers*, M-9709-00 (D.C. 2000).

2. A true and correct copy of the settlement agreement reached in *Rogers v. Johnson-Norman*, No. 01-cv-01924 (E.D. Va. 2001), executed on December 26, 2002, is attached hereto as Exhibit J. This exhibit is filed under seal due to its potentially confidential nature, however this document is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

3. A true and correct copy of Karen Johnson-Norman's petition for a Civil Protection Order, filed in *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003), dated August 1, 2003, is attached hereto as Exhibit K. The petition is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

4. A true and correct copy of the transcript of the Civil Protection Order hearing before the Honorable Judge Robert Rigsby in *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 28, 2004) is attached hereto as Exhibit L. The transcript is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on September 19, 2006.

Sean P. Beaty