# EXHIBIT
# K

 

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## DOMESTIC VIOLENCE UNIT     (202) 879-0157

**Karen V. Johnson-Norman,**
             Petitioner,

IF No. 2497-03

             v.

**Virgil M. Rodgers**
**AKA Virgil M. Rogers,**
             Respondent.


## PETITION AND AFFIDAVIT FOR CIVIL PROTECTION ORDER

Pursuant to D.C. Code § 16-1001 et seq.; Petitioner respectfully requests that the court issue a 12-month Civil Protection Order against Respondent. In support of this request, petitioner states:

1. Respondent is related to Petitioner By: __ blood; __ legal custody; __marriage; __ having a child in common; __ previously having shared the same residence; _x_ romantic/dating relationship.

   If related by "romantic/dating relationship", answer the questions below:
   Do you reside in the District of Columbia?          __ yes _x_ no
   Did the incident described below occur in D.C.?      _x_ yes __ no

**The Respondent and the Petitioner are related by a year and a half dating relationship.**
2. Respondent committed or threatened to commit an act punishable as a criminal offense against Petitioner within the meaning of D.C. Code § 16- 1001, et seq.; by: (*Please describe any such acts including physical assaults like hitting, punching, shoving, or kicking; threats to do harm; or destruction of property*).

**A. On or about May 20, 2003.**
**At Location: Petitioner's work.**

     The Petitioner received a letter from the Respondent, though it was sent anonymously. The Respondent stated that in the past two to three weeks he had been two to three feet away from the Petitioner. This was in violation of the terms of the Respondent's probation. The letter encouraged the Petitioner to contact the Respondent.

**B. On or about April 28, 2003.**
**At Location: Petitioner's work.**

5

 

The Petitioner received a letter from the Respondent, though it was sent anonymously. The Respondent repeatedly states that he would never end the Petitioner's life; however, the Respondent has been very angry because the Petitioner has betrayed him. The Respondent states that other people have suggested that other people would hurt the Petitioner. The Respondent claims that other people have states that hurting the Petitioner would be an appropriate retaliation for what the Petitioner has done. The Respondent claims that the Petitioner has a greater chance of winning the Power Ball than having the misfortune, or fortune of being sexually assaulted by the Respondent. The Petitioner feels threatened by the repeated statements by the Respondent claiming that he would never hurt her.

**C. On or about March 19, 2003 at approximately 5:00 PM.**
**At Location: Petitioner's work.**

The Respondent called the Petitioner using an alias. The Respondent was in violation of his probation order, and since the Petitioner's work had recently moved, the Respondent had to actively search for the Petitioner's new work number.

**D. On or about January 14, 2003.**
**At Location: Petitioner's work.**

The Petitioner received a letter from the Respondent, though it was sent anonymously. The Respondent sent a picture of the Petitioner that he had previously taken. The Respondent asked how the Petitioner could continue to do all of these things to him when she used to be happy with him. The Respondent claims that anything the Petitioner does to him affects his supposed child.

**E. On or about June 18, 2002.**
**At Location: Petitioner's work.**

The Petitioner received a letter from the Respondent, though it was sent anonymously. The Respondent claims that everything that the Petitioner has done was unnecessary. The Respondent asked how the Petitioner could live with herself after everything she had done to the Respondent. The Respondent claims that the Petitioner owes it to him to contact him.

**F. On or about May 29, 2002 at approximately 4:15 PM.**
**At Location: Petitioner's work.**

The Respondent called the Petitioner to wish her Happy Birthday. The Respondent requested that the Petitioner go check the fax machine because he was going to send her something. The Petitioner stated that she would call the police.



ON THE BASIS OF THESE ALLEGATIONS, PETITIONER REQUESTS AN ORDER INCLUDING THE FOLLOW-
ING RELIEF: *(Check each form of relief you wish to be awarded by the court)*

1. ☑ Ordering Respondent not to abuse, threaten, or harass me and/or my children and/or not to physically discipline
   my children.

