Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case. No. **06-01186 (ESH)** <br> ) <br> ) <br> ) |

**KAREN JOHNSON-NORMAN'S MOTION FOR LEAVE TO FILE A SEALED VERSION OF THE BRIEF AND EXHIBITS IN SUPPORT OF HER ANSWER TO ROGERS' MOTION FOR LEAVE TO AMEND AND HER MOTION TO DISMISS ROGERS' AMENDED COMPLAINT**

I.  **INTRODUCTION**

Ms. Johnson-Norman respectfully petitions the Court for leave to file a sealed version of the brief and exhibits in support of her Answer to Rogers' Motion for Leave to File an Amended Complaint and Motion to Dismiss Rogers' Amended Complaint, and asserts as follows:

1. Plaintiff Rogers and Defendant Karen Johnson-Norman were previously engaged in a civil suit filed by Rogers in 2001 in the Eastern District of Virginia, Case No. 01-cv-01924.

2. In December 2002, the parties executed a settlement agreement in that case. Although the settlement agreement makes no specific reference to the confidentiality of its terms, the agreement itself is captioned as "Confidential Settlement And Release Agreement."

3. Ms. Johnson-Norman's Answer to Rogers' Motion for Leave to File an Amended Complaint and Motion to Dismiss Rogers' Amended Complaint reference to and quote portions of the settlement agreement. Ms. Johnson-Norman also attached the settlement agreement as Exhibit J to the Supplemental Declaration of Sean Beaty in support of her Motion to Dismiss.

4. No protective order has yet been issued in this case, and counsel for Ms. Johnson-Norman has no means to contact Rogers' to seek his consent to filing documents under seal.

5. Sealed versions of both the brief and exhibits in support of her Answer to Rogers' Motion for Leave to File an Amended Complaint and Motion to Dismiss Rogers' Amended Complaint have been lodged with the Clerk of the Court. (Attachment A)

Therefore, Karen Johnson-Norman respectfully requests that this Court grant Ms. Johnson-Norman leave a sealed version of the brief and exhibits in support of her Answer to Rogers' Motion for Leave to File an Amended Complaint and Motion to Dismiss Rogers' Amended Complaint.

Respectfully submitted,

_____
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Of Counsel:

Dated: September 19, 2006

## CERTIFICATE OF SERVICE

Plaintiff Rogers has refused to provide his exact whereabouts, frustrating service of all documents in this case. I hereby certify that unredacted copies of the foregoing motion was served by regular United States mail, postage prepaid, this 19th day of September, 2006 upon Plaintiff Rogers at the address listed below:

Virgil M. Rogers
P.O. Box 66352
Los Angeles CA 90066

The above address was provided to counsel by Rogers in *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005).

A copy of Karen Johnson-Norman's Reply to Rogers' Opposition to Johnson-Norman's Motion to Dismiss has also been faxed to the number below provided by Rogers on July 11, 2006.

Via Fax: (310) 943-6952

_____
Sean P. Beaty, *pro bono*
(Bar No. 493597)