

**HOWREY** LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
**T** 202.783.0800
**F** 202.383.6610
www.howrey.com

Direct Dial 202.383.6944

September 19, 2006

<u>**VIA MAIL**</u>

Clerk's Office
United States District Court for the
District of Columbia
333 Constitution Ave., NW
Washington, D.C.  20001

      **Re:**    <u>**Notice re Rogers v. Johnson-Norman, No. 06-01186**</u>

This morning I had delivered one paper copy and one electronic unredacted copy of pleadings filed today in the Rogers v. Johnson-Norman case, No. 06-1186-ESH.  I have filed a public version of those documents electronically, and have now sought leave to file a sealed version of the brief and exhibits in support of Ms. Johnson-Norman's Answer to Rogers' Motion for Leave to File an Amended Complaint and Motion to Dismiss Rogers' Amended Complaint.

Please hold these documents until the Court has had an opportunity to rule on our motion. Rogers has already been served with copies of both the redacted and unredacted versions of these pleadings.

Please contact me with any questions or concerns.

                Sincerely,

                Sean Beaty
                Counsel for Karen Johnson-Norman

cc: Via Fax to Virgil Rogers

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC