UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIRGIL M. ROGERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1186 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Before the Court are defendant Karen Johnson-Norman's[1] renewed motion to dismiss the complaint in this action, plaintiff's motion for leave to file an amended complaint, and defendant's motion for leave to file certain papers under seal. For the reasons set forth below, the Court will deny the first of these motions as moot and grant the latter two motions.

Plaintiff's original complaint was filed in the United States District Court for the Eastern District of California on June 13, 2005. Defendant filed a motion to dismiss in that court on October 17, 2005. In June 2006, the case against defendant was transferred to this Court, and defendant thereafter filed a renewed motion to dismiss on July 12, 2006. On September 11, 2006, while defendant's renewed motion to dismiss was pending, plaintiff filed an opposition to the motion and also filed a motion for leave to file an amended complaint. Defendant filed a combined answer to plaintiff's motion for leave to amend and motion to dismiss plaintiff's amended complaint or, in the alternative, motion to strike portions of plaintiff's amended complaint on September 18, 2006. Defendant also moved for leave to file a sealed version of her

---

[1] Ms. Johnson-Norman is the only defendant remaining in this case. As used herein, the term "defendant" refers to Ms. Johnson-Norman.

answer/motion and accompanying exhibits.

Under Federal Rule of Civil Procedure 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ." Fed. R. Civ. P. 15(a). Plaintiff has not previously amended his complaint. Moreover, defendant's motions to dismiss do not constitute "responsive pleading[s]" for purposes of Rule 15(a). *Bowden v. United States*, 176 F.3d 552, 555 (D.C. Cir. 1999). Accordingly, plaintiff is entitled to amend his complaint as a matter of course, and plaintiff's motion for leave to file an amended complaint, which defendant does not oppose, is granted.

Defendant's renewed motion to dismiss is directed at plaintiff's original complaint, which has now been superceded. Indeed, as noted, defendant has already filed a new motion to dismiss directed at plaintiff's amended complaint. Defendant's renewed motion to dismiss is therefore denied as moot, and the Court will instead consider defendant's motion to dismiss plaintiff's amended complaint.

The Court notes that plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.

Accordingly, for the reasons set forth above, it is hereby

**ORDERED** that plaintiff's motion for leave to file amended complaint [Dkt. No. 10] is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's renewed motion to dismiss [Dkt. No. 4] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that defendant's motion for leave to file a sealed version of the

brief and exhibits in support of her answer to plaintiff's motion for leave to amend and motion to dismiss plaintiff's amended complaint [Dkt. No. 14] is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff shall respond to defendant's motion to dismiss plaintiff's amended complaint or, in the alternative, motion to strike portions of plaintiff's amended complaint no later than October 20, 2006.  If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

_____s/_____<br>
ELLEN SEGAL HUVELLE<br>
United States District Judge

DATE: September 20, 2006