**CIVIL PROTECTION ORDER / DOMESTIC VIOLENCE**

Case No. **2497 IF 03**

- ☑ Adjudicated Hearing  *Findings of intrafamily offense as stated on p. 3 after finding of not guilty in criminal case F 4208-03*
- ☐ Consent w/Admissions
- ☐ Consent w/o Admissions
- ☐ Default Order

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
(202) 879-0157

**PETITIONER**

Karen V. Johnson-Norman
First Name   Middle   Last Name

PETITIONER IDENTIFIERS

Date of Birth of Petitioner

Other protected persons/DOB

v.

**RESPONDENT**

Virgil M. Rodgers a.k.a.
First Name   Middle   Last Name

Virgil M. Rogers

Respondent's Address

RESPONDENT IDENTIFIERS

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
|  |  |  |  |  |

| EYES | HAIR | SOCIAL SECURITY # |
|---|---|---|
|  |  |  |

| DRIVER'S LICENSE # | STATE |
|---|---|
|  |  |

PDID #:

Relationship to Petitioner: ☐ Blood; ☐ Legal Custody; ☐ Marriage; ☐ Having a child(ren) in common; ☐ Now or previously having shared the same residence; ☑ Romantic/dating relationship; ☐ Other (specify)

**THE COURT HEREBY FINDS:**

☐ That it has jurisdiction over the parties and subject matter, and the Respondent has been provided reasonable notice and opportunity to be heard. That there is good cause to believe that the Respondent has committed or threatened an intrafamily offense within the meaning of D.C. Code. (Title 16-1001)

☐ That it has jurisdiction and that the Respondent has agreed, without admitting to the allegations in the Petition to the entry of this Order.

**THE COURT HEREBY ORDERS** that for a period of 12 months from the date of this Order.

☑ Respondent shall not assault, threaten, harass, or stalk Petitioner or his/her child(ren), or destroy Petitioner's property. *or Percy Norman*

☑ Respondent shall stay at least 100 ~~feet~~ **yards** away from Petitioner's ☑ person, ☑ home, ☑ workplace, ☑ vehicles ☑ ~~children~~'s school/daycare, ☑ other: *Petitioner's child; Percy Norman; Reid Temple AME Church and Petitioner's parents or siblings*

Additional terms of this order follow on succeeding pages.

**WARNING TO RESPONDENT:**
This order shall be enforced by the courts of any state, the District of Columbia, and U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition. (18 U.S.C. § 922(g)(8)).

**ONLY THE COURT CAN CHANGE THIS ORDER.**

CD-656A/Nov. 02

*[handwritten top: "of Percy Norman, petitioner / or children"]*
*[handwritten left margin: "email"]*

- ☑ Respondent shall not contact Petitioner in any manner, including but not limited to: ☑ by telephone, ☑ in writing, ☑ in any other manner, either directly or indirectly through a third party ☐ except under the following conditions: _____.

- ☐ Temporary custody of the following minor children is awarded to: ☐ Petitioner ☐ Respondent until further order of this Court or the expiration date of this Order. *(Specify names and dates of birth.)*: _____

- ☐ Visitation rights with the above minor child(ren) are awarded to: ☐ Respondent ☐ Petitioner under the following conditions: *(specify dates, times, person who will pick up and drop off, etc.)*. The Court finds that the visitation arrangement will adequately protect the child(ren) and the custodial parent from harm inflicted by the other party. _____

- ☐ Respondent shall vacate the residence at: _____ on or before (date) _____

- ☐ The Metropolitan Police Department shall accompany Respondent/Petitioner to retrieve his/her personal belongings from *(location)* _____ on *(date)* _____ at *(time)* _____ ☐ a.m./☐ p.m., and stand by to ensure Petitioner's safety and ☐ shall retrieve Petitioner's keys from Respondent.

- ☐ Respondent shall provide Petitioner with financial assistance in the amount of $_____, ☐ per month; ☐ one time only; ☐ other payment schedule: _____ for ☐ rent/mortgage assistance; ☐ spousal support; ☐ property damage; ☐ medical costs; ☐ attorney's fees; ☐ other: _____ Payment shall be made by *(date(s))*: _____ through the D.C. Superior Court Registry, Room 4201, 500 Indiana Avenue, N.W. Washington, D.C. 20001. Checks will be made payable to the Clerk, D.C. Superior Court. Payments shall be forwarded to Petitioner at *(non-confidential address)*: _____

- ☐ Possession and use of the following jointly owned property is awarded to:
  ☐ Petitioner _____
  ☐ Respondent _____

- ☑ Respondent shall enroll in and complete a counseling program for: ☑ alcohol; ☐ drug abuse; *[handwritten: "at CSOSA discretion"]* ☐ domestic violence; ☐ parenting skills; ☐ family violence; ☑ other: *[handwritten: "Respondent shall undergo a mental health exam and follow any and all recomm---"]*
Respondent shall enroll in designated program(s) TODAY in the Probation Office (CSOSA), Room 1230 of the D.C. Superior Court and submit to a photograph for identification purposes. CSOSA shall make an assessment of each referral and place the Respondent into the prescribed level of supervision. *[handwritten: "mental treatment"]*

*[handwritten: "Respondent shall report to Room 1230 within 72 hours of release from jail."]*

Respondent may not possess, purchase, receive or sell any firearm or ammunition (18 U.S.C. § 922).

FD-656B/Nov. 02

☑ Other: Court finds that between June 2002 and May 2003, Respondent committed the House of Spiking against Petitioner by writing letters and making telephone calls, and that the Respondent poses a danger to the petitioner.

If Respondent has a change of address at any time, s/he immediately must provide the Domestic Violence Clerk's Office of the D.C. Superior Court with his/her correct, new address.

**FAILURE TO COMPLY WITH THIS ORDER IS A CRIMINAL OFFENSE AND CARRIES A PENALTY OF 180 DAYS IN JAIL AND/OR A FINE OF $1,000**

☑ Respondent was served with a copy in open court.

☐ Respondent failed to appear. A DEFAULT Protection Order is issued. The Court finds that there was proper service and notice on the Respondent of the petition, and good cause for the issuance of this order. Respondent **shall** comply with all conditions of this Protection Order. The respondent has ten days from the service of this order to file a motion to set aside the default judgement.

X _____
Respondent's signature                                                    Date

_____  10/29/03
Judge's/Magistrate's signature                                             Date

☐ **Child Support Addendum Attached**

---

THIS ORDER IS HEREBY EXTENDED FROM (today's date):_____, 20____

TO _____, 20____.

_____
Judge's/Magistrate's signature                                             Date

---

*DIRECTIONS TO LAW ENFORCEMENT OFFICER ENFORCING THIS ORDER*

This Order was issued in accordance with the requirements of the Full Faith and Credit Provisions of the Violence Against Women Act; Title IV, Subtitle B, Chapter 2 of the Violent Crime Control and Law Enforcement Act of 1994, 18 U.S.C. section 2265, and **this Order is valid and enforceable in the District of Columbia and in all other U.S. States, Territories and Tribal Lands.**

**Reporting alleged violations.** If the Respondent violates the terms of this Order and there has not been an arrest; the Petitioner may contact the Clerk of the Circuit Court of the county/state in which the violation occurred and complete an affidavit in support of the violation, or the Petitioner may contact the prosecutor's office for assistance in filing an action for civil or criminal contempt. The prosecutor may decide to file a criminal charge, if warranted by the evidence.

FD-656C/Feb 02