## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## DOMESTIC VIOLENCE UNIT

Karen V. Johnson-Norman, Petitioner

v.

Virgil M. Rodgers, Respondent
AKA Virgil M. Rogers

IF No. 2497-03

### TEMPORARY PROTECTION ORDER

Upon consideration of the petition filed in this case, the Court finds that the safety or welfare of Petitioner and/or a family member is endangered by Respondent within the meaning of D.C. Code § 16-1004(d) (1989). Therefore: IT IS HEREBY ORDERED that for a period of __14__ days from the date of this Order, Respondent shall observe the following conditions:

- [x] Respondent shall NOT assault, threaten, stalk, harass or physically abuse Petitioner or her/his child(ren) or destroy property in any manner.
- [x] Respondent shall stay at least 100 feet away from petitioner's: [x] person; [x] home; [x] work place; [ ] children's school/daycare; [ ] other: _____
- [x] Respondent shall not contact Petitioner in any manner, including but not limited to: [x] by telephone; [x] in writing; [x] in any other manner, either directly or through a third party.
- [ ] Temporary custody of the following minor children is awarded to: [ ] Petitioner; [ ] Respondent. until further order of this Court or the expiration date of this order. *(name/date of birth):* _____,
- [ ] Respondent shall vacate the residence at: _____, on or before: _____, 20 ____, and turn over all keys to the residence to Petitioner.
- [ ] The Metropolitan Police Department shall stand by to: [ ] prevent violence while the Respondent vacates the residence; [ ] retrieve Petitioner's keys from Respondent; [ ] assist with service of process upon the Respondent and complete the return of service forms.
- [ ] Other: _____

FAILURE TO COMPLY WITH THIS ORDER IS A CRIMINAL OFFENSE AND CARRIES A PENALTY OF UP TO SIX MONTHS IN JAIL AND/OR A FINE OF $1000. IF A RESPONDENT SERVED WITH THIS ORDER FAILS TO APPEAR AT THE HEARING ON THE CIVIL PROTECTION ORDER AND A DEFAULT CIVIL PROTECTION ORDER IS ENTERED, THIS ORDER SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL THE CIVIL PROTECTION ORDER IS SERVED. WHEN THE CIVIL PROTECTION ORDER IS SERVED, ITS TERM AND CONDITIONS WILL BE BINDING.

__7/31/03__
Date

_____
Judge/~~Magistrate Judge~~

THIS ORDER IS HEREBY EXTENDED FROM (today's date): __July 31__, 20 __03__,
TO __October 20__, 20 __03__.

__7/31/03__
Date

_____
Judge/~~Magistrate Judge~~

TPO is extended for 14 days to Nov 3, 2003. ___ 10/20/0_
LEIBMTH, J.

WHITE-COURT RECORD   CANARY-RESPONDENT   PINK-PETITIONER/ATTORNEY
GOLDENROD-METROPOLITAN POLICE DEPARTMENT

FD(3)-778/Aug. 02