Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br> Defendant. | Civil Case. No. **06-01186 (ESH)** |

### SECOND SUPPLEMENTAL DECLARATION OF SEAN P. BEATY IN SUPPORT OF KAREN JOHNSON-NORMAN'S MOTION TO DISMISS ROGER'S AMENDED COMPLAINT

I, Sean P. Beaty, declare as follows:

　　1.　　I am an associate at Howrey LLP, counsel of record for Defendant Karen Johnson-Norman. In preparing this declaration, I have reviewed and am familiar with public records and transcripts related to the following cases: *Rogers v. Johnson-Norman*, Nos. 03-FM-1255 and 04-FM-196 (D.C. App. Sep. 26, 2005), *Johnson-Norman v. Rogers*, No. IF-2497-03 (D.C. Oct. 29, 2003), *U.S. v. Rodgers*, Mag. No. 03-132 PAN (Cal. 2003), and *U.S. v. Rodgers*, M-9709-00 (D.C. 2000).

2.  A true and correct copy of the Rogers' November 26, 2003 letter to Judge Liebovitz of the D.C. Superior Court, requesting reconsideration of Her Honor's entry of a Civil Protection Order, is attached hereto as Exhibit M. This letter is appropriate for judicial notice as a matter of public record. Fed. Rule Evid. 201(b).

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 26, 2006.

_/s/ Sean Beaty_

Sean P. Beaty