Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN JOHNSON-NORMAN )<br>)<br>Defendant. )<br>) | Civil Case. No. **06-01186 (ESH)** |

**DEFENDANT'S MOTION TO STRIKE ROGERS' SURREBUTTAL BRIEF**

I.  **INTRODUCTION**

Ms. Johnson-Norman respectfully requests the Court to strike Plaintiff's Surrebuttal to Defendant's Reply to Rogers' Opposition to Motion to Dismiss Plaintiff's Amended Complaint and Opposition to Judicial Notice, and asserts as follows:

1. Karen Johnson-Norman moved to dismiss Rogers' Original Complaint on July 12, 2006. (D.I. 4). In response, Rogers moved to file an amended complaint, which the Court granted on September 20, 2006. (D.I. 10; D.I. 15)

2. Karen Johnson-Norman moved to dismiss Rogers' Amended Complaint on September 18, 2006, and Rogers filed his opposition thereto on October 20, 2006. (D.I. 12; D.I. 18) Karen Johnson-Norman filed her reply brief on October 27, 2006. (D.I. 19)

3. United States District Court for the District of Columbia Local Rule 7 provides for a motion, and opposition and reply briefs. There is no provision for a surrebuttal brief under the local rules.

4. Rogers did not move this Court for leave to file a surrebuttal brief, and therefore it should be stricken.

Therefore, Karen Johnson-Norman respectfully requests that the Court strike Rogers' surrebuttal brief and declare briefing on Karen Johnson-Norman's Motion to Dismiss complete. Whether or not the Court allows Rogers' surrebuttal brief to stand, Ms. Johnson-Norman wholeheartedly invites the Court to take judicial notice of the *entire* record of the prior proceedings, including Rogers' two criminal trials, the original CPO hearing, the CPO extension hearing, and Rogers' appeal to the Court of Appeals for the District of Columbia. At the Court's request, Ms. Johnson-Norman will make the records of all of these proceedings available for the Court's review.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Sean P. Beaty* |
| Of Counsel: | Sean P. Beaty, *pro bono* |
|  | (Bar No. 493597) |
|  | HOWREY LLP |
|  | 1299 Pennsylvania Ave., N.W. |
|  | Washington, D.C. 20004 |
|  | (202) 783-0800 |
|  |  |
|  | Attorney for |
|  | Karen Johnson-Norman |
| Dated: November 4, 2006 |  |

2