**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se*  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KAREN JOHNSON-NORMAN,  )<br>  )<br>    Defendants.  )  | Civil Case. No. **06-01186 (ESH)** |

**ORDER**

Before the court is Defendant Johnson-Norman's Motion to Strike Rogers' Surrebuttal Brief.

Upon the reasons stated in Defendant's motion, it is, this \_\_\_\_ day of _____ **2006**, hereby

**ORDERED** that Defendant Johnson-Norman's Motion to Strike Rogers' Surrebuttal Brief shall be and is hereby **GRANTED.**

 

Ellen Segal Huvelle
United States District Court Judge
United States District Court for the District of Columbia