Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case. No. **06-01186 (ESH)** |

**DEFENDANT'S MOTION TO REPLACE EXHIBIT I TO THE DECLARATION OF SEAN BEATY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS WITH A REDACTED VERSION**

**I.     INTRODUCTION**

Ms. Johnson-Norman respectfully petitions the Court for leave to replace Exhibit I to the Declaration of Sean Beaty in Support of Karen Johnson-Norman's Motion to Dismiss with a redacted version, and asserts as follows:

1. Exhibit I to the Declaration of Sean Beaty in Support of Karen Johnson-Norman's Motion to Dismiss is a copy of the transcript of proceedings before the Honorable Peter A. Nowinski, dated June 19, 2003 in *U.S. v. Rodgers*, Mg. No. 03-132 PAN.

2. Karen Johnson-Norman inadvertently filed an unredacted version of Exhibit I to the Declaration of Sean Beaty in support of her Motion to Dismiss.

3. Through his opposition to judicial notice, Rogers informed counsel for Ms. Johnson-Norman that Exhibit I contained private information which should have been redacted under United States District Court for the District of Columbia Local Rule 5.4(f)(1) and (3).

4. Although Rogers' private information has already been exposed in numerous prior proceedings and transcripts already available to the public, Karen Johnson-Norman attaches a redacted version of Exhibit I to this motion. (Attachment A).

Therefore, Karen Johnson-Norman respectfully requests that this Court direct the Clerk of the Court to replace Exhibit I to the Declaration of Sean Beaty in Support of Karen Johnson-Norman's Motion to Dismiss with the attached redacted version of Exhibit I.

<table>
<tr><td>Of Counsel:</td><td>Respectfully submitted,<br><br>/s/ Sean Beaty<br>_____<br>Sean P. Beaty, *pro bono*<br>(Bar No. 493597)<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 783-0800<br><br>Attorney for<br>Karen Johnson-Norman</td></tr>
<tr><td>Dated: November 4, 2006</td><td></td></tr>
</table>

2