**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* | ) |
| Plaintiff, | ) |
| v. | ) |
| KAREN JOHNSON-NORMAN, | ) Civil Case. No. **06-01186 (ESH)** |
| Defendants. | ) |

**ORDER**

Before the court is Defendant Johnson-Norman's Motion to Replace Exhibit I to the Declaration of Sean Beaty in Support of Defendant's Motion to Dismiss with a Redacted Version.

Upon the reasons stated in Defendant's motion, it is, this _____ day of _____ **2006**, hereby

**ORDERED** that Defendant Johnson-Norman's Motion to Replace Exhibit I to the Declaration of Sean Beaty in Support of Defendant's Motion to Dismiss with a Redacted Version shall be and is hereby **GRANTED**, and the Clerk is instructed to replace the original, unredacted version of Exhibit I with the redacted version attached to Defendant's motion.

_____
Ellen Segal Huvelle
United States District Court Judge
United States District Court for the District of Columbia