UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGIL ROGERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01186 (ESH) |
| ) | |
| **KAREN JOHNSON-NORMAN,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's "Motion to Dismiss Rogers' Amended Complaint, or in the Alternative, to Strike Portions of Rogers' Amended Complaint" [#12, #24] is hereby **GRANTED IN PART** and **DENIED IN PART**. Defendant's "Motion to Strike Rogers' Surrebuttal Brief" [#21] is hereby **DENIED**. It is hereby

**ORDERED** that Counts II–VIII are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that an initial scheduling conference as to Count I, plaintiff's sole surviving claim, is set for February 1, 2007, at 9:30 a.m.

                                         s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: December 20, 2006