# ATTACHMENT A



FROM:   Mr. Virgil M. Rogers
       PO Box 25272
       Alexandria, VA 22313

July 15, 2001

TO:   Wells Fargo
     420 Montgomery Street
     San Francisco, CA 94163

ATTN:   **A Larry Chapman, President, Real Estate Group**
       (333 S Grand Ave, #1200, Los Angeles, California 90071)

Mr. Chapman,

    I am writing to bring to your attention certain behaviors by Karen Johnson-Norman, an Assistant Vice President of the Wells Fargo Real Estate Group, Mid-Atlantic in Washington, DC, which in my opinion have been irresponsible, malicious, and libelous. This employee of your company has engaged in unbelievably disturbing acts of unprovoked vengeance, defamation, and malicious prosecution against me and in my opinion has done so under the auspices of her position as an employee of the Wells Fargo Company. Her misdeeds have caused senseless damage, or a tort nature upon me. In addition she has shown an indifference to discretion and restraint and demonstrated a complete disregard for the shareholders of Wells Fargo. Ms Johnson-Norman has endeavored to wage a personal revenge vendetta against me, and has in every way behaved in a disturbing, delusionally paranoid, irresponsible, and personally destructive manner. In so doing, she has acted with extremely dark and questionable motives, and she has brought forth my immediate concern as to why Wells Fargo has permitted this employee to utilize its resources inherent to her position with the corporation to engage in a personal vendetta against another private citizen, and whether Wells Fargo has somehow supported and endorsed these menacing actions against me by this employee.

    Specifically, in 1998 Karen Johnson-Norman and I commenced a consensual romantic relationship, though at the time she was married to another individual. She became employed at Wells Fargo Real Estate Group-Mid-Atlantic in August 1999. After a nearly two-year relationship, our situation was to change in summer 2000, as Karen and I had learned that our relationship had unfortunately been discovered by each of our significant others. She communicated to me that she believed the security of her lifestyle and her professional and personal reputation were in imminent jeopardy due to our lengthy relationship together. As a result of this concern on her part, and for no other logical reason, she embarked on an unbelievable attempt to vindicate herself from this situation. This was a plainly corrupt campaign to jeopardize my way of life and career in the U.S. Air Force by publicly renouncing our affair and imploring that I had been instead harassing her all along. In this way, by falsely and repeatedly accusing me of harassing behavior, it was her intent to vindicate herself from our relationship and therefore inoculate herself from her spouse's scorn or any public ridicule as a result. She used her intimate knowledge about my life, career, and psychology to wage this ridiculous campaign of vindication, the likes of which the sane world has never before witnessed. She has repeatedly used the inflammatory verbiage, and mercilessly and frivolously so, that she was all of a sudden fearful for her life, due to this concocted harassment. The story she implored my employer, her spouse, the police and her peers at Wells Fargo to believe is that I was solely responsible for this sudden alleged fear, that our relationship was less substantial than it actually was, and therefore that I was certainly harassing her. Her claims of harassment almost always were to the exclusion of the extent of

the romantic relationship, and instead portrayed her as an innocent victim of an unknown obsessed individual. This was not even remotely the scenario, this was an actress doing work worthy of praise, it was a very surreal situation. I tried to resolve this matter with her discretely, and still maintain both of our dignity. However, her plan was extremely thorough and complex, but inherently it was a dark scheme concocted more on hysterics and theatrics, than anything remotely resembling what actually occurred. She used the public's current sentiments towards male-female relationships, harassment, domestic violence, and sympathy to portray me in the most negative light to my employer and the Courts, after she had known me and befriended me for the better part of two years. The fact is that I have never before done any harm to this individual, I have never physically or emotionally harmed her in any way, and I have never habitually harassed her in any way. Likewise, you will find attached a copy of a Charging Document from the State of Maryland, whereas Ms Johnson-Norman has been charged with sexual assault against me, which may be considered a serious crime in some states. However, the inflammatory nature of her accusations (which began in June 2000, and persist through the date of this writing) have served her intended purposes; to pervert the justice system, portray her in the most innocent and victimized manner, vindicate her in the eyes of her spouse and peers, and bring as much jeopardy upon me and my career as possible.

