# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIRGIL M. ROGERS, *pro se* | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| KAREN JOHNSON-NORMAN | ) | Civil Case. No. **06-01186 (ESH)** |
| Defendant. | ) | |

## JOINT REPORT OF RULE 16 MEET AND CONFER

COME NOW Plaintiff and Defendant, following their Rule 16 conference and submit the following Joint Report and Proposed Scheduling Order:

1.      The parties agree that further amendments to the Complaint are unlikely and no additional parties shall be joined without leave of Court.

2.      The parties do not consider this case suitable for assignment to a magistrate judge at this time.

3.      The parties disagree as to the feasibility of settlement negotiations. Mr. Rogers has offered defendant a settlement offer which has been declined. Ms. Johnson-Norman has offered plaintiff a settlement offer, which has been declined.

4.      The parties are willing to discuss the use of Alternative Dispute Resolution procedures; however, defendant prefers to postpone such action until after discovery while plaintiff agrees to discuss presently.

5.      One or both of the parties will likely file a motion for summary judgment. The parties agree to the following schedule regarding motions for summary judgment:

On or before June 29, 2007    Motions for Summary Judgment due

On or before July 13, 2007    Oppositions to Motion for Summary Judgment due

On or before July 27, 2007    Reply Briefs due

6.    The parties agree to the following schedule regarding discovery:

Initial Disclosures due                    February 28, 2007

Close of Document Production      April 13, 2007

Supplemental Disclosures due        April 27, 2007

Fact Discovery Closes                    June 8, 2007

7.    The parties agree to limit depositions to 75 hours per side, 7 hours per deposition, with the option to use 10 hours on 3 witnesses.

The parties disagree on the manner in which Ms. Johnson-Norman should be deposed. The defendant has requested that plaintiff depose the defendant via video conferencing because she doesn't want to be in the deposition room with him. The plaintiff opposes defendant's proposed arrangement.

Plaintiff will travel to Washington, DC and expects to depose defendant in the normal manner at her counsel's office on February 2, 2007. Counsel for defendant has agreed to provide space for any depositions at his office, which is located at 1299 Pennsylvania Ave., NW.

8.    The parties have agreed to seek protective orders to the extent necessary to protect confidential information as the need arises. The parties have not reached an agreement with respect to the production of privileged information.

9.    Neither party anticipates using any expert witnesses at this time. The parties agree to negotiate a discovery plan regarding expert testimony should either party decide to use one in the future.

10.    The parties agree that the pretrial conference should take place on August 31, 2007 and that the Court should have an opportunity to rule on any Motions for Summary Judgment before the pretrial conference.

11.    The parties agree that the trial date should be set at the pretrial conference.

Respectfully submitted,


_____        _____
Virgil M. Rogers, *pro se*          Sean P. Beaty

**Plaintiff**                       **Attorney for Defendant Johnson-Norman**


Dated: January 25, 2007

---

* Rogers was unavailable to sign the Joint Report of the parties' meet and confer sessions. Rogers gave Counsel for Ms. Johnson-Norman permission to file the Meet and Confer Report and Proposed Scheduling Order on his behalf in an e-mail dated January 24, 2007. (Attachment A)