# Attachment A

**Beaty, Sean**

| | |
|---|---|
| **From:** | V Rogers [rogerslaw1@hotmail.com] |
| **Sent:** | Wednesday, January 24, 2007 10:54 |
| **To:** | Beaty, Sean |
| **Subject:** | RE: Meet and Confer Report and Proposed Scheduling Order |

Sean,

I have been extremely busy and only perused your document. However, to the extent that its consistent with our telephone coversation you may file this with the Court as our joint pleading.

Virgil Rogers


>From: "Beaty, Sean" <BeatySean@howrey.com>
>To: "V Rogers" <rogerslaw1@hotmail.com>
>Subject: Meet and Confer Report and Proposed Scheduling Order
>Date: Mon, 22 Jan 2007 15:38:11 -0500
>
>  <<2007.01.22 Rule 16 Meet and Confer Report.doc>> Mr <<2007.01.22
>Proposed Rule 16 Scheduling Order.doc>> . Rogers,
>
>As we discussed, attached are the Meet and Confer report and Proposed
>Scheduling Order.  Please review both to ensure that you agree.  Also,
>please recall that you need to draft a sentence with respect to your
>settlement offer.
>
>Please forward me your final revisions tomorrow.  I will review them,
>and if I have any concerns I will contact you.  Otherwise, I will file
>the Meet and Confer report and Proposed Scheduling Order with the Court
>tomorrow.
>
>Sean Beaty
>Howrey LLP
>1299 Pennsylvania Ave., NW
>Washington, DC 20004
>(202) 383-6944  Office
>(202) 478-2691  Fax
>-------------------------------------------------------------------
>------------------------ This email and any attachments contain
>information from the law firm of Howrey LLP, which may be confidential
>and/or privileged.
>The information is intended to be for the use of the individual or
>entity named on this email.
>If you are not the intended recipient, be aware that any disclosure,
>copying, distribution or use of the contents of this email is prohibited.
>If you receive this email in error, please notify us by reply email
>immediately so that we can arrange for the retrieval of the original
>documents at no cost to you.
>


><< 2007.01.22Rule16MeetandConferReport.doc >>


><< 2007.01.22ProposedRule16SchedulingOrder.doc >>

---

Valentine's Day -- Shop for gifts that spell L-O-V-E at MSN Shopping
http://shopping.msn.com/content/shp/?ctId=8323,ptnrid=37,ptnrdata=24095&tcode=wlmtagline

1