UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case. No. **06-01186 (ESH)** <br> ) <br> ) |

### SCHEDULING ORDER

In accordance with Fed. R. Civ. P. 16 and L. Civ. R. 16.4(b), the Court hereby ORDERS as follows:

1. <u>Initial Disclosure.</u> The parties shall exchange initial disclosures pursuant to 26(a) on or before February 28, 2007.

2. <u>Discovery Period.</u> The period for fact discovery shall begin upon the entry of this Order and shall be completed by June 8, 2007. All written discovery shall be served in a time frame that will permit timely responses to be served within the discovery period. Requests for the production of documents shall be served in a timely manner such that all document production by the parties shall be completed by April 13, 2007. The parties shall exchange supplemental disclosures pursuant to 26(e) on or before April 27, 2007.

3. <u>Depositions.</u> In the absence of agreement among the parties or by order of the Court, no deposition shall be scheduled prior to the completion of document production.

Absent good cause shown, depositions shall be limited to no more than 75 hours for fact depositions per side. Each fact deposition other than those noticed under Fed. R. Civ. P. 30(b)(6)

shall be limited to a maximum of 7 hours unless extended by agreement of the parties; provided that each party may take up to 3 depositions not exceeding 10 hours each.

4. <u>Written Discovery.</u>  Interrogatories and requests for admissions shall be limited to twenty-five per side including sub-parts.  There will not be a limit on the number of requests for the production of documents.  Objections to any written discovery shall be served within 20 days of service of the written discovery request with complete responses (subject to any objections that have not been ruled upon) served within 30 days of service.  Objections shall extend the period for further written discovery commensurate with the period required to resolve the objection.

5. <u>Confidential Information.</u>  The parties have agreed to seek protective orders to the extent necessary to protect confidential information as the need arises.

6. <u>Summary Judgment</u>.  All summary judgment motions shall be served and filed with opening briefs and supporting papers on or before June 29, 2007.  Answering briefs and supporting papers shall be filed on or before July 13, 2007.  Reply briefs shall be filed on or before July 27, 2007.

7. <u>Witness Lists</u>.  On or before June 29, 2007, parties shall serve on the other parties a preliminary list of each fact witness (including any expert witness who is also expected to give fact testimony) who has previously been disclosed during discovery and that it intends to call at trial.  The parties shall exchange final witness lists no later than July 20, 2007.  Notwithstanding the deadlines set forth in this Order, the parties shall have the right to subpoena documents from or relating to and to depose any witness on the opposing party's final witness list not previously disclosed during discovery.

8. <u>Expert Witnesses</u>.  At this time, the parties do not foresee the use of experts in this case, and therefore expert discovery is not contemplated by this order.  Should either party determine that presentation of their case requires expert testimony, the parties shall confer and present the court with a proposed amended scheduling order.

9. <u>Deposition Designations.</u>  The parties shall exchange (page and line number) designations of deposition testimony to be offered at trial no later than July 20, 2007.  Each party must provide counter designations of deposition testimony no later than August 3, 2007.  Objections to any deposition designations shall be exchanged no later than August 17, 2007.

10. <u>Exhibit Lists.</u>  No later than August 3, 2007, the parties will exchange lists of exhibits that the parties anticipate introducing at trial as well as a marked set of these exhibits.  The parties will exchange objections to the exhibits to be offered by the other party no later than August 17, 2007.

11. <u>Stipulations of Fact</u>.  The parties shall exchange proposed stipulations of fact no later than August 3, 2007.

12. <u>Pre-Trial Submission</u>.  On August 17, 2007, the parties shall file Pretrial Statements consistent with the requirements of Local Civil Rule 16.5.

13. <u>Pretrial Conference.</u>  The Court will set dates and times for a Final Pretrial Conference and for Trial to begin August 31, 2007 or as soon thereafter as possible in a subsequent order.

14. <u>Motions in Limine.</u>  Motions in limine shall be filed by the parties 15 days before the Final Pretrial Conference.  Oppositions to any motions in limine shall be filed five days before the Final Pretrial Conference.  Memoranda supporting the motions in limine shall be

no more that 10 pages in length. Oppositions to any such motions shall be no more than 10 pages in length.

IT IS SO ORDERED.

DATED: February ___, 2007

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE