UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGIL M. ROGERS, *pro se*  )
                                             )
      Plaintiff,              )
                                             )
v.                                      )
                                             )
KAREN JOHNSON-NORMAN  )
                                           )  Civil Case No. 06-01186 (ESH)
      Defendant.           )
                                           )

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Defendant's First Request for the Production of Documents was served on February 5, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania
Washington, DC 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Dated: February 5, 2007.