UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAREN JOHNSON-NORMAN ) | Civil Case No. 06-01186 (ESH) |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Karen Johnson-Norman's First Set of Interrogatories was served on February 5, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

_/s/ Sean Beaty_
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania
Washington, DC 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Dated: February 5, 2007.