UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-01186 (ESH) |

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Karen Johnson-Norman's Second Set of Interrogatories was served on February 12, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania
Washington, DC 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Dated: February 12, 2007.