UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
VIRGIL M. ROGERS,                )
                                 )
            Plaintiff,           )
  v.                             )
                                 )   Civil Action no.06-1186 (ESH)(DAR)
KAREN JOHNSON-NORMAN,            )
                                 )
                                 )
            Defendants,          )
_____)

**PLAINTIFF CONSENT OF ASSIGNMENT TO
MAGISTRATE JUDGE PURSUANT TO LCVR 73.1**

Plaintiff Virgil M. Rogers respectfully submits his consent for this civil action to be assigned to a Magistrate Judge of the United States District Court for the District of Columbia pursuant to LCvR 73.1.  The assigned district judge has previously appointed Magistrate Robinson to oversee the conduct of all discovery and settlement matters in this case.  Therefore Mr. Rogers submits his unequivocal consent that this matter may be assigned to a Magistrate Judge pursuant to the local rules.

                                        Respectfully Submitted,

Filed February 23, 2007                 //s//

                                        VIRGIL ROGERS

1