UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, )<br>)<br>            Plaintiff, )<br>       v. )<br>)<br>KAREN JOHNSON-NORMAN, )<br>)<br>)<br>            Defendants, )<br>) | Civil Action no.06-1186 (DAR) |

**MOTION FOR ENLARGEMENT OF TIME TO
REOPEN DEPOSITION OF DEFENDANT**

Plaintiff Virgil M. Rogers respectfully requests the court grant him additional time to file a motion to reopen his deposition of defendant Karen Johnson-Norman.  The Court originally fixed a deadline of February 23, 2007 for him to file such a motion. However, as of the date he files this request Mr. Rogers has not had the opportunity to review a transcript of the initial deposition, which would be helpful in crafting his motion to reopen the deposition.   He therefore moves this Court for an Order granting him an additional 7 days or any other amount of time as the Court deems fair and just in order to file his motion to reopen the deposition. Mr. Rogers conferred with defense counsel on/about February 22, 2007 and defendant does not oppose this motion.

Respectfully Submitted,

Filed February 23, 2007                    //s//

VIRGIL ROGERS

1