UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
VIRGIL M. ROGERS, *pro se*            )
                                       )
      Plaintiff,                      )
                                       )
v.                                     )
                                       )
KAREN JOHNSON-NORMAN                   )
                                       )   Civil Case No. 06-01186 (ESH)
      Defendant.                     )
_____)

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Karen Johnson-Norman's Initial Disclosures was served on March 1, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.


                                             _____/s/_____
                                             Sean P. Beaty, *pro bono*
                                             (Bar No. 493597)
                                             HOWREY LLP
                                             1299 Pennsylvania
                                             Washington, DC 20004
                                             (202) 783-0800

                                             Attorney for
                                             Karen Johnson-Norman

Dated: March 1, 2007.