Sean P. Beaty, *pro bono*
(Bar No. 493597)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-6944
Fax: (202) 478-2691

Attorney for Defendant
KAREN JOHNSON-NORMAN

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VIRGIL M. ROGERS, *pro se* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KAREN JOHNSON-NORMAN | ) ) | Civil Case. No. **06-01186 (ESH)** **(DAR)** |
| Defendant. | ) ) | |

**KAREN JOHNSON-NORMAN'S MOTION TO TREAT THE PARTIES' INITIAL
DISCLOSURES AS TIMELY SERVED**

Karen Johnson-Norman respectfully petitions the Court to treat the parties' exchange of Initial Disclosures as timely served, asserting as follows:

1. The Scheduling Order in this case required Initial Disclosures to be exchanged on February 28, 2007. (D.I. 39).

2. Solely through inadvertence, both parties failed to serve their Initial Disclosures by the deadline set in the Scheduling Order.

3. The parties have now served their Initial Disclosures upon each other. There has been no injury caused by the delay, and both parties are on equal footing.

4. Plaintiff Rogers did not respond to Ms. Johnson-Norman's request for consent to this motion, but did reply to Karen Johnson-Norman's request by serving his Initial Disclosures. Therefore, Ms. Johnson-Norman believes that Mr. Rogers does not oppose this motion.

Therefore, Karen Johnson-Norman respectfully requests that the Court grant her motion and treat the parties' exchange of Initial Disclosures as timely served.

Respectfully submitted,

Of Counsel:

_____/s/_____
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Dated: March 1, 2007