UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIN M. ROGERS,<br><br>    Plaintiff,<br>v.<br><br>KAREN JOHNSON-NORMAN,<br><br>    Defendants, | )<br>)<br>)<br>)<br>) Civil Action no.06-1186 (ESH)(DAR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSE TO DEFENDANT'S
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

  Plaintiff Rogers hereby notices his response to all of defendant's interrogatories and request for production of documents.

                 Respectfully Submitted,

Filed March 7, 2007           VIRGIL ROGERS

1