UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action 06-1186 (ESH)(DAR) |
| KAREN JOHNSON-NORMAN, | ) |
| | ) |
| Defendants, | ) |
| | ) |

**PLAINTIFF'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff Rogers hereby notices his service of his first set of interrogatories and request for production of documents upon defendant Karen Johnson-Norman.

Respectfully Submitted,

Filed March 7, 2007                                                                  VIRGIL ROGERS