# Attachment B

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x

  :

In the Matter of: :

  :

VIRGIL ROGERS, :

  :

 Plaintiff, :

  :

 vs. : Civil Action No. 06-1186

  :

THE DISTRICT OF COLUMBIA, :

et al. :

  :

 Defendants. :

  : Washington, D.C.

- - - - - - - - - - - - - - - x February 2, 2007




TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE DEBORAH A. ROBINSON

1   after you have the transcript of the deposition, what I
2   contemplate -- you may have a seat in the meantime,
3   Mr. Rogers.
4   MR. ROGERS:  Thank you.
5   THE MAGISTRATE JUDGE:  What I contemplate is
6   setting a date for you, Mr. Rogers, to file a motion to
7   reopen the deposition of the Defendant, and in it I will ask
8   you to list the questions that you believe you should have
9   been allowed to ask today and list the questions that you
10  believe or at least lines of questions that you believe you
11  should be allowed to pursue at some future date.  I will
12  then require of the Defendant an opposition to the motion.
13  I will require of you, Mr. Rogers, a reply.  And then I will
14  rule.
15  Now, how much time do you believe you will require
16  to file such a motion?
17  MR. ROGERS:  Your Honor, I didn't hear from the
18  videographer or the Court Reporter how long it was going to
19  take for them to have those prepared.
20  THE MAGISTRATE JUDGE:  Do you believe you need the
21  transcript for them?  For your motion?
22  MR. ROGERS:  I believe I could write that motion
23  without the transcripts, Your Honor.  Given that there's
24  going to be, you know, quite honestly, an opportunity to
25  prepare for questions, can that motion be filed ex parte?

1  MR. BEATY: Yes, Your Honor. I think this is an
2  issue that -- noting that there may be objections, I hope to
3  seek from the Court some clarity on the scope of discovery
4  with respect to documents, interrogatories and requests for
5  admissions. I would hope that Judge Huvelle's order and
6  your in this Court's order would pertain as well. I imagine
7  it would, but I'd like some clarity on that because that may
8  in fact stem any objections now. I would --
9  THE MAGISTRATE JUDGE: Well, I don't know what
10  other clarity I can give. There is one count in the
11  complaint which remains, so discovery is limited to that
12  single count.
13  MR. BEATY: I completely agree, Your Honor.
14  I just wanted to make sure that that order was not
15  specifically detailed to, just to the proceedings today,
16  that it was in fact for all discovery.
17  THE MAGISTRATE JUDGE: The Court's expectation is
18  that the parties understood that that was so, since
19  discovery would not be allowed with respect to counts that
20  have been dismissed.
21  MR. BEATY: I certainly agree, Your Honor.
22  THE MAGISTRATE JUDGE: Discovery is limited to
23  Count 1, the only count which remains.
24  MR. BEATY: And similarly then, that we would hope
25  that the Court's ruling with respect to all the prior