# Attachment C

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3   -------------------------------X

 4   VIRGIL ROGERS,                        Civil Action No.

 5              Plaintiff                       06-1186

 6        v.

 7   DISTRICT OF COLUMBIA, et al,

 8              Defendants,

 9   -------------------------------X    Washington, D.C.
                                         Thurs., Jan. 20, 2007
10                                       9:30 A.M.

11              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
12                UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   For the Plaintiff:         VIRGIL ROGERS, Pro Se
                                P.O. Box 66352
16                              Los Angeles, CA 90066
                                206-984-6247
17
     For the Defendant:         SEAN P. BEATY, ESQUIRE
18                                 Howrey LLP
                                1299 Pennsylvania Ave., N.W.
19                              Washington, D.C.  20004
                                202-383-6944
20

21

22   Court Reporter:            Lisa Walker Griffith, RPR
                                U.S. District Courthouse
23                              Room 6409
                                Washington, D.C.  20001
24                              (202) 354-3247

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

1  That's all that's left.
2       If you are satisfied that she didn't do that, then
3  please, bring this to an end.
4       MR. ROGERS:  I was satisfied of that, Your Honor,
5  as I told defense counsel, I would have dropped this, when I
6  asked for the, brought up the settlement, I asked for a sworn
7  notarized statement from her saying that she disavows any
8  knowledge of that.  She refused to do that as well.
9       THE COURT:  Well, the deposition will be very
10 short.  You are not going to ask her where she lives.
11      MR. ROGERS:  I'm not interested in asking her
12 anything like that.
13      THE COURT:  I'm going to put a scheduling order in
14 place with a motions schedule.  I think that -- I ask that
15 you spend time with the magistrate judge this morning.
16 Hopefully she'll be able to accommodate, get this deposition
17 done tomorrow and keep it under control.
18      Anything further for you, Mr. Rogers at this time?
19      MR. ROGERS:  No, Your Honor.
20      THE COURT:  I sincerely hope you put this to rest.
21      I'm not going to cover things like this having to
22 do with the trial yet since we'll see what happens.  I'll
23 follow the summary judgment.
24      Mr. Beaty, anything further for you at this time?
25 You said that you would -- all right.