UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIN M. ROGERS, *pro se*  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KAREN JOHNSON-NORMAN  )<br>  )<br>Defendant.  )<br>  ) | Civil Case No. 06-01186 (ESH) |

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Karen Johnson-Norman's First Set of Requests for Admission was served on March 19, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

                                          /s/
                                  Sean P. Beaty, *pro bono*
                                  (Bar No. 493597)
                                  HOWREY LLP
                                  1299 Pennsylvania
                                  Washington, DC 20004
                                  (202) 783-0800

                                  Attorney for
                                  Karen Johnson-Norman

Dated: March 19, 2007.