UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS,<br><br>            Plaintiff,<br>v.<br><br>KAREN JOHNSON-NORMAN,<br><br>            Defendants, | )<br>)<br>)<br>)<br>) Civil Action no.06-1186 (ESH)(DAR)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY TO DEFEDNANT'S OPPOSITION TO HIS MOTION TO REOPEN DEFENDANT'S DEPOSITION**

   Plaintiff Virgil Rogers moves this honorable court for leave to file his reply pleading to the defendant's opposition to his request to reopen the defendant's deposition not later than 23 March 2007.  Mr. Rogers' request is apparently out of time as his reply was due on 21 March 2007.  Plaintiff mistakenly believed his response was due on 22 March 2007.

However, he consulted with defense counsel on this request who consented to such a request and agreed not to oppose it.

                                                                        Respectfully Submitted,

Filed March 22, 2007                                         //s//

                                                                        VIRGIL ROGERS

1