## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
VIRGIL M. ROGERS, *pro se*                    )
                                                            )
        Plaintiff,                              )
                                                            )
    v.                                                  ) Civil Case No. 06-01186 (ESH)(DAR)
                                                            )
KAREN JOHNSON-NORMAN             )
                                                            )
        Defendant.                            )
_____)

### NOTICE OF SERVICE

        The undersigned counsel for Karen Johnson-Norman hereby certifies that, pursuant to California Code Civ Proc § 1985.3, true and accurate copies of Karen Johnson-Norman's subpoena to Wells Fargo, Notice to Consumer, and Proof Of Service of Notice to Consumer were served on March 26, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings.  As required by California law, copies of these documents were also mailed to Roger's last known mailing address via U.S. Mail:

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

                                                              _____/s/_____
                                                              Sean P. Beaty, *pro bono*
                                                              (Bar No. 493597)
                                                              HOWREY LLP
                                                              1299 Pennsylvania
                                                              Washington, DC 20004
                                                              (202) 783-0800

                                                              Attorney for
                                                              Karen Johnson-Norman

Dated: March 27, 2007.