# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
VIRGIL M. ROGERS, *pro se*              )
)
      Plaintiff,                  )
)
  v.                                  ) Civil Case No. 06-01186 (ESH)(DAR)
)
KAREN JOHNSON-NORMAN               )
)
      Defendant.                  )
_____)

## NOTICE OF SERVICE

The undersigned counsel for Karen Johnson-Norman hereby certifies that a true and accurate copy of Karen Johnson-Norman's Objections to Rogers' First Set of Interrogatories and Document Requests was served on March 27, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

                                                         _____/s/_____
                                                         Sean P. Beaty, *pro bono*
                                                         (Bar No. 493597)
                                                         HOWREY LLP
                                                         1299 Pennsylvania
                                                         Washington, DC 20004
                                                         (202) 783-0800

                                                         Attorney for
                                                         Karen Johnson-Norman

Dated: March 27, 2007.