# Attachment A

## DealerTrack™

The DealerTrack™ system is a powerful web-based channel for end-to-end auto loan and lease transactions. The DealerTrack™ system can improve your business efficiency and profitability by automating the credit process, speeding dealer-lender communications, and improving transaction efficiency.

Now, dealers like you have **FREE** access to:
- anytime-anywhere online information
- electronic application submittal
- instant credit decisions
- real-time communication
- much more

From identifying appropriate lease programs, to processing applications, to receiving funding and delivering a vehicle, the DealerTrack™ system delivers measurable results at no cost to you.

**Get your business on the fast track – with the DealerTrack™ system!**

To learn more, contact Wells Fargo Auto Finance **Sales Manager near you**, call Dealer Marketing at 1-800-357-7501 ext. 27123, or visit **www.dealertrack.com.**

About Us | Site Map | Privacy & Security | Terms Of Use | Responsible Lending | Home
**Wells Fargo & Company**

© 2007 Wells Fargo Financial. All rights reserved.



Intelligence. Insight. Results. Learn More Or Subscribe Now:
**Phone: 866-281-5969**

# Wells Fargo Financial Acceptance, Inc.

3101 W. 69th St., Ste. 204　　　　Phone: 952-920-9270
Minneapolis, MN 55435 (Map)　　Fax: 952-915-3874
　　　　　　　　　　　　　　　　Toll Free: 800-357-7501

Company Web Site

Hoover's coverage by Ryan Caione

## Overview

Let the company behind the horse-drawn stagecoach help you purchase that 260 horsepower sports car you've been eyeing. Wells Fargo Financial Acceptance (aka Wells Fargo Auto Finance), one of the bazillion subsidiaries of financial services Goliath Wells Fargo & Co., provides auto loans and leases to consumers through new automobile franchise dealers across the US. It also specializes in non-prime auto financing as well as auto refinancing. Through an alliance with Lyndon Property Insurance Company, the company also offers an extended warranty product called AutoXtra in some 15 states.

## Key Numbers

Key financials for Wells Fargo Financial Acceptance, Inc.

| | |
|---|---|
| **Company Type** | Subsidiary of Wells Fargo |
| **Fiscal Year-End** | December |
| **Sales (mil.)** | $270.2 (est.) |
| **Employees** | 2,015 |

**TIP:** Want to stay abreast of the latest in IPO news? **Sign up for Hoover's IPO Update newsletter** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Key People

Key people and executives for Wells Fargo Financial Acceptance, Inc.

| | |
|---|---|
| **President** | James R. Fisher |
| **Director, Human Resources** | Janine Mack |

**TIP:** Use **Build Executive List** to target decision makers by industry, geography, sales, net income, and number of employees.

## Top Competitors

Top competitors of Wells Fargo Financial Acceptance, Inc.

- AmeriCredit
- Credit Acceptance
- GMAC

**There are 10 competitors for Wells Fargo Financial Acceptance; see more.**

**TIP:** Analyze the **Competitive Landscape** to view a head-to-head comparison of a firm's profitability, operations, growth, and valuation versus that of its top three competitors.

## Industry Information

Primary and secondary industries for Wells Fargo Financial Acceptance, Inc.

- Financial Services
  - Lending
    - **Auto Lending** (primary)

**TIP:** See what companies are creating the biggest impact each week with Hoover's Hottest Companies newsletter. **Sign up now** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Industry Watch

Industry analysis videos for the industries of Wells Fargo Financial Acceptance, Inc.

Ryan Beck Market Analyst Kevin Caron (3:14)
03/30/07 8:05ET - Caron assesses the first quarter of 07.

**View more industry interviews**

Copyright © 2007, Hoover's, Inc., All Rights Reserved | Legal Terms | About Hoover's | Careers | Advertise | Site Map