UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGIL M. ROGERS,

   Plaintiff,

   v.

KAREN JOHNSON-NORMAN,

   Defendant.

Civil Action No. 06-1186
ESH/DAR

## ORDER

Upon consideration of Karen Johnson-Norman's Motion to Compel Interrogatory Answers from Rogers ("Defendant's motion to compel") (Document No. 55); Plaintiff's opposition thereto (Document No. 60); Defendant's reply (Document No. 62) and the entire record herein, it is, this 4th day of April, 2007,

**ORDERED** that Defendant's motion to compel is **GRANTED IN PART,** and that no later than April 16, 2007, Plaintiff shall serve his answer to Defendant's Interrogatory 12; however, for the reasons offered by Plaintiff regarding the need for a more narrowly tailored temporal limit (*see* Plaintiff's Opposition at 3), Interrogatory 12 is hereby limited to the time period from March 1, 2004 through May 31, 2004.*

April 4, 2007

          /s/
DEBORAH A. ROBINSON
United States Magistrate Judge

---

    * Plaintiff, in his Amended Complaint, alleges that "[o]n or about April 2004 Defendant . . . obtained or caused to be obtained a consumer report . . . from or through a credit reporting agency." Amended Complaint (Document No. 16), ¶ 46.