UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, )<br>)<br>Plaintiff, )<br>v. )<br>) Civil Action no.06-1186 (ESH)(DAR)<br>KAREN JOHNSON-NORMAN, )<br>)<br>)<br>Defendant, )<br>) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER BY APRIL 10, 2007**

Plaintiff Rogers moves this Court for leave to file his Reply to the Defendant's Opposition to his Second Motion for Protective Order by April 10, 2007. Mr. Rogers conferred with defense counsel who agreed not to oppose this request.

Filed April 10, 2007                                  Respectfully Submitted,


                                                                  VIRGIL ROGERS