UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN JOHNSON-NORMAN, )<br>)<br>)<br>Defendant, )<br>) | Civil Action no.06-1186 (ESH)(DAR) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER BY APRIL 10, 2007 AND MOTION TO FILE LODGED REPLY MEMORANDUM**

Plaintiff Rogers moves this Court for leave to file his Reply to the Defendant's Opposition to his Second Motion for Protective Order by April 10, 2007. Mr. Rogers conferred with defense counsel who agreed not to oppose this request.  Mr. Rogers has attached the proposed pleading and request the Court file the lodged Reply.

Filed April 10, 2007                                    Respectfully Submitted,


                                                        VIRGIL ROGERS

1