# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

April 19, 2007

VIA E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re:   *Rogers v. Johnson-Norman* – **Wells Fargo's Document Production**

Dear Mr. Rogers:

We have received your April 19, 2007 e-mail responding to our production of documents we received from Wells Fargo Financial Acceptance Corporation pursuant to our subpoena. To answer your question, yes, we have sent you a copy of all the documents that Wells Fargo produced to us.

We would also like to clarify that Wells Fargo has only produced documents that we asked for in our April 16, 2007 subpoena to Wells Fargo Financial Acceptance Corporation. As you recall, that subpoena did not include your social security number or date of birth. The documents produced by Wells Fargo Financial Acceptance were *not* produced in response to our subpoena to Wells Fargo Corporation, which was the subject of your Motion for Protective Order.

As you are aware, we have an ethical duty to keep our client apprised of the progress of her case, including new factual developments and evidence produced by third parties. Also, although I am counsel-of-record in this case, several Howrey attorneys have assisted me in this litigation. They will continue to have full access to the case file just as they would on any other case. Please rest assured that the attorneys working on this matter will continue to treat documents and information from this case with the appropriate level of confidentiality.

I'm sure you remember that there is no standing protective order in this case. During our January meet and confers we discussed entering into a stipulated protective order that would have governed this sort of information, but you were not interested in signing one at that time. If you are now interested in signing a stipulated protective order going forward, we are more than happy to discuss that with you. We have attached a proposed protective order for your review and comment.

We do not agree that the documents provided by Wells Fargo warrant any special protection. However, as a gesture of good faith, we are willing to retrieve all copies of the Wells

**HOWREY**LLP

April 19, 2007<br>Page 2

Fargo production that Ms. Johnson-Norman has in her possession and destroy them. Please let me know if you are amenable to this agreement by 2:00 pm EST tomorrow.

 As for your discovery requests, we propose negotiations via correspondence. Please provide us with specific categories of documents or information related to Count I of your Amended Complaint that you believe we have not produced. Please specify the date range for each category of documents or information you are requesting.

 Finally, attached please find a copy of the subpoena served on CarMax Auto Superstore, Inc. today.

 We look forward to your written response.

Sincerely,<br><br>Sean P. Beaty