MSN Hotmail -
rogerslaw1@hotmail.com Printed: Friday, April 20, 2007 9:15 AM

From : Beaty, Sean <BeatySean@howrey.com>
Sent : Monday, April 16, 2007 4:14 PM
To : "V Rogers" <rogerslaw1@hotmail.com>
CC : "Kellett, Christopher" <KellettC@howrey.com>, "Chaudhary, Sabahat" <ChaudharyS@howrey.com>
Subject : Subpoena to Wells Fargo Financial Acceptance Corporation

Attachment : 2007.04.16AffidavitofProcessServer.pdf (0.02 MB), 2007.04.14SubpoenatoWellsFargoFinancialAcceptanceCorp.pdf (0.16 MB)

<<2007.04.16 Affidavit of Process Server.pdf>> Mr <<2007.04.14 Subpoena to Wells Fargo Financial Acceptance Corp.pdf>> . Rogers,

Attached please find a copy of the subpoena that was served on Wells Fargo Financial Acceptance via its Silver Spring, MD branch this morning. Also attached is the affidavit of the process server who served the subpoena.

Sean Beaty
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 383-6944  Office
(202) 478-2691  Fax
---------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.