

|  |  |
|---|---|
| **Mary O'Malley**<br>Paralegal | **Law Department**<br>MAC A0149-076<br>633 Folsom Street, 7th Floor<br>San Francisco, CA 94107<br>415 396-4545<br>415 975-7864 Fax<br>omallemc@wellsfargo.com |

April 17, 2007

**VIA FEDERAL EXPRESS**

Sean P. Beaty, Esq.
Howrey, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

 Re: <u>Rogers v. Johnson-Norman Subpoena</u>

Dear Mr. Beaty:

 Attached please find records in response to your subpoena to Wells Fargo Financial Acceptance in the above-referenced case.

 Please let me know if you have any questions.

        Sincerely,

        Mary O'Malley
        Paralegal

Encl.