# ATTACHMENT B

**Beaty, Sean**

| | |
|---|---|
| **From:** | V Rogers [rogerslaw1@hotmail.com] |
| **Sent:** | Friday, January 19, 2007 11:50 |
| **To:** | Beaty, Sean |
| **Subject:** | RE: Rule 16 Meet and Confer |

Sean, Unfortunately I am not available anytime this afternoon or on Friday night. Look over my changes, and if you are in agreement with the Meet & Confer and Scheduling Order then we likely are on the same page with those.

In light of some clever wording in some provisions of your proposed Protective Order that I believe are one sided I am not in agreement with it as its drafted by your office. Even a person that never picked up a law book could see the objective of several of those provisions that were artfully written in legalese. I am slightly more informed about the law than some and therefore understood the proposed order for exactly its intended purpose.

Are you sending me the names of a few court reporters as you mentioned or must I locate one? I want to get them scheduled and paid now.


>From: "Beaty, Sean" <BeatySean@howrey.com>
>To: "V Rogers" <rogerslaw1@hotmail.com>
>Subject: RE: Rule 16 Meet and Confer
>Date: Fri, 19 Jan 2007 11:27:29 -0500
>
>Are you available at any point this afternoon or this evening to discuss?
>Otherwise we can discuss the proposals on Monday.  Given that we appear to
>have continued our negotiations past our first meeting, I think we can in
>good faith hold off on filing the meet and confer report until Tuesday or
>Wednesday.
>
>Sean Beaty
>Howrey LLP
>1299 Pennsylvania Ave., NW
>Washington, DC 20004
>(202) 383-6944   Office
>(202) 478-2691   Fax
>
>
>-----Original Message-----
>From: V Rogers [mailto:rogerslaw1@hotmail.com]
>Sent: Friday, January 19, 2007 11:24 AM
>To: Beaty, Sean
>Subject: Re: Rule 16 Meet and Confer
>
>I am not available after 1400 today. If you want to speak over the weekend,
>let me know an early morning that you'd like for me to call you and I can
>try. I am extremely busy over the next several days.
>
>Virgil Rogers
>
>
> >From: "Beaty, Sean" <BeatySean@howrey.com>
> >To: <rogerslaw1@hotmail.com>
> >Subject: Re: Rule 16 Meet and Confer
> >Date: Thu, 18 Jan 2007 14:45:23 -0500
> >
> >I am out of the office tomorrow a well, but it is important that we
> >speak tomorrow so we iron out the details before Monday's deadline. I
> >will be available after 1400 hours EST tomorrow.  Please provide me a
> >number where I can reach you, and I'll call you in the afternoon.
> >

1