# ATTACHMENT D

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

April 9, 2007

**VIA E-MAIL, FAX, AND REGULAR MAIL**

Mary O'Malley
Wells Fargo Law Dept.
633 Folsom St., 7th Fl. Mac A0149-076
San Francisco, CA 94107

     **Re:**   *Rogers v. Johnson-Norman*, CA No. 06-1186 (D.D.C.)

Dear Ms. O'Malley:

     Thank you again for your continued assistance in this matter. Attached please find our subpoena to Wells Fargo for documents relating to Virgil Rogers' applications for credit with your company.

     We look forward to your response. Please do not hesitate to contact me with questions or concerns.

               Sincerely,

               Sean P. Beaty

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC