# ATTACHMENT E

# AFFIDAVIT OF PROCESS SERVER

United States District Court                        State of Maryland

**Rogers**                                         Attorney:

    Plaintiff                          Howrey, LLP
                                                   Sean Beaty
vs.                                                1299 Pennsylvania Ave., NW
                                                   Washington, DC. 20004
**Johnson-Norman**

    Defendant


Case Number: 06-01186 (ESH)(DAR) D.D.C.

Legal documents received by Same Day Process Service on April 13th, 2007 at 6:41 PM to be served upon **Wells Fargo Financial Acceptance C/O Wells Fargo Financial Maryland, Inc. at 1300 Spring St., Ste. 126, Silver Spring, MD. 20910**

I, B. Tony Snesko, swear and affirm that on **April 16th, 2007 at 9:03 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Subpoena in a Civil Case; Notice of Service to Harris Vaudens** as **Manager** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'10   Weight: 170   Skin Color: White   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**
Attempted service on Saturday, April 14th but the offices were closed.


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002703

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this ___16___ day of ___April___, 2007

_____
Notary Public, D.C.
My commission expires ___June 30, 2011___

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGIL M. ROGERS, *pro se* <br><br> Plaintiff, <br><br> v. <br><br> KAREN JOHNSON-NORMAN <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-01186 (ESH)(DAR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REVISED NOTICE OF SERVICE**

The undersigned counsel for Karen Johnson-Norman hereby certifies that, pursuant to Maryland Code, Financial Institutions § 1-304, true and accurate copies of Karen Johnson-Norman's subpoena to Wells Fargo Financial Maryland, Inc., as well as the process servers' Affidavit of Service, and a Notice of Service were served on April 16, 2007 to Virgil Rogers via the same e-mail account Rogers uses to receive CM/ECF filings.

Copies of these documents were also mailed to Roger's last known mailing address via U.S. Mail:

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

/s/
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania
Washington, DC 20004
(202) 783-0800

Attorney for

                                                                Karen Johnson-Norman

Dated: April 16, 2007.