# ATTACHMENT F

**Beaty, Sean**

| | |
|---|---|
| **From:** | V Rogers [rogerslaw1@hotmail.com] |
| **Sent:** | Thursday, April 19, 2007 11:55 |
| **To:** | Beaty, Sean |
| **Subject:** | RE: Documents Produced by Wells Fargo |

Mr. Beaty,

I'd like some professional assurance that you have not and will not share any of the personal information that you have received from Wells Fargo with your client. I am also concerned that you have included others on the email that are not the attorney of record in this case. It should be secured and only accessible to you and destroyed after this case concludes. If you cannot assure me of this, I will need to seek an emergency injunction since you obtained this information while my motion for a protective order was pending.

Also, have you included all of the documents? I certainly don't show anything in there with my signature authorizing anyone to run my credit or a signed credit application? I certainly am not surprised that they produced a credit report since we already knew they had run the report. The question is who actually ran the report and where is their authorization. Is there anything resembling a signed authorization included in the documents?

If you want to discuss my discovery requests in a meet and confer manner, you can call me or let me know what you want to discuss and I will call you.

Your prompt response is appreciated.

Virgil Rogers


>From: "Beaty, Sean" <BeatySean@howrey.com>
>To: "V Rogers" <rogerslaw1@hotmail.com>
>CC: "Kellett, Christopher" <KellettC@howrey.com>,"Chaudhary, Sabahat"
><ChaudharyS@howrey.com>
>Subject: Documents Produced by Wells Fargo
>Date: Thu, 19 Apr 2007 10:28:31 -0400
>
>Mr. Rogers,
>
>Attached please find the documents produced pursuant to Karen
>Johnson-Norman's subpoena to Wells Fargo Financial Acceptance
>Corporation. We have Bates numbered Wells Fargo's production as KJN
>0002-0013. We have included the cover letter sent by Wells Fargo for
>your records.
>
>Also attached is Karen Johnson-Norman's Second Set of Requests for
>Admissions. Your admissions are due May 21, 2007. Finally, we have
>also attached a notice for your deposition, which will take place on
>June 6, 2007 in Washington, D.C.
>
>As always, please feel free to contact me if you have any questions or
>concerns.
>
>Sean Beaty
>Howrey LLP
>1299 Pennsylvania Ave., NW
>Washington, DC 20004
>(202) 383-6944   Office
>(202) 478-2691   Fax
>
>------------------------------------------------------------------------
>-------------------------- This email and any attachments contain

1

```
>information from the law firm of Howrey LLP, which may be confidential
>and/or privileged.
>The information is intended to be for the use of the individual or
>entity named on this email.
>If you are not the intended recipient, be aware that any disclosure,
>copying, distribution or use of the contents of this email is prohibited.
>If you receive this email in error, please notify us by reply email
>immediately so that we can arrange for the retrieval of the original
>documents at no cost to you.
>


><<
>2007.04.17CoverLetterEnclosingWellsFargoFinancialAcceptanceCorporation_
>sDocumentProduction.pdf
> >>


><< 2007.04.19KJN_sSecondSetofRFAs.pdf >>


><< 2007.04.19NoticeofDepositiontoRogers.pdf >>
_____
Mortgage rates near historic lows. Refinance $200,000 loan for as low as
$771/month*
https://www2.nextag.com/goto.jsp?product=100000035&url=%
2fst.jsp&tm=y&search=mortgage_text_links_88_h27f8&disc=y&vers=689&s=4056&p=5117
```

2