# ATTACHMENT H

**BANKRUPTCY FILING RECORD**

Court Last Updated:04-02-2004
Court Current To:03-31-2004
Current Date:04/02/2004
Source:U S BANKRUPTCY COURT, DC

**DEBTOR INFORMATION**

Debtor:ROGERS,VIRGIL M
PO BOX 1091
ALEXANDRIA, VA 22313
Social Security Number:          4216

**FILING INFORMATION**

Filing Office:U S BANKRUPTCY COURT
333 CONSTITUTION AV NW  RM 4400
WASHINGTON, DC 20001
Judge:SMT
Filing Type:CHAPTER  7 DISCHARGE
Filing Date:06/29/2000
Filing Number:0001253

END OF DOCUMENT

KJN 0001