# ATTACHMENT A

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VIRGIL M. ROGERS, *pro se*        )

        Plaintiff,        )

v.        Civil Case No. 06-01186 (ESH)(DAR)

KAREN JOHNSON-NORMAN

        Defendant.

**PLAINTIFF ROGERS' ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION**

1. Do you admit: You do not have a complete and unredacted copy of your July 2005 Experian credit report?        Admit

2. Do you admit: You do not have a complete and unredacted copy of the correspondence you sent to Wells Fargo in October 2005?        Deny

3. Do you admit: You do not have a complete and unredacted copy of the correspondence you sent to Wells Fargo on January 9, 2006?        Deny

4. Do you admit: You do not have a complete and unredacted copy of the correspondence Wells Fargo sent to you on January 16, 2006?        Admit

5. Do you admit: You stated in your January 26, 2006 letter to Wells Fargo Acceptance Corporation that "I will contact a good plaintiffs attorney in both Pennsylvania and Minneapolis in anticipation of further legal action?"        Deny

6. Do you admit: You listed your attorney's law firm's name and address under your name in your January 26, 2006 letter to Wells Fargo Acceptance Corporation?        Deny

7. Do you admit: The only two documents in your possession related to the allegations in Count I of your Amended Complaint are (i) a redacted copy of Page 16 of your 22-page Experian Credit Report, dated July 14, 2005, and (ii) a copy of your January 26, 2006 letter to Wells Fargo Acceptance Corporation?        Deny

8. Do you admit: You applied for a loan in April 2004?        Deny

9.  Do you admit: You applied for financing in April 2004?    Deny

10. Do you admit: You have not suffered any damage to your credit score or creditworthiness as a result of the allegations in Count I of your Amended Complaint?    Deny

11. Do you admit: You have not lost any money as a result of the allegations in Count I of your Amended Complaint?    Deny

12. Do you admit: You have not been the victim of identity theft as a result of the allegations in Count I of your Amended Complaint?    Deny

13. Do you admit: You have not been exploited or harassed as a result of the allegations in Count I of your Amended Complaint?    Deny

14. Do you admit: You do not have any direct evidence that Karen Johnson-Norman was involved in initiating an inquiry against your credit history?    Deny

15. Do you admit: You filed for bankruptcy in June 2000 in Washington, D.C.?
    Admit

I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

VIRGIL ROGERS, pro se
Dated: April 18, 2007.

2