# ATTACHMENT D

VIRGIL M. ROGERS                                    26 January 2006
c/o Law Office of Tsung, Megason & Pham
4 E. Holly Street #215
Pasadena, CA 91103


Wells Fargo Financial Acceptance Corporation (WFFAC)
2501 Seaport Drive #BH300
Chester, PA 19013

Re:    Unauthorized Credit Inquiry - Security Alert

I received your unsigned 1/16/06 reply to my letter seeking an explanation for an
unauthorized credit inquiry made by WFFAC upon my Experian credit file on 4/25/04.
Your letter claims that you cannot find an "application number" to facilitate a search and
can't find any information associated with my name. Further, you direct me to Experian to
settle this matter.


Foremost, this response is unacceptable. I think you misunderstand my complaint so I will
clarify. There is no application number because I did not apply for any credit from WFFAC.

I strongly suspect that a particular employee of Wells Fargo Real Estate Group, in an effort
to stalk and harass me either initiated this illegal inquiry using WFFAC resources or
convinced a WFFAC employee to do so directly. I suspect such conduct because the
suspected perpetrator has engaged in such behavior previously, and the appropriate
management apparently did not address the misconduct at that time.

**As you are aware, accessing credit files for personal or illegal use is a crime.** I insist that
you investigate this matter and involve corporate security to identify the perpetrator.
Financial crimes and invasions of privacy cannot and should not be countenanced by
WFFAC and I will not let this slide.

You request my Social Security # but I am hesitant to give this since I find your reply
indifferent and unresponsive. I request that you do utilize the information I have provided to
identify who illegally accessed my personal credit file for their own insidious purposes.

I am fairly certain that I can identify by name and title the Wells Fargo employee behind
this. However, I believe it's your responsibility to investigate and identify this person
internally. I am going to stress again the seriousness of unsolicited access to a credit file,
especially when the purpose is not business related but possibly criminal as in this case.

If this is not addressed immediately, I will contact the Federal Bureau of Investigation (FBI)
field office in Philadelphia to report this matter. I will inform them that I have not received
any cooperation from WFFAC, simply an unsigned form letter showing indifference to my
complaint.

1

I will contact the parent company (Wells Fargo Company) Board of Directors, the head of corporate security, *Ms. Avid Modjtabi* (V.P. for Human Resources) and inform each of the non-activity on your part. I will also contact the office of Vice President *Mark Oman*.

I will also contact the Federal Trade Commission and Experian to inform each that WFFAC has shown indifference to my complaint.

Lastly, I will contact a good plaintiff's attorney in both Pennsylvania and Minneapolis in anticipation of further legal action unless my complaint is taken seriously and investigated promptly. Violations of the FCRA and criminal invasions of privacy are very serious. In this case, I suspect an insider has used their position with Wells Fargo to glean my personal information and to use it in illegal ways.

I would like a real person (no more unsigned correspondence) to contact me and I want this matter elevated to Wells Fargo security. If WFFAC doesn't investigate, then it's complicit and liable as much as the offender. *I will not let this matter go*. I will continue to elevate this until my concerns are addressed and someone tells me what's being done about this matter.

The answers **WILL** be found. It's up to you whether they are found externally, while exposing the Wells Fargo brand to further scrutiny and liability or if you find them through your own due diligence and deal with the responsible parties appropriately.

Regards,

Virgil Rogers

Cc:
*James Fisher, President, WFFAC*
*Wells Fargo Company Board of Directors (Human Resources Committee)*
*Mark Oman, Wells Fargo VP*
*Avid Modjtabai, Wells Fargo VP*

Attached:
*9 January 2006 Correspondence*
*16 January 2006 WFFAC response (unsigned)*
*Excerpt of Experian credit report with unauthorized inquiry*