# ATTACHMENT B

Case 1:06-cv-01186-ESH    Document 71-3    Filed 04/30/2007    Page 1 of 2

# experian

www.experian.com/consumer
Call 800 509 8495

## Requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Personal data about you may be made available to companies whose products may interest you.

| Source | Date of request | Comments |
|---|---|---|
| | 1-5-2005 | Permissible purpose. This inquiry is scheduled to continue on record until Feb 2007. |
| WFFINACCPT<br>1 INTERNATIONAL PLZ<br>PHILADELPHIA PA 19113 | 4-25-2004 | Permissible purpose. This inquiry is scheduled to continue on record until May 2006. |

## Requests viewed by others

The section below lists all who have requested in the recent past to review your credit history as a result of actions involving you, such as the completion of a credit application or the transfer of an account to a collection agency, mortgage or loan application, etc. Creditors may view these requests when evaluating your creditworthiness.

| Source | Date of request | Comments |
|---|---|---|
| | 6-15-2005 | This inquiry is scheduled to continue on record until Jul 2007. |
| | 6-2-2005 | This inquiry is scheduled to continue on record until Jul 2007. |
| | 3-9-2005 | Permissible purpose. This inquiry is scheduled to continue on record until Apr 2007. |
| | 2-23-2005 | This inquiry is scheduled to continue on record until Mar 2007. |

0189231323   L-066-04655-0811000