# ATTACHMENT D

| loc_num | trans_id | line_occ | cmx_lender_id | app_snd_ts | dec_rcv_ts | decision_id | app_num | first_name | middle_int | last_name |
|---|---|---|---|---|---|---|---|---|---|---|
| 7152 | 78806 | 1 | AMR | 4/21/2004 20:11 | 4/21/2004 20:13:17:406 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | CAP | 4/21/2004 20:11 | 4/21/2004 20:13:16:28 | APPROVE | 13528402 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | FNC | 4/21/2004 20:11 | 4/21/2004 20:11:30:306 | DECLINE | 3052526 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | FRK | 4/21/2004 20:11 | 4/21/2004 20:28:44:516 | APPCOND | 1140421299 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | TNS | 4/21/2004 20:11 | 4/21/2004 20:19:17:656 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | AMR | 4/25/2004 13:21 | 4/25/2004 13:24:19:346 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | CAP | 4/25/2004 13:21 | 4/25/2004 13:23:34:786 | APPROVE | 13583752 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | FNC | 4/25/2004 13:21 | 4/25/2004 13:21:49:06 | DECLINE | 3059263 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | FRK | 4/25/2004 13:21 | 4/25/2004 13:28:31:833 | DECLINE | 1140425102 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | RDL | 4/25/2004 13:21 | 4/25/2004 13:30:34:243 | APPROVE | 3128597 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | TNS | 4/25/2004 13:21 | 4/25/2004 13:23:56:326 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | AMR | 4/25/2004 19:49 | 4/25/2004 19:51:54:406 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | CAP | 4/25/2004 19:49 | 4/25/2004 19:51:33:55 | APPROVE | 13586363 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | FNC | 4/25/2004 19:48 | 4/25/2004 19:49:28:896 | DECLINE | 3060482 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | FRK | 4/25/2004 19:49 | 4/25/2004 19:56:20:903 | DECLINE | 1140425170 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | TNS | 4/25/2004 19:49 | 4/25/2004 19:54:39:29 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | AMR | 4/25/2004 20:02 | 4/25/2004 20:08:08:646 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | CAP | 4/25/2004 20:02 | 4/25/2004 20:04:22:026 | APPROVE | 13586441 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | FNC | 4/25/2004 20:02 | 4/25/2004 20:02:36:683 | DECLINE | 3060502 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | FRK | 4/25/2004 20:02 | 4/25/2004 20:11:31:666 | DECLINE | 1140425174 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | TNS | 4/25/2004 20:02 | 4/25/2004 20:04:21:346 | DECLINE | 1587068 | VIRGIL | M | ROGERS |