# ATTACHMENT B

Page 1

UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA

VIRGIL M. ROGERS,                   x
                                    :
        Plaintiff,                  :
vs.                                 :Civil Case No.
                                    :06-01186
KAREN JOHNSON-NORMAN                :
                                    :
        Defendant.                  X

WASHINGTON, D.C.

Friday, February 2, 2007


DEPOSITION OF:

        KAREN JOHNSON-NORMAN,

a witness, called for examination by counsel on

behalf of the plaintiff, pursuant to notice and

agreement of the parties as to time and date, taken

at the US DISTRICT COURTHOUSE, 333 Constitution

Avenue, NW, Courtroom 4, Washington, D.C., beginning

at approximately 1:10 p.m., before Raakeebah L.

Henderson, a Notary Public and court reporter in and

for the District of Columbia, when were present on
behalf of the respective parties:
-----------------------------------------------------
            DIGITAL EVIDENCE GROUP
        1111 16th Street, NW Suite 410
              Washington, DC  20036
                 (202) 232-0646

1  MR. ROGERS: Thanks, Your Honor. This
2  is going to be concluded in about 30 minutes or has
3  that time already elapsed?
4  THE COURT: The 30 minutes has passed
5  but because some of that has been consumed by the
6  Court's comments you may proceed.
7  REDIRECT EXAMINATION
8  BY MR. ROGERS:
9  Q.  Ma'am, before -- I'm going to go back to
10  the prior question. In any judicial proceeding at
11  any time before any judicial officer have you always
12  testified truthfully, completely and sincerely?
13  MR. BEATY: Objection, Your Honor.
14  THE COURT: The Court has already
15  sustained the objection to that question.
16  MR. ROGERS: Your Honor, I understood
17  yesterday that if the witness answered no to the
18  question about the credit inquiry that the Court
19  would allow inquiry into her credibility.
20  THE COURT: The Court did so rule and
21  the Court does intend to allow you to inquire
22  regarding the credibility.

1    However, the Court does not intend to
2    allow you to revisit prior judicial proceedings
3    largely on account of the district court's ruling --
4    the district judge's ruling with respect to those
5    matters.
6    You are free to impeach the defendant
7    with prior inconsistent statements concerning this
8    matter, for example, or by other questions which
9    would constitute proper efforts within the confines
10   of the current case to impeach the credibility of the
11   answer.
12   You may not inquire about the history of
13   other proceedings because those matters are simply
14   not before you and for the reasons already discussed
15   by Judge Huvelle they may not be taken into account
16   in connection with this matter.
17   MR. ROGERS:  There may be other judicial
18   proceedings that were not covered under Judge
19   Huvelle's order, Your Honor, with respect to --
20   THE COURT:  The Court does not intend to
21   allow you to ask whether in prior judicial
22   proceedings Ms. Johnson-Norman testified truthfully.

1  If you have other questions going to the
2  witness' credibility more specifically do you have
3  impeachment of material that would constitute
4  impeachment of the answers that she gave during this
5  deposition?
6      MR. ROGERS: With respect to her answers
7  specifically about the credit inquiry we didn't know
8  what her answer was going to be today.
9      So if Your Honor's asking me do I have
10  information to impeach her on that I do not. On a
11  general note the witness had just stated that she --
12      THE COURT: Well, let me ask you to ask
13  her questions and if there are objections I can rule
14  on them. As I said, I do not intend to allow you to
15  ask whether Ms. Johnson-Norman was truthful in
16  testimony given in other proceedings spanning a
17  period of eight or so years. That is not before me.
18  The assigned district judge has already said that she
19  does not intend to consider them.
20      MR. ROGERS: Can I go back not eight
21  years, Your Honor, can I include --
22      THE COURT: Let me ask you to ask the