UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

VIRGIL M. ROGERS, *pro se*   )

    Plaintiff,   )

  v.   ) Civil Case No. 06-01186 (ESH)(DAR)

KAREN JOHNSON-NORMAN

    Defendant.

**ROGERS' UNOPPOSED MOTION TO SUBMIT UNTIMELY FILINGS**

Plaintiff Rogers respectfully moves this court for leave to untimely file the following lodged memorandums or oppositions.

1) Rogers' Opposition to Karen Johnson's Motion for Spoilation Sanctions

2) Rogers' Reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery

3) Rogers' Opposition to Karen Johnson's Second Motion To Compel Discovery

Mr. Rogers conferred with defense counsel and the motion will be unopposed.

**CONCLUSION**

Mr. Rogers respectfully urges this court to permit him to file the lodged filings out of time.  For the convenience of the Court, Mr. Rogers has contemporaneously lodged

1

the above pleadings with the instant motion.

/s/

Respectfully Submitted,

VIRGIL ROGERS

Dated: May 21, 2007.

2