# ATTACHMENT A

# ATTACHMENT A

**HOWREY** LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.383.6944
F 202.478.2691
www.howrey.com

May 22, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re:   *Rogers v. Johnson-Norman* – **Discovery**

Dear Mr. Rogers:

This letter is to confirm our conversation this afternoon regarding the Round Rock ISD subpoena and other discovery issues in this case. We believe our subpoena was properly issued, and relates to our defense in this case. However, we are willing to withdraw this subpoena if you will stipulate in writing to the following:

(1) You were employed as a teacher by Round Rock ISD in April 2004
(2) Your mailing address in April 2004 was P.O. Box 6461, San Antonio, TX 78209.

Please let me know as soon as possible if you are amenable to this agreement.

We also discussed your opposition to our motion to compel. We believe your discovery responses are inconsistent with respect to your January, 9, 2006 letter to Wells Fargo. Please clarify whether or not the January 9, 2006 letter is in your possession.

We also discussed your responses to Ms. Johnson-Norman's Second Set of Requests for Admissions, which were due yesterday. Pursuant to Rule 36(a), those requests are deemed admitted. You will have to petition the Court for permission to serve out-of-time responses.

Finally, we discussed a proposal for your dismissal of this suit. While we welcome you to dismiss your claims and allow the parties to resume their separate lives, at this time our client is not interested in pursuing a settlement.

**HOWREY**LLP

Virgil M. Rogers
May 22, 2007
Page 2

As always, please feel free to contact me with any questions or concerns.

Sincerely,

Sean P. Beaty