UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN JOHNSON-NORMAN,<br><br>    Defendant. | Civil Action No. 06-1186<br>ESH/DAR |

**REPORT AND RECOMMENDATION**

This action was referred to the undersigned United States Magistrate Judge for management of discovery. On May 18, 2007, the undersigned scheduled a status hearing for 3:00 p.m. on this date. By minute order of June 4, 2007, the undersigned denied Plaintiff's motion "to cancel the status conference" and "schedule an alternative status conference to be held telephonically[.]" Rogers' Motion to Amend Scheduled Status Conference (Document No. 79) at 1; *see also* June 4, 2007 Minute Order.

When the case was called at approximately 3:10 p.m. on this date, neither Plaintiff, who is *pro se,* nor any lawyer who purported to represent him, was present. Counsel for Defendant orally moved for dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Counsel for Defendant relied upon four grounds which directly relate to Plaintiff's conduct with respect to discovery, and one ground of broader scope. The four grounds which directly relate to the conduct of discovery are:

(1) Plaintiff's failure to appear for the status hearing;

(2) Plaintiff's failure to appear on June 6, 2007 for his deposition, which was noticed in April, 2007;

Rogers v. D.C. Metropolitan Police Department, et al.                                                                 2

   (3) Plaintiff's failure to produce all documents responsive to Plaintiff's requests for production of documents; and

   (4) Plaintiff's failure to sign releases.

As a fifth ground, Defendant's counsel proffered that Plaintiff has contacted members of his law firm and leveled accusations regarding Defendant's counsel's conduct.

Upon consideration of the grounds of the motion and the entire record herein, the undersigned determined, on the basis of the findings set forth on the record, to recommend that Defendant's motion be granted and that this action be dismissed with prejudice, and to deny as moot the five motions--all of which address the conduct of discovery--which were pending at the time of the hearing.[1]

In accordance with the determinations set forth from the bench, it is , this 7th day of June, 2007,

**RECOMMENDED** that Defendant's oral motion for dismissal pursuant to Rule 41(b) be granted, and that this action be dismissed with prejudice;[2] and it is

**ORDERED** that the five motions pending at the time of the scheduled status conference are **DENIED AS MOOT.**


April 7, 2007                                                                                  /s/
                                   DEBORAH A. ROBINSON
                                    United States Magistrate Judge

---

[1] *See* Document Nos. 61, 67, 69, 70 and 71.

[2] *See Proctor v. Millar Elevator Service Company,* 8 F.3d 824 (D.C. Cir. 1993) (trial court granted the defendant's oral motion to dismiss pursuant to Rule 41(b) for failure of the plaintiff's counsel to attend a status hearing; issue on appeal limited to whether dismissal should have been with or without prejudice).

**Within ten days after being served with a copy, either party may file written objections to this report and recommendation. The objections shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for the objection. In the absence of timely objections, further review of issues decided by this report and recommendation maybe waived.**