# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN JOHNSON-NORMAN )<br>) Civil Case No. 06-01186 (ESH)(DAR)<br>Defendant. )<br>) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Karen Johnson-Norman will take the deposition of Plaintiff Virgil M. Rogers pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Howrey, LLP, 1299 Pennsylvania Ave., NW, Washington, DC, 20004, or at another agreed upon location within the District of Columbia. The deposition will commence on June 6, 2007 at 9:00 a.m.

The deposition will be taken before a qualified Notary Public or before some other officer authorized by law to administer oaths. The deposition will be recorded by audio, video, and stenographic means.

Dated: April 19, 2007

/s/
Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania
Washington, DC 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

May 17, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re: *Rogers v. Johnson-Norman*

Dear Mr. Rogers:

As we mentioned in our call today, you have not filed timely briefs in response to three of the motions pending before the Court. Your Opposition to our Motion to Compel Discovery was due on May 9th, your Opposition to our Motion for Spoliation Sanctions was due on May 14th, and your Reply to our Opposition to your Motion to Compel was due on May 16th. All three are now late.

If you are conceding these motions, please inform us in writing. If you oppose our motions, we ask that you please file opposition briefs forthwith so the Court may resolve the issues we have raised. We consent to your filing of out-of-time briefs if they are filed by Friday, May 18, 2007. However, if you need more time, we are amenable to discussing an additional extension. As I am sure you are aware, if you do not file an opposition brief, there is a risk that the Court will treat our motions as conceded.

Your deposition is currently scheduled to take place in our offices in Washington, D.C. on June 6, 2007. Depending on your travel plans, we would be happy to adjust the start time to accommodate your schedule. Please let us know what time will work for you.

Finally, please remember that your responses to Ms. Johnson-Norman's Second Set of Requests for Admissions are due on Monday, May 21, 2007.

Sincerely,

*Sean Beaty*

Sean P. Beaty

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing requests for admission were served by e-mail, this 19th day of April, 2007, to the same e-mail account Rogers uses to receive CM/ECF filings. No other viable address is available for Counsel for Karen Johnson-Norman to effectuate service.

/s/
_____

Sean P. Beaty, *pro bono*
(Bar No. 493597)

2