# ATTACHMENT B

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

May 17, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re:   *Rogers v. Johnson-Norman*

Dear Mr. Rogers:

As we mentioned in our call today, you have not filed timely briefs in response to three of the motions pending before the Court. Your Opposition to our Motion to Compel Discovery was due on May 9th, your Opposition to our Motion for Spoliation Sanctions was due on May 14th, and your Reply to our Opposition to your Motion to Compel was due on May 16th. All three are now late.

If you are conceding these motions, please inform us in writing. If you oppose our motions, we ask that you please file opposition briefs forthwith so the Court may resolve the issues we have raised. We consent to your filing of out-of-time briefs if they are filed by Friday, May 18, 2007. However, if you need more time, we are amenable to discussing an additional extension. As I am sure you are aware, if you do not file an opposition brief, there is a risk that the Court will treat our motions as conceded.

Your deposition is currently scheduled to take place in our offices in Washington, D.C. on June 6, 2007. Depending on your travel plans, we would be happy to adjust the start time to accommodate your schedule. Please let us know what time will work for you.

Finally, please remember that your responses to Ms. Johnson-Norman's Second Set of Requests for Admissions are due on Monday, May 21, 2007.

Sincerely,

Sean P. Beaty

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.383.6944
F 202.478.2691
www.howrey.com

May 21, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re: *Rogers v. Johnson-Norman*

Dear Mr. Rogers:

We have your received your e-mail from this morning requesting another day to file your out-of-time briefs. As you are aware, your Opposition to our Motion to Compel Discovery was due on May 9th, your Opposition to our Motion for Spoliation Sanctions was due on May 14th, and your Reply to our Opposition to your Motion to Compel was due on May 16th.

Please recall that we reminded you about your late briefs on Thursday afternoon, and agreed to give you until midnight on Friday, May 18, 2007. You then sent an e-mail on Saturday evening asking to file your briefs by midnight PDT on Sunday, May 20, 2007; however, you have yet to file your oppositions and replies. We are being as patient as possible, but must insist that you file your briefs by 11:59 pm EST on May 21, 2007. Again, the Court may treat our motions as conceded based on your failure to oppose them.

Also, we are making preparations for your deposition, and need to tell the court reporter and videographer what time we plan to begin. If we do not hear back from you by close of business tomorrow, we will expect to start at 9:00 am EST on June 6, 2007. Thus, if your travel plans require an alternate start time, please let us know.

Finally, please remember that your responses to Ms. Johnson-Norman's Second Set of Requests for Admissions are due today. We look forward to your responses.

Sincerely,

Sean P. Beaty

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.383.6944
F 202.478.2691
www.howrey.com

June 2, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re: *Rogers v. Johnson-Norman* – **Your Deposition on June 6, 2007**

Dear Mr. Rogers:

We write in response to your reply brief filed last night. In your brief, you indicate that you will not appear for your deposition, which is scheduled for 9:00 am on June 6, 2007. As a party to this action, you are required to submit to your deposition, and therefore we demand that you appear for your deposition.

We served you with the Notice of Deposition on April 19, 2007 – over *six weeks* prior to the deposition date. We know you received the notice, because it was attached to the same e-mail as the Wells Fargo document production. However, your reply brief filed last night is the first instance in which you have indicated that you are unable to attend the deposition. Indeed, we sent you letters on May 17, 2007 and May 21, 2007 reminding you that your deposition was scheduled for June 6th. You have *never* previously indicated that you were not available on this day, nor proposed any other day for your deposition.

If you do not attend your deposition on June 6, 2007, we will be entitled to recover our costs suffered by your failure to appear. Moreover, if the Court does not grant your motion for a telephonic hearing, you have to appear in Court on June 7, 2007. If you fail to appear, the Court may use its inherent power to sanction your conduct.

You have been ordered by the Court to attend the status conference on Thursday, June 7, 2007. In the spirit of compromise, we will agree to take your deposition the next business day - Friday, June 8, 2007 (the last day of discovery). Please inform us no later than close of business on Monday, June 4th if you accept our proposal. If you do not accept the June 8th deposition date, we will proceed with your deposition on June 6th as scheduled and will expect your attendance.

# HOWREY LLP

Virgil M. Rogers
June 2, 2007
Page 2

Sincerely,

*[signature]*

Sean P. Beaty

**Beaty, Sean**

| | |
|---|---|
| **From:** | V Rogers [rogerslaw1@hotmail.com] |
| **Sent:** | Monday, June 04, 2007 10:06 |
| **To:** | Beaty, Sean |
| **Subject:** | RE: Our Letter Regarding Your Deposition |

Mr Beaty,

Your email states that you "demand" that I appear someplace this week.

As you probably already know "demands" are no way to resolve anything and I reject your use of this. Diplomacy is part of professionalism, and that was not very diplomatic. Let me add that President Lincoln freed African Americans from involuntary bondage and from the "demand" to go where told.
Your use of the English language in this case seems improper.

Your position in this matter doesn't give you the right to "demand" anything.  You're obliged to treat me with some form of respect and dignity.
   I believe you have not done so and your "demand" that I appear without regard to my valid concerns is another example of that. I expressed to you months ago that I believe a deposition was proper in California and that I would be unavailable for some periods.

I have expressed several valid issues with regard to your "demand" that I appear. I am unable to appear as "demanded" and separately I believe those issues should be resolved beforehand.

If you would like to cooperatively discuss this matter, I am amenable to that. Also, you are linking the proposed status conference with a deposition and they are not linked. Each is an independent occurrence and so the scheduling of one is irrelevant to the other.

