# ATTACHMENT C

Page 1 of 1

## Wells Fargo Financial

**Dealer:** 912617   7152-San Antonio

**Application Id:** 11040421299   **Local Reference Id:** 10449617   **Status:** Approved

### Applicant
| | | |
|---|---|---|
| Name: Mr./Ms. VIRGIL M ROGERS | SSN: -4216 | Dob: /1969 |
| Phone: (512) 294-5636 | | Checking: Y   Savings: Y |

Curr Addr: 6461 PO BOX 6461 NA   Type: Live with relatives   Rent/Mrg: $1.00
SAN ANTONIO,  TX  78209-   LLD:   YRS: 4   MOS: 0

Curr Emp: ROUNDROCK ISD   Phone: (512) 464-5034 x:
Type: Other   Title: TEACHER   Income: 2,500.00   Frequency: Monthly   YRS: 1   MOS: 0

Prev Emp: US AIRFORCE   Phone: (703) 545-6700
Type:   Title: CAPTAIN   Income: .00   Frequency:   YRS: 12   MOS: 0

### References
Ref: PHILLIP ROGERS   Phone: (213) 341-3004 x:   Rel: PARENT
Addr: 4812 KATHY DR   OKLAHOMA CITY   OK  73135-

### Other Income:
Income Type: PEARSON EDUC   Amount: $1,000.00   Monthly:   $1,000.00 Taxable: ☑
Frequency: Monthly   Hours:   Year To Date:

### Vehicle Information
Type: Used   Year: 1997   Make: Toyota   Model: Avalon   Body: 4d Sedan
Mlg: 98076   Code:   VIN: 4T1BF12B7VU148069   Base:   $.00
Price: $10735.00 DWN: $400.00 TRV: $.00 TBL: $.00 TRD: $.00 Reb: $.00
TRM: 48   REQ: $10335.00 INV: $9998.00 MSRP: $.00 Value: $9998.00 Sum: $.00
TRD1 2000   Bal: $.00 Val: $.00
TRD2   Bal: $.00 Val: $.00

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PAS 0 | $.00 | CD ☐ | $.00 | PWB ☐ | $.00 | LTR ☐ | $.00 | 4WD ☐ $.00 |
| SPD 0 | $.00 | FM ☐ | $.00 | PWL ☐ | $.00 | RFS ☐ | $.00 | TOW ☐ $.00 |
| CYL 0 | $.00 | TAP ☐ | $.00 | PWS ☐ | $.00 | RFV ☐ | $.00 | BED ☐ $.00 |
| SIZ 0 | $.00 | TLT ☐ | $.00 | PWW ☐ | $.00 | RRK ☐ | $.00 | CAP ☐ $.00 |
| A/T ☑ | $.00 | ATD ☐ | $.00 | PST ☐ | $.00 | SWH ☐ | $.00 | SLD ☐ $.00 |
| CC ☐ | $.00 | BAG ☐ | $.00 | ALB ☐ | $.00 | | | EXT ☐ $.00 |
| A/C ☑ | $.00 | OTC ☐ | $.00 | Trim Package | | | | $.00 |

KJN 0002