# ATTACHMENT F

**Beaty, Sean**

| | |
|---|---|
| From: | rogerslaw1@hotmail.com |
| Sent: | Thursday, April 19, 2007 20:16 |
| To: | omallemc@wellsfargo.com |
| Subject: | April 17 Subpoena response  06-1186 |

Dear Ms. Omalley,

You recently provided documents to Sean Beaty of Howrey, Simon, Arnold and White in Washington, DC in response to an improper subpoena in case 06-1186.
   These documents concern my personal information and is extremely intrusive. What responsible party at Wells Fargo authorized and signed off on the release of these documents without further inquiry?

The information you provided is the subject of a proposed protective order that is under consideration in the federal court in Washington, DC.
Moreover, the civil action concerns an employee of Wells Fargo illegally obtaining personal information about me through various means, such as the info that was easily provided in this instance. That information has now been taken by Mr. Beaty and dsitrubuted to various individuals, including the person who should not have it, Karen Johnson Norman. She is the subject of the civil action, and I have contacted Wells Fargo previously about her conduct in using the Company to glean information about me. Now Mr. Beaty has provided her every personal document that you provided about me to her.

Wells Fargo had no authority to surrender such private information without an express authorization from me or a representative.  Moreover, Mr. Beaty clearly violated his ethical duty to notify General Counsel that a federal judge had taken my motion for a protective order under advisement.
Nevertheless, Wells Fargo should have inquired further before surrendering this information.

I need for you to retrieve all original and copies of documents from Mr.
Beaty promptly. I will seek the appropriate court action but in anticipation of that, I would hope Wells Fargo does the right thing and immediately retrieves all documents from Mr. Beaty. Please keep me apprised of all communications with anyone from Howrey or the alleged perpetrator from Wells Fargo that is the subject of this civil action.

Regards,

Virgil Rogers

---

Don't quit your job - Take Classes Online and Earn your Degree in 1 year.
Start Today!
http://www.classesusa.com/clickcount.cfm?id=866146&goto=http%3A%2F%2Fwww.classesusa.com%2Ffeaturedschools%2Fonlinedegreesmp%2Fform-dyn1.html%3Fsplovr%3D866144

1