UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
VIRGIL M. ROGERS,                        )
                                         )
                  Plaintiff,             )
         v.                              )
                                         )   Civil Action no.06-1186 (ESH)(DAR)
KAREN JOHNSON-NORMAN,                    )
                                         )
                                         )
                  Defendants,            )
_____)

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO HIS OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION BY JULY 13, 2007**

Plaintiff Virgil Rogers moves this honorable court for leave to file his reply to the defendant's opposition to the Plaintiff's objections to the Report and Recommendation filed by the Magistrate Judge in this case by July 13, 2007. He consulted with defense counsel on this request who consented to such a request and agreed not to oppose it.

                                              Respectfully Submitted,

Filed: July 9, 2007                           //s//

                                              VIRGIL ROGERS

1