UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGIL ROGERS,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**KAREN JOHNSON-NORMAN,** )<br>)<br>  **Defendant.** )<br>) | Civil Action No. 06-01186 (ESH) |

## ORDER

Upon consideration of the magistrate judge's report and recommendation, plaintiff's objections thereto, defendant's opposition, and plaintiff's reply, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is adopted, plaintiff's objections are overruled, and the above-captioned case is dismissed with prejudice.

**This is a final appealable order.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 18, 2007