UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN JOHNSON-NORMAN )<br>)<br>Defendant. )<br>) | Civil Case No. 06-01186 (ESH) |

**DECLARATION OF SEAN P. BEATY IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

1. My name is Sean P. Beaty. I am an attorney duly licensed to practice law in the District of Columbia and am a member of the Bar of this Court.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated herein. To my knowledge, all of the facts stated in this declaration are true and correct.

3. I am an associate at the firm Howrey LLP ("Howrey"). I am the attorney of record in this matter for defendant Karen Johnson-Norman. I make this declaration in support of the Motion for Attorney's Fees brought by defendant, which was filed on August 1, 2007.

4. In connection with the representation of Ms. Johnson-Norman, I am familiar with the legal services provided by Howrey. Attached hereto as Exhibit A are true and correct copies of the contemporaneous time records kept by Howrey in connection with this matter. Each entry in Howrey's contemporaneous time records fully and fairly reflect the hours expended, the date on which the hours were expended, the

identity of the attorney, law clerk, or paralegal performing the work, and a description of the work performed.[1] All of these services were either performed by me or under my supervision.

5.  Since Rogers filed his amended complaint, Howrey attorneys and paralegals have spent 684.50 hours on this case that would normally be charged to client at a price of $213,306.25. Furthermore, Howrey has incurred $31,309.27 worth of expenses since Rogers filed his amended complaint. Counsel for Ms. Johnson-Norman has calculated fees and costs based from September 21, 2006 (the date Rogers filed his FCRA claim) until June 7, 2008 (the date Magistrate Judge Robinson issues her Report and Recommendation for dismissal).

6.  In my professional opinion, all of the hours were reasonably necessary to adequately prepare and defend this case.

7.  In my opinion, and based on my knowledge of prevailing rates for litigation counsel in the Washington D.C. area, the rates which Howrey bills its attorneys' for their time are reasonable. I am aware that most - if not all - major Washington, D.C. law firms charge rates very similar to those that Howrey charges.

8.  Howrey seeks only $25,000 in attorneys' fees from Rogers as a deterrent from bringing future bad faith claims against Ms. Johnson-Norman.

9.  In my professional opinion, this total fee request of $25,000 is more than reasonable in light of the time and labor required to prepare and defend this case.

---

[1] The descriptions of the work performed on this case have been redacted to preserve the attorney-client communication privilege and to shield counsel's mental strategies as allowed by the attorney work product privilege. Counsel has retained unredacted versions of these bills should the Court require an *in camera* inspection.

10. A true and correct copy of Round Rock Independent School District's verification of employment for Virgil Rogers is attached hereto as Exhibit B. These documents verify that Rogers worked for Round Rock ISD in April 2004. Rogers' auto loan application with Wells Fargo listed his employment with Round Rock ISD as his current employment. D.I. 87-4 at 2.

11. A true and correct copy of Virgil Rogers' LinkedIn web page is attached hereto as Exhibit C. LinkedIn is a networking website used by professionals from various industries. Rogers' LinkedIn profile discloses that he is a Subcontractor Administrator at KBR. This profile is publicly available at http://www.linkedin.com/ppl/webprofile?action=vmi&id=5347192&authToken=WL2h&authType=name&trk=ppro_viewmore.

12. A true and correct copy of the Notice of Settlement filed on February 23, 2006 in *Rogers v. Ferrari et al*, No. 05-1177 (E.D.Ca.) (D.I. 73) is attached hereto as Exhibit D. The District of Columbia settled with Rogers for an undisclosed sum of money.

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 1, 2007.

Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania, NW
Washington, DC 20004
(202) 783-0800

Attorney for Karen Johnson-Norman