# Ex. B

**CONFIDENTIAL**

HOWREY LLP
RECEIVED APR 1 8 2007

1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2402
PHONE: 202.783.0800 • FAX: 202.383.6610

**FACSIMILE COVER SHEET**

---

**Date:** 2007-04-18 17:21:08 GMT

**To:**

*Name:* Attn Payroll *Company:* Round Rock ISD
*Fax #:* 15124645060

**From:** *Name:* Sean Beaty
*Fax #:* 12024782691

**Subject:** Verification of Employment

MESSAGE:

Attached please find our letter requesting verification of employment for Virgil M. Rogers.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF THERE ARE ANY QUESTIONS OR PROBLEMS WITH THE TRANSMISSION OF THIS FACSIMILE, PLEASE CONTACT THE SENDER.

CONFIDENTIAL

HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.478.2691
www.howrey.com

April 18, 2007

VIA FAX

Attn Payroll
Round Rock Independent School District
1311 Round Rock Ave.
Round Rock, Texas 78681

**Re:** ***Verification of Employment for Virgil M. Rogers***

To whom it may concern:

I am writing to verify previous employment of Virgil Marcellus Rogers. I believe Mr. Rogers was a teacher with Round Rock ISD in April 2004. Please confirm Mr. Rogers' previous employment, and, if possible, provide the dates of his employment.

Please feel free to contact me with any questions or concerns. You may fax your response directly to me at the number above.

Sincerely,

Sean P. Beaty

AMSTERDAM BRUSSELS CHICAGO EAST PALO ALTO HOUSTON IRVINE LONDON LOS ANGELES
MUNICH NEW YORK NORTHERN VIRGINIA PARIS SALT LAKE CITY SAN FRANCISCO TAIPEI WASHINGTON, DC

**CONFIDENTIAL**

SAO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Texas

Virgil M. Rogers
V.
Karen Johnson-Norman

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-1186 (D.D.C.)

TO: Round Rock ISD (attn Payroll)
1311 Round Rock Ave.
Round Rock, Texas 78681

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Verification of Virgil Marcellus Rogers' employment as a teacher with Round Rock ISD in April 2004, including the mailing address Rogers provided Round Rock ISD in connection with his employment, a copy of any photographs of Rogers that the Round Rock ISD maintained as part of his file, and any other information that verifies Rogers' identity.

| PLACE | DATE AND TIME |
|---|---|
| Howrey LLP, 1299 Pennsylvania Ave, NW, Washington, DC, 20004 | 6/1/2007 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Sean Beaty Attorney for Defendant | 5/21/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sean Beaty, Attorney for Karen Johnson-Norman
1299 Pennsylvania Ave., NW, Washington, DC 20004 (202) 383-6944

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

May-21-2007 08:04am From-HOWERY SIMON 2023886610 T-266 P.004/004 F-244

CONFIDENTIAL

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 5/21/2007 | Round Rock Independent School District<br>1311 Round Rock Ave., Round Rock, TX 78681 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Rexanne Prom (Payroll Department) | Fax and U.S. Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Sean Beaty | Attorney for Karen Johnson-Norman |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5/21/2007
DATE

[signature]
SIGNATURE OF SERVER

1299 Pennsylvania Ave., NW
ADDRESS OF SERVER

Washington, DC 20004

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

CONFIDENTIAL

TEXAS
DEPARTMENT OF PUBLIC SAFETY
DRIVER LICENSE
CLASS: C DL: 14904198
DOB: -69 HT:6-01
EXPIRES: 10-27-07 EYES: BRN
REST:A SEX: M
END:
ROGERS,VIRGIL MARCELLUS
3916 ASHBURY LANE
BEDFORD TX 7602
020231937

KJN 0034

CONFIDENTIAL

SOCIAL SECURITY
-4216
THIS NUMBER HAS BEEN ESTABLISHED FOR
VIRGIL M ROGERS
SIGNATURE

KJN 0035

**CONFIDENTIAL**

B

ROGERS,VIRGIL MARCELLUS

1969

M B

1/23/04 012804 IDENTIX48 DPS AIIDENTIX X

NO CRIMINAL RECORD
TEXAS DEPT. OF PUBLIC SAFETY
CRIME RECORDS SERVICE
AUSTIN, TX 78765-4143

# RECORD CHECK

4216

14904198 TX C

ID 50X50G8 TP-600 #003002 14:09:28
LXOPS #11-KL763 20040123-14:10

**CONFIDENTIAL**

Round Rock Independent School District
Application for Substitute Position

COMPLETED JAN 2 6 2004

Round Rock Independent School District is an equal opportunity employer and does not discriminate against persons because of age, race, color, creed, religion, disability, gender, ethnic or national origin, or veteran status. RRISD prohibits discrimination against individuals with disabilities and will reasonably accommodate applicants with a disability, upon request, and will also ensure reasonable accommodation for employees with a disability.

