# Ex. C



# Virgil Rogers
Subcontract Administrator at KBR
Greater Los Angeles Area

| | |
|---|---|
| **Current** | • **Subcontract Administrator** at **KBR** |
| **Education** | • The University of Texas at San Antonio |
| **Connections** | 1 connection |
| **Industry** | Information Technology and Services |
| **Public Profile** | http://www.linkedin.com/pub/1/95a/534 |

 *Expanded profile views are available only to Business account holders.* **Upgrade your account.**

## Contact Settings

**Interested In:**
- career opportunities
- consulting offers
- reference requests
- getting back in touch

**Location:**
Projects taking place in Greater Los Angeles Area, as well as via phone/email.