# Ex. D

TSUNG MEGASON & ASSOCIATES
BERNADINE T. TSUNG-MEGASON, SBN 228921
4 East Holly Street, Suite 215
Pasadena, CA 91103
Telephone: (626) 577-5277
Facsimile: (626) 577-5477

Attorneys for Plaintiff Virgil M. Rogers

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | |
|---|---|
| VIRGIL M. ROGERS,<br><br>    Plaintiff,<br>vs.<br><br>ASSISTANT UNITED STATES ATTORNEY PHILIP A. FERRARI, et al.<br><br>    Defendants. | Case No.: CIV-S-05-01177 LKK/PAN<br><br>NOTICE OF SETTLEMENT |

  **TO THIS COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that Plaintiff and District Defendants have reached a settlement in the above captioned matter. Petitioner is requesting that all pending dates, including the District's Motion to Dismiss, currently scheduled for March 10, 2006, and the Trial Setting Conference, currently scheduled for March 20, 2006 be vacated.

  Plaintiff requests that the court retain jurisdiction in this matter pending finalization of settlement. Further, Plaintiff requests that an Order to Show Cause re: Dismissal be scheduled in 60 days.

///
///

---
1
NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: February 23, 2006 | TSUNG MEGASON & ASSOCIATES |
| 2 | | |
| 3 | | /s/ Bernadine T. Tsung-Megason |
| | | BERNADINE T. TSUNG-MEGASON |
| 4 | | Attorney for Plaintiff VIRGIL M. ROGERS |