UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, | ) |
|                 Plaintiff, | ) |
| v. | ) |
| | ) Civil Action no.06-1186 (ESH) |
| KAREN JOHNSON-NORMAN, | ) |
|                 Defendants, | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO REPLY TO DEFENDANT'S REQUEST FOR LEGAL FEES**

Plaintiff Virgil M. Rogers respectfully moves this Court for at least an additional 7 business days to submit a response to the defendant's request for legal fees. Mr. Rogers contacted defense counsel who agreed not to oppose Mr. Rogers' request.

                                                          Respectfully Submitted,

Filed August 13, 2007                                                  //s//

                                                                VIRGIL ROGERS