UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action no.06-1186 (ESH) |
| KAREN JOHNSON-NORMAN, ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO REPLY TO DEFENDANT'S REQUEST FOR LEGAL FEES**

Plaintiff Virgil Rogers respectfully moves this Court for leave to file his response on 31 August 2007. He needs the additional time to complete his review of the extensive case law submitted by defense counsel in this matter, among other research on the issues. Mr. Rogers doesn't anticipate requesting any further extensions of time to respond to this pleading. Defense counsel agreed not to oppose Mr. Rogers' request.

                                                                Respectfully Submitted,

Filed August 27, 2007                                           //s//

                                                                VIRGIL ROGERS

1