


CONTACT US |                       SEARCH

**PRACTICE AREAS**

**PEOPLE**
  PARTNERS
  COUNSEL
  ASSOCIATES
  SENIOR ASSOCIATES
  PATENT AGENTS
  SCIENTIFIC ADVISORS
  CAPANALYSIS
  MAXIAM®

**OUR FIRM**

**CAPANALYSIS**

# ATTORNEYS & OTHER PROFESSIONALS

Overview | Representative Cases | Admissions & Associations | Experience |  Print Version

**Sean P. Beaty**
Associate

Antitrust
Commercial Trial
Global Litigation
Securities Litigation, Government Enforcement, and White Collar Defense

1299 Pennsylvania Ave., N.W.
Washington, DC 20004
202-383-6944
202-383-6610 (FAX)
BeatySean@howrey.com

Download Contact Info

## Overview

Sean Beaty joined Howrey LLP in the Fall of 2004 as a member of the Global Litigation Practice Group with a focus on Commercial Trial, Antitrust Litigation, and Corporate Responsibility.

## Case Highlights

*Monsanto v. Syngenta* , (D. Del., C.J. Robinson), Represent Monsanto in Sherman §2 antitrust action brought by competitor, following client's patent-infringement suit relating to herbicide tolerance technology for commercial crops. Mr. Beaty played a significant role in discovery practice, drafting and responding to written discovery, managing the collection and review of documents, and preparing for and taking key depositions.

*Am. Seed Co. v. Monsanto Co.*, 238 F.R.D. 394 (D. Del. 2006), Successfully represented Monsanto Company in defeating class certification. Plaintiffs alleged that Monsanto unlawfully maintained a monopoly in genetically modified corn seed and sought to certify three categories of classes, including direct purchasers, farmers and retailers. The court denied class certification, finding that the class definition failed the typicality requirements and that at least one of the class representatives did not have standing to represent the purported class. Mr. Beaty conducted discovery relating to both class and merits issues, and assisted with the brief writing on the opposition to class certification.

*Rogers v. Johnson-Norman*, 2005 D.C. App. LEXIS 517 (D.C. 2005), Successfully represented a stalking victim on the appeal of Civil Protection Order against a former boyfriend. The victim had obtained a CPO (pro se) in D.C. Superior Court. The stalker appealed, raising numerous substantive and procedural issues applicable to CPOs. Following more than a year of extensive litigation, the Court of Appeals affirmed the trial court's judgment. The court clarified several points of D.C. law pertaining to the entry of CPOs, expressly citing Howrey's arguments in several passages of its opinion. The court's opinion directly benefits stalking victims who seek CPOs against their harassers. Mr. Beaty assisted in drafting the appellate brief and created the record appendix.
   District of Columbia - Court of Appeals

*Rogers v. Johnson-Norman*, IF-2497-03 (D.C. Super. Ct. 2005), Successfully represented a stalking victim on extension of a Civil Protection Order against a former boyfriend. The Respondent failed to appear for the extension hearing, and later collaterally attacked the CPO extension claiming he was never served with notice of the hearing. Despite multiple requests for

reconsideration, the court upheld the CPO extension, finding that the Respondent had been properly served with notice of the hearing. Mr. Beaty handled the motions practice relating to the Respondent's collateral attack on service.

   District of Columbia Superior Court
   Hon. Robert Rigsby

*Morris v. Subject Officer, Second District*, 2005 DC POLICE LEXIS 7 (DC POLICE 2005), Successfully represented a Capitol Hill staffer in his complaint against a DC Metropolitan Police Officer for harassment and use of insulting and humiliating language. After a lengthy hearing, the Complaint Examiner sustained both charges. Mr. Beaty prepared the client and his witnesses for the hearing through mock examinations. At the hearing, Mr. Beaty conducted the direct examination of an MPD Sergeant and cross-examined two police officers, exposing the officers' inconsistent narratives of the events of that night.

### Education

George Washington University, J.D., 2004
George Washington University, B.A., Criminal Justice, 1998

**MORE >>**

THE ADVANTAGE OF FOCUS®