



CONTACT US |

**PRACTICE AREAS**
**PEOPLE**
**OUR FIRM**
 HOWREY IN EUROPE
 NEWS
 PUBLICATIONS
 DIVERSITY
 PRO BONO
 ADVERTISING
 CAREERS
 LOCATIONS
**CAPANALYSIS**

## OUR FIRM - OVERVIEW

🖨 Print Version

**Howrey LLP Overview**

Howrey, a global law firm with more than 620 attorneys and other professionals, focuses on high-stakes, complex Antitrust, Global Litigation and Intellectual Property matters. Howrey combines unparalleled litigation and trial strength with exceptional focus to provide clients with innovative business solutions to complex global issues.

- Ranked in the top 20 for the past two years on *The American Lawyer*'s A-List, a ranking of the top 200 U.S. law firms based on four criteria that impact a law firm's ability to deliver results that exceed clients' expectations: diversity, *pro bono*, associate satisfaction and a successful law practice.

- Howrey is recognized in *National Law Journal*'s 2005 "Defense Hot List," a list of ten firms with "an overall impressive track record" of performing "exemplary, cutting-edge" defense work on behalf of their clients. Howrey was also noted for "positioning itself overseas for an impending globalized litigation culture."

- Categorized by *Global Counsel 3000*, a UK publication, as one of the top 50 law firms worldwide.

- Top ranked, for five straight years, in the *National Law Journal*'s "Who Defends Corporate America" survey of the Fortune 250 companies.

- Ranked among the top firms overall in *Corporate Counsel*'s 2004 "Who Counsels Who" survey of the Fortune 250.

- Ranked #1 in the 2004 *IP Law and Business* survey of the largest and most influential intellectual property companies in the world as rated by the general counsel of the Fortune 250.

- Ranked #1 in the U.S. by *Chambers & Partners Global Awards 2004* for Intellectual Property excellence.

- Ranked #1 in size by the Global Competition Review's "The GCR 100: A Survey of the World's Leading Competition Practices".

- Only firm recognized for transatlantic strength; ranking as first runner up in both the U.S. and Europe by *Chambers & Partners Global Awards 2004* for Antitrust/Competition.

- Howrey's affiliate, CapAnalysis (including its Maxiam group) partners with Howrey's attorneys to provide complementary economic, financial, litigation, and intellectual asset management consulting services -- a new paradigm in providing legal services for clients.

**Strategic Office Locations**. Fifteen offices strategically located across the United States and Europe - in Washington, D.C.; New York; Houston; Chicago; Salt Lake City; Northern California (San Francisco and East Palo Alto); Southern California (Los Angeles and Irvine); London, Paris, Brussels, Amsterdam, Munich and Taipei – that allow the firm to bring

together the world's most talented legal, economic, financial, regulatory, scientific and other experts to provide innovative and effective representation for clients.

**Leading Professionals**. Howrey's attorneys and professionals are respected leaders in their fields. They include many former government officials from the Federal Trade Commission, the United States Department of Justice, the Securities and Exchange Commission, the Office of Management and Budget, as well as more than 20 former federal and state prosecutors. Howrey attorneys lead respected professional associations such as the American Intellectual Property Law Association (AIPLA) and have prominent roles in many American Bar Association sections. In Europe, Howrey attorneys – European nationals from more than 15 nations – have significant experience as officials of the European Commission and various governmental entities.

**Innovative Technology**. Howrey leverages the use of internal client Extranets and document management tools to allow centralized coordination and, as appropriate, sharing of key case information between clients, Howrey and others. The firm is committed to the use of technology to reduce litigation costs and to communicate ideas more effectively in the courtroom through a state-of-the-art multimedia department and litigation support group.

**Ground-Breaking Bootcamp Summer Program**. Attracting some of the nation's best young law students, Howrey's summer Bootcamp program provides outstanding law students with a hands-on, advocacy skills training program. Upon joining the firm, Howrey's mentoring program integrates them into the firm and its culture of client service.

**Commitment to Diversity is One of Our Core Values**. We understand that it is imperative for our continued success to recruit and retain qualified, talented individuals from all backgrounds and to provide all individuals at Howrey with the same opportunities for career growth. As a global leader in the legal community, Howrey is proud that we reflect the diversity that exists in both the global and local environments in which we operate, demonstrating to our clients that we share their commitment to diversity. Howrey was awarded the 2003 Thomas L. Sager Award by the Minority Corporate Counsel Association, an award given to law firms that have demonstrated sustained commitment to improve the hiring, retention and promotion of minority attorneys. Howrey also celebrates its recent recognition by *American Lawyer* as the third-ranked AMLaw 100 law firm nationwide in its recent study of "Firms with the Most Minority Partners." On its "Diversity Scorecard, *The Minority Law Journal* ranked Howrey #12 nationwide in minority attorneys - #1 in Washington, DC - and #7 nationwide in minority partners.

**A Powerful *Pro Bono* Commitment**. In 2006, over half of the firm's attorneys and staff contributed more than 65,000 hours to *pro bono* matters on behalf of more than 275 clients, providing more than $19 million in legal services and donated over $3 million outright. Howrey ranked 10th in the nation in *The American Lawyer* 100 *Pro Bono* Honor Roll (September 2005). A reflection of our *pro bono* commitment also is demonstrated in Howrey's #8 ranking by *The American Lawyer* A-List, which based its findings in part on the firm's commitment to *pro bono*.

THE ADVANTAGE C

For technical problems, please contact webteam@howrey.com
Copyright © 2007 Howrey LLP   Legal Disclaimer   Privacy Policy

ATTORNEY ADVERTISING
Prior results do not guarantee a similar outcome.