# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* </br></br>  Plaintiff, </br></br> v. </br></br> KAREN JOHNSON-NORMAN </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Case No. 06-01186 (ESH)(DAR) </br> ) </br> ) </br> ) |

**AFFIDAVIT OF JEFF GRIFFITH**

I, Jeff Griffith, declare as follows:

1.   I am the Director of Consumer Finance for CarMax Auto Superstores, Inc., based in Richmond, Virginia. I make the following statements, unless otherwise indicated, based on personal knowledge. I am over twenty-one years old and, if called, I could competently testify to the facts contained in the declaration.

2.   When a customer applies for financing at a CarMax location, CarMax may forward the customer's credit application to multiple finance companies using an automated application system. The finance companies will then determine whether or not they want to extend the customer financing. Thus, a customer may submit one credit application that will be sent to multiple finance companies.

3.   After receiving the credit application, these companies approve, disapprove, or conditionally approve the customer's credit application. The finance companies then send their decisions back to the CarMax location so the customer can choose the option that works best for them.

4.   I have reviewed the document attached hereto as Exhibit A, bearing Bates number KJN 0014. It is a true and correct extraction of all records for Virgil M. Rogers from our customer database.

5.   The first column of data in Exhibit A is entitled "loc_num" and identifies the CarMax store where each credit inquiry was initiated. The same CarMax store number, 7152, is listed for each credit inquiry. CarMax store number 7152 is located in San Antonio, Texas and is the only CarMax store located in San Antonio, Texas.

6.  The second column of data in Exhibit A is entitled "trans_id" and identifies the unique transaction number assigned to each application for financing received at a CarMax location. Exhibit A reflects that CarMax received four applications for financing from a customer that identified himself as Virgil M. Rogers.

7.  The fourth column of data in Exhibit A is entitled "cmx-lender_id" and provides a three letter code for the name of the finance company that received the customers' application for financing. The three letter codes contained in the fourth column of Exhibit A have the following meaning:

(a) "AMR" stands for Americredit Corporation
(b) "CAP" stands for Capital One Auto Finance, Inc.
(c) "FNC" stands for CarMax Auto Finance
(d) "FRK" stands for Wells Fargo Auto Finance, Inc.
(e) "TNS" stands for Transouth Financial Corporation
(f) "RDL" stands for Triad Financial

8.  The fifth column of data in Exhibit A is entitled "app_snd_ts" and reflects the date and time the application was forwarded to each of the finance companies. The time stamp is captured in 24-hour format.

9.  The sixth column of data in Exhibit A is entitled "dec_rcv_ts" and reflects the date and time CarMax received the finance company's decision on the customer's application for financing. The time stamp in this column is also captured in 24-hour format.

10. The seventh column of data in Exhibit A is entitled "decision_id" and reflects the finance company's decision on the customer's application for financing. Some finance companies only conditionally approve the customer's credit application, which is denoted with the term "APPCOND."

11. The eighth column of data in Exhibit A is entitled "app_num" and reflects the application number that each finance company assigned to the customer's application for financing. Wells Fargo assigns an eleven-digit application number to customers' applications when it receives them. However, CarMax's system cannot accept eleven-digit application numbers, so it truncates the application number by removing the first zero from the Wells Fargo application number. The application numbers correlate as follows:

| Wells Fargo Application Number | | CarMax System Number |
|---|---|---|
| 11040421299 | becomes | 1140421299 |
| 11040425101 | becomes | 1140425101 |
| 11040425170 | becomes | 1140425170 |
| 11040425174 | becomes | 1140425174 |

12. The data contained in Exhibit A indicates that on four separate occasions, a customer that identified himself as Virgil M. Rogers applied for auto financing at CarMax's San Antonio, Texas store.

13. According to the data contained in Exhibit A, the first application submitted on behalf of a customer that identified himself as Virgil M. Rogers, bearing transaction number 78806, was sent to five finance companies on Wednesday, April 21, 2004 at 8:11 pm. Those companies transmitted their credit decisions back to CarMax between 8:11 and 8:28 pm on April 21, 2004. The decisions were as follows:

   (a) Americredit Corporation approved application number 30191067;
   (b) Capital One Auto Finance, Inc. approved application number 13528402;
   (c) CarMax Auto Finance declined application number 3052526;
   (d) Wells Fargo Auto Finance, Inc. conditionally approved application number 11040421299;
   (e) Transouth Financial Corporation declined the application number 1587068.

14. According to the data contained in Exhibit A, the second application submitted on behalf of a customer that identified himself as Virgil M. Rogers, bearing transaction number 78964, was sent to six finance companies on Sunday, April 25, 2004 at 1:21 pm. Those companies transmitted their decisions back to CarMax between 1:21 and 1:30 pm on April 25, 2004. The decisions were as follows:

   (a) Americredit Corporation approved application number 30191067;
   (b) Capital One Auto Finance, Inc. approved application number 13583752;
   (c) CarMax Auto Finance declined application number 3059263;
   (d) Wells Fargo Auto Finance, Inc. declined application number 11040425101;
   (e) Triad Financial approved application number 3128597;
   (f) Transouth Financial Corporation declined the application number 1587068.

