## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se*  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KAREN JOHNSON-NORMAN  )<br>  )<br>Defendant.  ) | Civil Case. No. **06-01186 (ESH)** |

**KAREN JOHNSON-NORMAN'S RESPONSE TO ROGERS' MOTION TO STRIKE**

      Ms. Johnson-Norman respectfully petitions the Court for leave to replace Attachment B to Ms. Johnson-Norman's Reply to Rogers' Opposition to Ms. Johnson-Norman's Motion for Attorney's Fees and Additional Relief with a redacted version, and asserts as follows:

      1.    Attachment B to Karen Johnson-Norman's Reply to Rogers' Opposition to Ms. Johnson-Norman's Motion for Attorney's Fees and Additional Relief is a copy of Americredit Corporation's document production pursuant to a validly issued subpoena by Counsel during the course of this case.

      2.    Ms. Johnson-Norman inadvertently filed an unredacted version of Attachment B to Ms. Johnson-Norman's Reply to Rogers' Opposition to Ms. Johnson-Norman's Motion for Attorney's Fees and Additional Relief. Attachment B contained two lines of text that contained private information which should have been redacted under United States District Court for the District of Columbia Local Rule 5.4(f)(1) and (3).

      3.    Counsel for Ms. Johnson-Norman only learned that an unredacted version of Attachment B was filed when he read Rogers' Motion to Strike. Rogers did not contact counsel to inform him of his error, and did not confer with counsel for Ms. Johnson-Norman, as required by the Local Rules, prior to filing his motion.

4. Ms. Johnson-Norman filed the unredacted version of Attachment B without any malice or bad faith. Counsel for Ms. Johnson-Norman apologizes to Mr. Rogers and the Court for this oversight.

5. Although Rogers' private information has already been exposed in numerous prior proceedings and transcripts already available to the public, Ms. Johnson-Norman attaches a redacted version of Attachment B to this motion.

Therefore, Ms. Johnson-Norman respectfully requests that this Court direct the Clerk of the Court to replace Attachment B to Ms. Johnson-Norman's Reply to Rogers' Opposition to Ms. Johnson-Norman's Motion for Attorney's Fees and Additional Relief with the attached redacted version of Attachment B.

Respectfully submitted,

       /s/

Of Counsel:

Sean P. Beaty, *pro bono*
(Bar No. 493597)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Attorney for
Karen Johnson-Norman

Dated: September 10, 2007

2