# ATTACHMENT B

CONFIDENTIAL

### Affidavit

STATE OF TEXAS  §
 §
COUNTY OF TARRANT §

Before me, the undersigned Notary Public, in and for said County and State, personally appeared Connie Towles, Affiant, who after being duly sworn, doth depose and say as follows:

1. "My name is Connie Towles. I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

2. I am the custodian of records for AMERICREDIT CORP. Attached hereto are _14_ pages of records pertaining to Virgil Rogers. These said _14_ pages of records are kept by AMERICREDIT CORP., in the regular course of business. It was in the regular course of business for an employee or representative of AMERICREDIT CORP., with knowledge of the act, event, or occurrence to make the record or data compilation or to transmit information thereof to be included in such record. These records were made at or near the time of the act, event, or occurrence or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals of the records of AMERICREDIT CORP.

FURTHER AFFIANT SAITH NOT.

*[signature: Connie Towles]*

Sworn to and subscribed before me this the _18_ day of _May_, 2007.

*[signature: Carrie Matthies]*
NOTARY PUBLIC
MY COMMISSION EXPIRES _11-8-09_

[Notary Seal: CARRIE MATTHIES, Notary Public, STATE OF TEXAS, My Comm. Exp. 11/08/2009]

KJN 0015

CART                           **CONFIDENTIAL**                          Page 1 of 4



Credit Application Research Tool v. 1.0

**CONFIDENTIAL**

*This conent is confidential and proprietary.*

Credit Application Research Tool | Copyright © 2007AmeriCredit

http://amerinetreview/CART/ViewApplication.aspx?APLN_NBR=30191067                5/17/2007

KJN 0016



App # 30191067 -- VIRGIL ROGERS　　　　　　　　　　　　　　　　　　CONFIDENTIAL

## Banner Data

| | | | |
|---|---|---|---|
| Application #: | 30191067 | Account Number #: | |
| Applicant Name: | VIRGIL ROGERS | Co-Applicant Name: | |
| Application Initiation Date: | 4/21/2004 | Application Initiation Time: | 7:11:07 PM |
| Source: | CREDIT CONNECTION CDS | System: | CreditRevue |
| Branch #: | 371 | Application Type: | Joint |
| Funding Date: | | Final Decision Status: | APPROVE |
| Dealer #: | 90864 | Dealer Name: | CARMAX SAN ANTONIO 7152 |

## Applicant

**PERSONAL**

| | | | |
|---|---|---|---|
| First Name | VIRGIL | SSN | REDACTED |
| Middle Initial | M | DOB | |
| Last Name | ROGERS | Age | 34 |
| Suffix | | Marital Status | X |

**RESIDENCE**

| | | | |
|---|---|---|---|
| Address | 367 WILDHORSE RD | City | KILLEEN |
| State/Prov | TX | Zip/Postal Code | 765420000 |
| Home Phone | (512) 294-5636 | | |
| How Long Years | 4 | How Long Months | 0 |
| Residence Status | P | | |
| Monthly Payment | $1.00 | Mortgage/Landlord | |
| Previous Address | | Previous City | |
| Previous State/Prov | | Previous Zip/Postal Code | 000000000 |
| How Long Year (Previous) | 0 | How Long Months (Previous) | 0 |

**EMPLOYMENT**

| | | | |
|---|---|---|---|
| Employer Name | ROUNDROCK ISD | | |
| Employer Address | | City | |
| Phone | (512) 464-5034 | | |
| Occupation Code | OT | Occupation Description | Other |
| Empl Basis | F | | |
| Income | $2,500.00 | Income Basis | |
| How Long Years | 1 | How Long Months | 0 |
| Other Income | $0.00 | Other Income Basis | |
| Other Income Sources | | | |
| How Long Years (Other Income) | | How Long Months (Other Income) | |
| Total Income | $2,500.00 | | |

CART                                    **CONFIDENTIAL**                                    Page 4 of 4

Credit Application Research Tool  |  Copyright © 2007 AmeriCredit                5/17/2007 9:20 AM



# CART

Credit Application Research Tool v. 1.0

## CONFIDENTIAL

*This conent is confidential and proprietary.*



App # 30191067 -- VIRGIL ROGERS                                              CONFIDENTIAL

## Banner Data

| Application #: | 30191067 | Account Number #: | |
|---|---|---|---|
| Applicant Name: | VIRGIL ROGERS | Co-Applicant Name: | |
| Application Initiation Date: | 4/21/2004 | Application Initiation Time: | 7:11:07 PM |
| Source: | CREDIT CONNECTION CDS | System: | CreditRevue |
| Branch #: | 371 | Application Type: | Joint |
| Funding Date: | | Final Decision Status: | APPROVE |
| Dealer #: | 90864 | Dealer Name: | CARMAX SAN ANTONIO 7152 |