2. ☑ Ordering Respondent not to abuse, threaten, or harass other persons
   *(names)*: __Percy Norman__

3. ☑ Ordering Respondent to stay away from: ☑ my person; ☑ my work; ☑ my home;
   ☑ my children's school/daycare; ☑ other persons *(names)*: __Percy Norman__ ;
   ☑ other places I frequent *(describe)*: __VA Medical Hospital Wash, DC__
   __Reid Temple AME Church__

4. ☑ Ordering Respondent not to contact me:
   ☑ by telephone; ☑ in writing; ☑ in any other manner, directly or indirectly through a third party

5. ☐ Awarding me temporary custody of the minor children, named below.
   *(state name and date of birth of each child AND bring birth certificates to court hearing)*

   _____

**IF YOU ARE SEEKING CUSTODY, PLEASE COMPLETE QUESTIONS 5a - 5e:**

5a. The children's current address is *(You do not need to reveal this information if doing so will put you in danger)*:

   _____

5b. Over the past five years the children have lived at the following other addresses (if any): _____

   _____

5c. Names and addresses of the people the children have lived with during the past five years:

   _____
   _____

5d. Have you participated in or do you know of any other court cases concerning custody of these children?
   ☐ yes   ☐ no      If your answer is "yes" please indicate where the other case(s) was/were filed:

   _____

5e. Do you know of any other person other than yourself and Respondent who claims to have custody of the
   children?   ☐ yes   ☐ no

6. ☐ Awarding Respondent visitation with the child(ren) if Respondent shows that the child(ren) and I can be
   adequately protected from harm by the Respondent.

7. ☐ Ordering Respondent to pay child support for the above minor children, in an amount in accordance with
   the D.C. Child Support Guideline, through the Court Registry.

   To the best of my knowledge, Respondent's annual gross income equals or exceeds $ _____

   *(Bring any proof of your own AND Respondent's income to court hearing, including 2 recent pay stubs, tax
   returns for the past two years or a completed financial statement. Also bring proof of any other child
   support orders that affect you or Respondent).*

**IF YOU ARE SEEKING CHILD SUPPORT, PLEASE COMPLETE QUESTIONS 7a - 7d:**

7a. Has a paternity and/or child support case already been filed regarding any of the above-listed children?
   ☐ yes   ☐ no   If "yes," please indicate where the case was filed, the case number, and the outcome,
   if any: _____

7b. Are you or your children currently receiving public assistance?   ☐ yes   ☐ no

7c.  Is Respondent currentl~~ ~~loyed?      Yes ☐ No  ☐ Don't K~~~~

7d.  Do any of the children have special costs? *(e.g., tuition, daycare, medical insurance, cost of medically necessary services) (specify):* _____

8.  ☐ Ordering respondent to vacate my home, which:
☐ I rent/own by myself ; ☐ we rent/own together; ☐ I rent/own with someone other than Respondent
☐ *(Bring lease/deed to court hearing)*

9.  ☐ Ordering Respondent to provide me with financial assistance and/or spousal support to pay my rent/mortgage/ bills or other expenses.

10. ☐ Awarding possession and use of the following jointly owned property to petitioner:
_____
_____
_____

11. ☐ Ordering Respondent not to remove me and/or my children from his/her health insurance policy.

12. ☐ Ordering Respondent to reimburse me for medical costs, property damage, or other expenses I have incurred due to Respondent's actions *(Bring medical bills, receipts, invoices, or estimates to court hearing).*
Damaged property includes *(describe):* _____

13. ☐ Ordering Respondent to enroll in and complete an appropriate counseling program for:
☐ alcohol abuse; ☐ drug abuse; ☐ domestic violence; ☐ parenting;
☐ Other *(describe):* _____

14. ☑ Ordering the police to: ☐ stand by while Respondent vacates my home; ☐ make sure Respondent turns over m keys; ☐ accompany me and stand by while I recover my belongings from Respondent; ☑ assist me with service of process upon the Respondent.

15. ☑ Ordering Respondent to reimburse me for my attorney's fees and costs.

16. ☑ Other *(describe):* psychiatric evaluation/treatment - Respondent has previously received an evolution

17. ☑ The Respondent's actions place the safety or welfare of myself and/or a family member in immediate danger and request that the court grant me an emergency Temporary Protection Order today.

Petitioner further requests any other relief that is appropriate to the effective resolution of this matter, pursuant to D.C. Code Ann. § 16-1005(c) (10). Petitioner requests that a hearing be set on this matter and that a Notice of Hearing and Order to Appear be issued to Respondent.

Respondent's address: ☐ Residence  ☐ Business  Courtroom 103 cell block _____

DISTRICT OF COLUMBIA, ss: Karen Valette Johnson-Norman _____, being duly sworn, state that s/he is Petitioner named in this case; that s/he has read and understands the Petition and Affidavit; and that the facts stated herein are true to the best of her/his knowledge .

Karen Johnson-Norman     8/1/03
Petitioner

_____     8/1/03
Deputy Clerk/ Corp. Counsel/ Notary Public

WHITE-COURT RECORD     CANARY-RESPONDENT     PINK-PETITIONER/ACC/ATTORNEY

Form FD(3)-1429C/Mar 96