My concern as it relates to the Wells Fargo Company is that Ms Johnson-Norman has utilized its name in several ways during her campaign against me. She has converted extremely significant assets of the Wells Fargo Company during her vendetta against me. Namely she has utilized Wells Fargo 1) E-mail 2) Fax 3) Internet 4) Telephone 5) Corporate Federal Express accounts 6) significant man-hours during the normal business day all in support of her plans as outlined above against me. In her conversion of these assets of the Wells Fargo Company, it has become unclear to me if the corporation has knowingly endorsed and thereby approved and encouraged each of her actions against me. It would appear that by the sheer magnitude of her conversions in this matter, and the fact that these efforts have absolutely nothing to do with the maximization of shareholder equity, furthering the corporate image of Wells Fargo, underwriting commercial real estate loans, or serving its customers, that the company may therefore be aware of this behavior, and is tolerating it, if not endorsing it. I contend that Wells Fargo may be civilly liable for the malicious and intentional torts committed by an assistant vice-president during the tenure of her employment, especially while using corporate resources to conduct this behavior. Because of the responsible position she holds, her actions are either explicitly or implicitly binding to the company and therefore placing the company and its shareholders responsible and civilly liable for her actions. This seems especially true, if the company has allowed this behavior to continue for over a year, and has not acted to punish this behavior swiftly and sternly to ensure that it shall not be continued or repeated in the future by the offending employee.

Specifically, dozens of pages of fax correspondence she has initiated from her Washington, DC office to courts, police, and my employer, hundreds of phone calls to the same and others in support of this pursuit from Wells Fargo offices, hundreds of e-mails to various entities (including me) sent over the Wells Fargo Wide Area Network, utilizing the Wells Fargo corporate Federal Express account to request and ship information in this pursuit, repeatedly using the Internet to research and communicate her unlawful intentions, and numerous instance of taking off work to pursue her endeavors against me, presumably during her scheduled working hours at Wells Fargo. I must ask if this behavior is

appropriate for an assistant vice president of a multi-national company? Has Wells Fargo willingly endorsed these actions against me? By not putting an end to this behavior, has Wells Fargo acknowledged that it supports and condones personal vendettas being carried out by its employees during working hours, in company facilities, and using company equipment and supplies? If the company is supportive of this behavior, is this irrespective of whether the actions taken by Ms Johnson-Norman have been lawful, appropriate, or even moral in the least?

In closing, in light of events recently in the news concerning Representative Gary Condit, Bill Clinton, and others, it should be obvious that there are individuals, who when faced with compromising circumstances related to their extra-marital relationships may go to extraordinarily unreasonable lengths to conceal and vindicate these affairs. This saga of untruthful theatrics by Ms Johnson-Norman is a sad example of this extremely pathetic behavior. Her actions have not been reasonable or rational in the least. In contrast to the extreme efforts she has undertaken against me, she could have reached an amicable and discreet resolution with me months ago; but this was not her choice of resolutions, it was too much like right. In closing, my family and I have been customers of Wells Fargo for many years, and have great respect for the outstanding service and the untarnished image. In addition, we have invested our assets in the company and have an interest in how the company performs, from a shareholder perspective. I believe that Ms Johnson-Norman's behavior and her consistent and hearty conversion of the company's assets for her personal vendetta may be liably binding to the company, has shed disgrace upon it, and shortchanged the shareholders from equity growth. After such extreme behavior, I believe that some action is necessary to punish and remediate this behavior and ensure that in the future there is no possibility of her inflicting libelous damage upon me in the name of Wells Fargo Company. I would appreciate a written reply to this correspondence at your earliest convenience.

Thank you in advance,

*[signature]*

Cc:

Richard M Kovacevich, Chief Executive Officer & President
(420 Montgomery St., MAC A0101-121, San Francisco, CA 94163)

Christopher Jordan, Executive VP, Mid-Atlantic Real Estate Group
(2020 K St., NW #420, Washington, DC 20006 )

Patricia R. Callahan, Executive VP, Human Resources
(420 Montgomery St., MAC A0101-121, San Francisco, CA 94163)

Attachments: 1) Charging Document against Karen Johnson-Norman for 4th Degree Sexual Assault (Maryland)
2) Example of fax submitted from Ms Karen Johnson-Norman from Wells Fargo resources