You have been notified several days in advance that I am unable to present.
Therefore, whatever costs you may still incur are due to inactivity on your part. You have been duly notified that there will be no deposing of Plaintiff on said date at your D.C. office.

I ultimately defer and respect the Court. I will cooperate with you in whatever capacity but the serial disrespect from your side must cease for that to occur. Ultimately, as a member of the Bar you are expected to maintain the decorum of proceedings.

Regards,

Virgil Rogers


>From: "Beaty, Sean" <BeatySean@howrey.com>
>To: "V Rogers" <rogerslaw1@hotmail.com>
>Subject: Our Letter Regarding Your Deposition
>Date: Sat, 2 Jun 2007 15:09:03 -0400
>
>Sean Beaty
>Howrey LLP
>1299 Pennsylvania Ave., NW
>Washington, DC 20004
>(202) 383-6944  Office
>(202) 478-2691  Fax

Make every IM count. Download Messenger and join the i'm Initiative now.
It's free. http://im.live.com/messenger/im/home/?source=TAGHM_June07

1

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.383.6944
F 202.478.2651
www.howrey.com

June 4, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re:    *Rogers v. Johnson-Norman* – Your Deposition

Dear Mr. Rogers:

    We have received your June 4, 2007 e-mail indicating your refusal to attend your deposition, which is currently scheduled for Wednesday, June 6, 2007 at 9:00 am. We urge you to reconsider your position.

    You have indicated that you are not available for your deposition. We find your position incredible, as you were served with notice of your deposition on April 19, 2007. Moreover, until last Friday, you had never expressed any difficulty with attending your deposition as scheduled. Indeed, other than a general statement that you are "not available" for your deposition, you have never explained why you are not available and have not proposed an alternate date.

    In our June 2, 2007 letter, we proposed Friday, June 8, 2007 as an alternative date for your deposition. Your e-mail did not respond to our offer. As you know, the Court denied your motion to amend the status conference. Therefore, since you have been ordered to attend the status conference in D.C. on Thursday, June 7, 2007, it would only make sense to proceed with your deposition on Friday, June 8th.

    Please let us know by 3:00 pm tomorrow if you agree to our proposal to move your deposition to Friday, June 8, 2007. If you do not respond or accept our proposal, we will proceed with your deposition as scheduled on Wednesday, June 6, 2007. We will seek costs for the deposition if you fail to appear.

                                           Sincerely,

                                           /s/

                                         Sean P. Beaty

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

**Beaty, Sean**

**From:** V Rogers [rogerslaw1@hotmail.com]
**Sent:** Tuesday, June 05, 2007 10:25
**To:** Beaty, Sean
**Subject:** RE: Letter to Rogers re Deposition

Mr. Beaty,

I haven't stated to you that I "refuse" to be deposed. That is not the case. I am unable to come to D.C. to your offices at the proposed time. What I have stated to you is that I am unable to be there not that I refuse. I did object to your use of the terminology demanding that I appear, but it wasn't necessary since I had not refused. I offered to discuss the matter with you but I have not heard from you in that respect. Separately, I do have many concerns about the proposed scope of your inquiries (just as you litigated your concerns about my questions to your client and had me limited to 1 hour of inquiry). I am also concerned about the circumstances of your proposed deposition and I did tell you more than once that I was of the opinion that any deposition that I underwent would occur in California. You seem to be lamenting the fact that I did not repeat that opinion.

However, these concerns are not the reason that I cannot appear. I simply am unable to be in D.C. on this date. Your concern as to why I am unavailable is a quandary. I already believe you have gone far above your duty in violating my privacy. For me to give you every detail of my reason for inability would further allow you to intrude on my private life. I am uncomfortable with you invading my personal space any further.

I offered you the same alternative that you offered me which is a remote deposition in California. You never relented in your insistence upon that issue until the Court intervened. I offered that option as a compromise to you. However, if you characterize my failure to appear for a deposition as a refusal you would not be correct as you were notified ahead of time and provided an alternative option and I also offered to speak with you on the matter.

Regards,

Virgil Rogers


>From: "Beaty, Sean" <BeatySean@howrey.com>
>To: "V Rogers" <rogerslaw1@hotmail.com>
>Subject: Letter to Rogers re Deposition
>Date: Mon, 4 Jun 2007 23:03:59 -0400
>
>---------------------------------------------------------------
>------------------------ This email and any attachments contain
>information from the law firm of Howrey LLP, which may be confidential
>and/or privileged.
>The information is intended to be for the use of the individual or
>entity named on this email.
>If you are not the intended recipient, be aware that any disclosure,
>copying, distribution or use of the contents of this email is prohibited.
>If you receive this email in error, please notify us by reply email
>immediately so that we can arrange for the retrieval of the original
>documents at no cost to you.
>

><< 2007.06.04LettertoRogersreDeposition.pdf >>

---

Get a preview of Live Earth, the hottest event this summer - only on MSN
http://liveearth.msn.com?source=msntaglineliveearthhm

1

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.383.6944
F 202.478.2691
www.howrey.com

June 5, 2007

BY E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

Re:   *Rogers v. Johnson-Norman* – Your Deposition

Dear Mr. Rogers:

We have received your June 5, 2007 e-mail indicating your refusal to attend your deposition, as scheduled, in Washington, D.C. We do not believe any additional discussion will be fruitful. We will proceed with your deposition, as scheduled, at 9:00 am on Wednesday, June 6, 2007. If you fail to appear, we will seek the appropriate relief from the Court.

Sincerely,

/s/

Sean P. Beaty