Please type or print legibly. This application becomes a public record and is subject to disclosure.

119707

PERSONAL INFORMATION

Rogers / Virgil / M. — Social Security Number -4216
Last Name / First Name / Middle Initial

~~819 Indian Run~~ ~~Pflugerville~~ ~~TX~~ ~~78660~~
Street Address PO Box 11521 City Killeen State TX Zip 76547

Home Phone Number ( ) Business/Message Phone Number (512) 294-5636

Have you ever worked for RRISD? ___ Yes ✓ No If Yes, provide title, department & year that you worked for RRISD: ___

Are you authorized to work in the United States? ✓ Yes ___ No

Moral turpitude is an act of baseness, vileness or depravity in the private and social duties which a person owes another member of society or society in general and which is contrary to the accepted rule of right and duty between persons, including, but not limited to, theft, attempted theft, murder, rape, swindling and indecency with a minor.

A. Have you ever been convicted of a crime? ___ Yes ✓ No. If yes, please explain ___

B. Have you ever been convicted of a felony or any offense involving moral turpitude and received probation or deferred adjudication? ___ Yes ✓ No. If yes, please explain ___

**(Conviction of a crime is not an automatic bar to employment. The district will consider the nature of the offense, the date of the offense, and the relationship between the offense and the position for which you are applying.)**

EDUCATION

High School Diploma or Equivalent: ✓ Yes ___ No

| College/University (Name & Location) | Years Attended | Major | Degree |
|---|---|---|---|
| Univ of Texas San Antonio | 1993-1995 | Psychology | B.A. |

Business or Trade School ___

LICENSES/CERTIFICATIONS

Kind of License or Certification ___ Number ___ Year ___ State ___

LANGUAGE SKILLS

Are you Bilingual? ___ Yes ✓ No If Yes, which language(s) ___

REFERENCES

Provide at least three work/professional references who are not relatives

| Full Name | Address | Telephone | Occupation |
|---|---|---|---|
| Frank M. Hon | Round Rock | 512 294 1221 | Round Rock ISD |
| Jermeria Milton | Round Rock | 512 294 1224 | Occupational Therapist |
| Donald Evans | Pflugerville | 512 989 0385 | State Dept of Health |

ENTERED FEB 0 3 2004

Rogers, Virgil

Employee Information - VIRGIL ROGERS (119707) CONFIDENTIAL

File Edit Details Help

General

Employee Number: 119707

Continuous: [ ]

Social Security*: -4216

Last Name: ROGERS

First Name: VIRGIL

Status: 14 - SUBSTITUTE - INACTIVE

Gender*: M - Male

Race*: H - Hispanic

Birthdate: /1969

Previous Last Name:

Release Information: [✓]

Termination Information

Termination Date: 06/16/2006

Reason: 29 - SYSTEM RECORD UPDATE

Last Day Worked:

Employment | Personnel | Address/Contact | Qualifications | Payroll | Taxes | Leave Bank | Earnings | Withholdings | History | Time Entry

Employee

Address: PO BOX 66952

City: LOS ANGELES State: CA

Zip Code: 90066

Home Phone: 512-294-5636

Unlisted Phone Number: [ ]

Work Phone: - -

Email:

Emergency

Emergency Contact:

Emergency Phone: - -

Medical

Physician Name:

Physician Phone: - -

Enter first line of address

**CONFIDENTIAL**

05/21/2007
09:22:41

ROUND ROCK INDEPENDENT SCHOOL DISTRICT
ABSENCE FROM DUTY LIST

Page 1
afdlist_rpt

Selective: rr_afd.sub_id="119707"