15. According to the data contained in Exhibit A, the third application submitted on behalf of a customer that identified himself as Virgil M. Rogers, bearing transaction number 78992 (Line OCC 1), was sent to five finance companies on Sunday, April 25, 2004 between 7:48 and 7:49 pm. Those companies transmitted their decisions back to CarMax between 7:49 and 7:56 pm on April 25, 2004. The decisions were as follows:

   (a) Americredit Corporation approved application number 30191067;
   (b) Capital One Auto Finance, Inc. approved application number 13586363;
   (c) CarMax Auto Finance declined application number 3060482;
   (d) Wells Fargo Auto Finance, Inc. declined application number 11040425170;
   (e) Transouth Financial Corporation declined the application number 1587068.

16.  According to the data contained in Exhibit A, the fourth application submitted on behalf of a customer that identified himself as Virgil M. Rogers, bearing transaction number 78992 (Line OCC 2), was sent to five finance companies on Sunday, April 25, 2004 at 8:02 pm. Those companies transmitted their decisions back to CarMax between 8:02 and 8:11 pm on April 25, 2004. The decisions were as follows:

(a) Americredit Corporation approved application number 30191067;
(b) Capital One Auto Finance, Inc. approved application number 13586441;
(c) CarMax Auto Finance declined application number 3060502;
(d) Wells Fargo Auto Finance, Inc. declined application number 11040425174;
(e) Transouth Financial Corporation declined the application number 1587068.

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 11th, 2007.

_____
Jeff Griffith

City/County of  Cobb            )
                                )  ss:
State of  Georgia               )

Subscribed and sworn to before me a notary public on this 11th day of May, 2007.

_____
Notary Public

My commission expires: 5/11/09

# EXHIBIT A

| loc_num | trans_id | line_occ | cmx_lender_id | app_snd_ts | dec_rcv_ts | decision_id | app_num | first_name | middle_int | last_name |
|---|---|---|---|---|---|---|---|---|---|---|
| 7152 | 78806 | 1 | AMR | 4/21/2004 20:11 | 4/21/2004 20:13:17:406 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | CAP | 4/21/2004 20:11 | 4/21/2004 20:13:16:28 | APPROVE | 13528402 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | FNC | 4/21/2004 20:11 | 4/21/2004 20:11:30:306 | DECLINE | 3052526 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | FRK | 4/21/2004 20:11 | 4/21/2004 20:28:44:516 | APPCOND | 1140421299 | VIRGIL | M | ROGERS |
| 7152 | 78806 | 1 | TNS | 4/21/2004 20:11 | 4/21/2004 20:19:17:656 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | AMR | 4/25/2004 13:21 | 4/25/2004 13:24:19:346 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | CAP | 4/25/2004 13:21 | 4/25/2004 13:23:34:786 | APPROVE | 13583752 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | FNC | 4/25/2004 13:21 | 4/25/2004 13:21:49:06 | DECLINE | 3059263 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | FRK | 4/25/2004 13:21 | 4/25/2004 13:28:31:833 | DECLINE | 1140425102 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | RDL | 4/25/2004 13:21 | 4/25/2004 13:30:34:243 | APPROVE | 3128597 | VIRGIL | M | ROGERS |
| 7152 | 78964 | 1 | TNS | 4/25/2004 13:21 | 4/25/2004 13:23:56:326 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | AMR | 4/25/2004 19:49 | 4/25/2004 19:51:54:406 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | CAP | 4/25/2004 19:49 | 4/25/2004 19:51:33:55 | APPROVE | 13586363 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | FNC | 4/25/2004 19:48 | 4/25/2004 19:49:28:896 | DECLINE | 3060482 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | FRK | 4/25/2004 19:49 | 4/25/2004 19:56:20:903 | DECLINE | 1140425170 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 1 | TNS | 4/25/2004 19:49 | 4/25/2004 19:54:39:29 | DECLINE | 1587068 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | AMR | 4/25/2004 20:02 | 4/25/2004 20:08:08:646 | APPROVE | 30191067 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | CAP | 4/25/2004 20:02 | 4/25/2004 20:04:22:026 | APPROVE | 13586441 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | FNC | 4/25/2004 20:02 | 4/25/2004 20:02:36:683 | DECLINE | 3060502 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | FRK | 4/25/2004 20:02 | 4/25/2004 20:11:31:666 | DECLINE | 1140425174 | VIRGIL | M | ROGERS |
| 7152 | 78992 | 2 | TNS | 4/25/2004 20:02 | 4/25/2004 20:04:21:346 | DECLINE | 1587068 | VIRGIL | M | ROGERS |