## Application History

**DECISION HISTORY**

| 4/21/2004 | | | 7:11:12 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 0 |
| Comment 1 | | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/21/2004 | | | 7:12:20 PM |
|---|---|---|---|
| Decision Status | APPSCOR | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | PN |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | 2ND JOB 6 MONTH VERIFIABLE INCOME. | Stip 2 | |
| Stip 3 | | Stip 4 | RC |

| 4/21/2004 | | | 7:52:12 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| CART | | CONFIDENTIAL | | Page 4 of 10 |

| 4/21/2004 | | | 7:52:12 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/21/2004 | | | 8:59:15 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/21/2004 | | | 8:59:15 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/21/2004 | | | 8:59:35 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓▓▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | Approved as Outlined. | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/21/2004 | | | 9:00:07 PM |
|---|---|---|---|
| Decision Status | APPROVE | Decision User | LCROWE1 |
| Custom score | ▓▓▓ | Program | PN |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |

http://amerinetreview/CART/ViewApplication.aspx?APLN_NBR=30191067    5/17/2007

KJN 0023

| CART | | CONFIDENTIAL | | Page 5 of 10 |
|---|---|---|---|---|

| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
|---|---|---|---|
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | ABR |

| 4/25/2004 | | | 12:21:06 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:21:06 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | ▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:22:14 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | ▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:22:14 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | ▓ | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:22:23 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:22:24 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:22:37 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:23:02 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 12:23:19 PM |
|---|---|---|---|
| Decision Status | APPROVE | Decision User | MROZWA1 |

| CART | | CONFIDENTIAL | Page 7 of 10 |
|---|---|---|---|

| Custom score | | Program | PN |
|---|---|---|---|
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN/MARY | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | ABR |

| 4/25/2004 | | | 6:49:06 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN/MARY | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 6:49:06 PM |
|---|---|---|---|
| Decision Status | PENDING | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 0 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN/MARY | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 6:50:32 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 18 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS LYNN/MARY | Comment 2 | |
| Stip 1 | | Stip 2 | |
| Stip 3 | | Stip 4 | |

| 4/25/2004 | | | 6:50:42 PM |
|---|---|---|---|
| Decision Status | PENASCR | Decision User | SYSTEM |
| Custom score | | Program | |
| Pmt Call | N | Participation % | 0 |
| Buy Rate | 17.95 | Contract Rate | 17.95 |
| Comment 1 | APPROVED..THANKS | Comment 2 | |

http://amerinetreview/CART/ViewApplication.aspx?APLN_NBR=30191067    5/17/2007

KJN 0026

|        | LYNN/MARY |        |   |
|--------|-----------|--------|---|
| Stip 1 |           | Stip 2 |   |
| Stip 3 |           | Stip 4 |   |

| 4/25/2004       |                           |                 | 6:50:42 PM |
|-----------------|---------------------------|-----------------|------------|
| Decision Status | PENDING                   | Decision User   | SYSTEM     |
| Custom score    |                           | Program         |            |
| Pmt Call        | N                         | Participation % | 0          |
| Buy Rate        | 0                         | Contract Rate   | 17.95      |
| Comment 1       | APPROVED..THANKS LYNN/MARY | Comment 2      |            |
| Stip 1          |                           | Stip 2          |            |
| Stip 3          |                           | Stip 4          |            |

| 4/25/2004       |                           |                 | 6:50:54 PM |
|-----------------|---------------------------|-----------------|------------|
| Decision Status | APPROVE                   | Decision User   | MROZWA1    |
| Custom score    |                           | Program         | PN         |
| Pmt Call        | N                         | Participation % | 0          |
| Buy Rate        | 17.95                     | Contract Rate   | 17.95      |
| Comment 1       | APPROVED..THANKS LYNN/MARY | Comment 2      |            |
| Stip 1          |                           | Stip 2          |            |
| Stip 3          |                           | Stip 4          | ABR        |

| 4/25/2004       |                           |                 | 7:02:12 PM |
|-----------------|---------------------------|-----------------|------------|
| Decision Status | PENASCR                   | Decision User   | SYSTEM     |
| Custom score    |                           | Program         |            |
| Pmt Call        | N                         | Participation % | 0          |
| Buy Rate        | 18                        | Contract Rate   | 17.95      |
| Comment 1       | APPROVED..THANKS LYNN/MARY | Comment 2      |            |
| Stip 1          |                           | Stip 2          |            |
| Stip 3          |                           | Stip 4          |            |

| 4/25/2004       |                           |                 | 7:02:12 PM |
|-----------------|---------------------------|-----------------|------------|
| Decision Status | PENDING                   | Decision User   | SYSTEM     |
| Custom score    |                           | Program         |            |
| Pmt Call        | N                         | Participation % | 0          |
| Buy Rate        | 0                         | Contract Rate   | 17.95      |
| Comment 1       | APPROVED..THANKS LYNN/MARY | Comment 2      |            |
| Stip 1          |                           | Stip 2          |            |
| Stip 3          |                           | Stip 4          |            |