| AFD-NO | LOC | EMPL-NO | EMPLOYEE LAST/FIRST | ABS-DATE | A-DYS | TYPE | REAS | CTRL-NO | STAT |
|---|---|---|---|---|---|---|---|---|---|
| 61213 | 045 | 000102316 | GUIDRY, ZINDY WHALEY | 01/29/2004 | 1.0 | 100 | 1 | 26549 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104511 | | 611280 | DAYS: | |
| 61602 | 003 | 000105937 | COATS, LYDIA CHRISTINE | 01/30/2004 | 1.0 | 400 | 3 | 26548 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100311 | | 611280 | DAYS: | |
| 62188 | 017 | 000119519 | STRICKLIN, DENISE C | 02/02/2004 | 1.0 | 400 | 3 | 26420 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941101711 | | 611280 | DAYS: | |
| 62927 | 003 | 000106333 | LIGHTFOOT, DEBORAH G | 02/05/2004 | 1.0 | 700 | 4 | 27589 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100311 | | 611280 | DAYS: | |
| 63420 | 046 | 000112068 | WILLIAMS, LINDA K | 02/06/2004 | 1.0 | 100 | 1 | 26105 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104611 | | 611280 | DAYS: | |
| 64135 | 044 | 000116109 | SEAGRIST, RICHARD | 02/10/2004 | 0.5 | 100 | 1 | 28849 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104422 | | 611280 | DAYS: | |
| 64421 | 041 | 000115915 | MOUNTS, ROBERT CHARLES | 02/11/2004 | 1.0 | 100 | 1 | 28848 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104111 | | 611280 | DAYS: | |
| 64532 | 007 | | , | 02/12/2004 | 1.0 | | 9 | 29474 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19945200799 | | 612580 | DAYS: | |
| 65193 | 001 | 000115646 | POHL, ANGIE JEAN | 02/13/2004 | 1.0 | 700 | 6 | 29153 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19943600199 | | 611210 | DAYS: | |
| 66028 | 003 | 000112921 | ELLISON, BRYON DAVID | 02/19/2004 | 0.5 | 700 | 6 | 30787 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100391 | | 611280 | DAYS: | |
| 66095 | 120 | 000118051 | BALKMAN, JEANNE MARIE | 02/19/2004 | 0.5 | 700 | 5 | 30387 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19942194199 | | 611200 | DAYS: | |
| 66556 | 003 | 000101366 | SOCH, JAMES F | 02/23/2004 | 1.0 | 100 | 1 | 29580 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100311 | | 611280 | DAYS: | |
| 67328 | 004 | 000101493 | PARKER, JANICE A | 02/25/2004 | 1.0 | 400 | 3 | 31525 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100411 | | 611280 | DAYS: | |
| 67604 | 004 | 000101493 | PARKER, JANICE A | 02/26/2004 | 1.0 | 400 | 3 | 31525 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100411 | | 611280 | DAYS: | |
| 68115 | 043 | 000108521 | BARBOSA JR, ANTONIO | 02/27/2004 | 1.0 | 700 | 6 | 31870 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104391 | | 611200 | DAYS: | |
| 68563 | 007 | 000109645 | COLLING, RICHARD J | 03/01/2004 | 1.0 | 400 | 3 | 32711 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941100711 | | 611280 | DAYS: | |
| 68820 | 041 | 000105793 | GARRETT, DEBRA K | 03/02/2004 | 1.0 | 100 | 1 | 33134 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104123 | | 611280 | DAYS: | |
| 69381 | 001 | 000105870 | JOHNSON, DEBORAH E | 03/04/2004 | 1.0 | 700 | 6 | 31906 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19943690499 | | 611200 | DAYS: | |
| 69741 | 001 | 000105870 | JOHNSON, DEBORAH E | 03/05/2004 | 1.0 | 700 | 6 | 31906 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19943690499 | | 611200 | DAYS: | |
| 70479 | 106 | 000105353 | STRUBLE, CATHERINE A | 03/09/2004 | 1.0 | 100 | 1 | 34443 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941110611 | | 611280 | DAYS: | |
| 72322 | 017 | 000119519 | STRICKLIN, DENISE C | 03/10/2004 | 1.0 | 700 | 5 | 34615 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941301711 | | 611200 | DAYS: | |
| 72323 | 017 | 000119519 | STRICKLIN, DENISE C | 03/11/2004 | 1.0 | 700 | 5 | 34615 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941301711 | | 611200 | DAYS: | |
| 72324 | 017 | 000119519 | STRICKLIN, DENISE C | 03/12/2004 | 1.0 | 700 | 5 | 34615 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941301711 | | 611200 | DAYS: | |
| 72681 | 046 | 000116928 | BUSH, MARY H | 03/23/2004 | 1.0 | 700 | 5 | 34183 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104625 | | 611200 | DAYS: | |
| 72952 | 046 | 000116928 | BUSH, MARY H | 03/24/2004 | 1.0 | 700 | 5 | 34183 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104625 | | 611200 | DAYS: | |
| 73256 | 046 | 000116928 | BUSH, MARY H | 03/25/2004 | 1.0 | 700 | 5 | 34183 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104625 | | 611200 | DAYS: | |
| 73932 | 047 | 000114077 | HOLLIN, MANDY L | 03/29/2004 | 1.0 | 400 | 3 | 35377 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | | 19941104711 | | 611280 | DAYS: | |