CART                                   CONFIDENTIAL                        Page 9 of 10

| 4/25/2004 | | | | | 7:07:04 PM |
|---|---|---|---|---|---|
| Decision Status | | APPROVE | Decision User | | MBOTTO1 |
| Custom score | | ■ | Program | | PN |
| Pmt Call | | N | Participation % | | 0 |
| Buy Rate | | 17.95 | Contract Rate | | 17.95 |
| Comment 1 | | APPROVED..THANKS LYNN/MARY | Comment 2 | | |
| Stip 1 | | | Stip 2 | | |
| Stip 3 | | | Stip 4 | | ABR |

**COMMENTS**

| Entry Date | Entry Time | User | Subject | Type | Comment 1 |
|---|---|---|---|---|---|
| 4/21/2004 | 7:11 PM | root | !CREDCONN | | JAMES MASON\|2103424662 |
| 4/21/2004 | 7:12 PM | CDS | !RDC DECISION | | ULTV=103.37;LTV=103.37;PMT=373;Dtoi=31.06;Ptoi=10.66 |
| 4/21/2004 | 7:12 PM | root | !CREDCONN | | APPROVE Decision successfully transmitted to CC. |
| 4/21/2004 | 7:52 PM | root | !CREDCONN | | JAMES MASON\|2103424662 |
| 4/21/2004 | 7:52 PM | root | !CREDCONN UPDATE | | Former Selling Price: 10735; Former Requested Amount: 10335. |
| 4/21/2004 | 7:52 PM | root | !FAXCONN UPDATE | | Former Vehicle Collateral: 1997 TOYOTA AVALON 4D SEDAN; |
| 4/21/2004 | 8:59 PM | lcrowe1 | !MOD COLLATERAL | | RTE |
| 4/21/2004 | 8:59 PM | lcrowe1 | !MOD APPLICATION | | RES OTHER INC OUT |
| 4/21/2004 | 8:59 PM | lcrowe1 | !APP UPDATE | | Former Applicant Other Income: $1,000 |
| 4/21/2004 | 8:59 PM | lcrowe1 | !PROGRAM CHNG | | PRG |
| 4/21/2004 | 9:00 PM | lcrowe1 | !CREDCONN | | APPROVE Decision successfully transmitted to CC. |
| 4/25/2004 | 12:21 PM | root | !CREDCONN | | JAMES MASON\|2103424662 |
| 4/25/2004 | 12:21 PM | root | !CREDCONN UPDATE | | Former Selling Price: 14623; Former Requested Term: 60; |
| 4/25/2004 | 12:21 PM | root | !FAXCONN UPDATE | | Former Vehicle Collateral: 1998 TOYOTA AVALON 4D SEDAN; |
| 4/25/2004 | 12:22 PM | mrozwa1 | !MOD COLLATERAL | | TERM |
| 4/25/2004 | 12:22 PM | mrozwa1 | !MOD COLLATERAL | | RATE |
| 4/25/2004 | 12:22 PM | mrozwa1 | !MOD APPLICATION | | 15% RES |
| 4/25/2004 | 12:22 PM | mrozwa1 | !APP UPDATE | | Former Applicant Residence Payment: $1 |
| 4/25/2004 | 12:23 PM | mrozwa1 | !MOD TRADES | | REMOVED DEF STUDENT LOANS |

CART                                    CONFIDENTIAL                                    Page 10 of 10

| | | | | |
|---|---|---|---|---|
| 4/25/2004 | 12:23 PM | mrozwa1 | !PROGRAM CHNG | PN |
| 4/25/2004 | 12:23 PM | mrozwa1 | !CREDCONN | APPROVE Decision successfully transmitted to CC. |
| 4/25/2004 | 6:49 PM | root | !CREDCONN | JAMES MASON\|2103424662 |
| 4/25/2004 | 6:49 PM | root | !CREDCONN UPDATE | Former Selling Price: 8324; Former Requested Term: 60; |
| 4/25/2004 | 6:49 PM | root | !FAXCONN UPDATE | Former Vehicle Collateral: 1999 SATURN SL2 4D SEDAN; Former |
| 4/25/2004 | 6:50 PM | mrozwa1 | !MOD APPLICATION | 15% RES |
| 4/25/2004 | 6:50 PM | mrozwa1 | !APP UPDATE | Former Applicant Residence Payment: $1 |
| 4/25/2004 | 6:50 PM | mrozwa1 | !MOD COLLATERAL | RATE |
| 4/25/2004 | 6:50 PM | mrozwa1 | !PROGRAM CHNG | PN |
| 4/25/2004 | 6:51 PM | mrozwa1 | !CREDCONN | APPROVE Decision successfully transmitted to CC. |
| 4/25/2004 | 7:02 PM | root | !CREDCONN | JAMES MASON\|2103424662 |
| 4/25/2004 | 7:02 PM | root | !CREDCONN UPDATE | Former Applicant Address: 6461 PO BOX 6461 NA SAN ANTONIO, |
| 4/25/2004 | 7:06 PM | mbotto1 | !PROGRAM CHNG | PN |
| 4/25/2004 | 7:07 PM | mbotto1 | !CREDCONN | APPROVE Decision successfully transmitted to CC. |

Credit Application Research Tool  |  Copyright © 2007AmeriCredit                5/17/2007 9:23 AM