CONFIDENTIAL

05/21/2007
09:22:41

ROUND ROCK INDEPENDENT SCHOOL DISTRICT
ABSENCE FROM DUTY LIST

Page 2
afdlist_rpt

Selective: rr_afd.sub_id="119707"

| AFD-NO | LOC | EMPL-NO | EMPLOYEE LAST/FIRST | ABS-DATE | A-DYS | TYPE | REAS | CTRL-NO | STAT |
|---|---|---|---|---|---|---|---|---|---|
| 74090 | 007 | 000103882 | CLAYBAKER, BENJAMIN K | 03/30/2004 | 1.0 | 100 | 1 | 36980 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941100722 611280 DAYS: | | | | | |
| 74786 | 046 | 000108411 | PETERS, BROWNIE ALAN | 04/01/2004 | 1.0 | 400 | 3 | 35746 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 75226 | 046 | 000111248 | STILLEY, ERIN NICOLE | 04/02/2004 | 1.0 | 400 | 3 | 37561 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 75997 | 007 | | , | 04/06/2004 | 1.0 | | 9 | 38086 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945200799 612580 DAYS: | | | | | |
| 76636 | 046 | 000116928 | BUSH, MARY H | 04/13/2004 | 1.0 | 700 | 5 | 38558 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941393999 611211 DAYS: | | | | | |
| 76979 | 046 | | , | 04/14/2004 | 1.0 | | 9 | 33430 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 77117 | 007 | 000119084 | BEARDEN, DAVID L | 04/15/2004 | 1.0 | 700 | 5 | 39158 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941100711 611200 DAYS: | | | | | |
| 77510 | 007 | 000119084 | BEARDEN, DAVID L | 04/16/2004 | 1.0 | 700 | 5 | 39158 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941100711 611200 DAYS: | | | | | |
| 78307 | 046 | | , | 04/20/2004 | 1.0 | | 9 | 33434 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 80794 | 004 | 000111693 | ROBERTS, GLENN C | 04/23/2004 | 1.0 | 700 | 6 | 40194 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941100491 611280 DAYS: | | | | | |
| 81090 | 046 | 000111438 | LIVINGSTON, SARAH JANE | 04/26/2004 | 1.0 | 400 | 3 | 39318 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 81331 | 046 | | , | 04/27/2004 | 1.0 | | 9 | 41088 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 81540 | 046 | | , | 04/28/2004 | 1.0 | | 9 | 41088 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 81752 | 046 | | , | 04/29/2004 | 1.0 | | 9 | 41088 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 82110 | 046 | | , | 04/30/2004 | 1.0 | | 9 | 41088 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 82502 | 046 | | , | 05/03/2004 | 1.0 | | 9 | 41924 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 83476 | 046 | 000108483 | OROZCO, GLORIA LEONARD | 05/05/2004 | 1.0 | 100 | 1 | 42523 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104623 611280 DAYS: | | | | | |
| 84908 | 046 | 000113015 | HOWE, DANA ELIZABETH | 05/11/2004 | 1.0 | 400 | 3 | 43764 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 85394 | 046 | | , | 05/12/2004 | 1.0 | | 9 | 43916 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 86417 | 046 | | , | 05/13/2004 | 1.0 | | 9 | 43916 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 86829 | 046 | | , | 05/14/2004 | 1.0 | | 9 | 43916 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 86914 | 046 | | , | 05/17/2004 | 1.0 | | 9 | 43031 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 87420 | 046 | | , | 05/18/2004 | 1.0 | | 9 | 45009 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19945204699 612580 DAYS: | | | | | |
| 88437 | 046 | | , | 05/20/2004 | 1.0 | | 1 | 45042 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 88771 | 046 | 000111438 | LIVINGSTON, SARAH JANE | 05/21/2004 | 1.0 | 100 | 1 | 45295 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |
| 88946 | 046 | 000100736 | SIDES, DEBORAH A | 05/24/2004 | 0.5 | 400 | 3 | 45513 | P |
| | SUB: | 000119707 | ROGERS, VIRGIL | 19941104611 611280 DAYS: | | | | | |