UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIL M. ROGERS, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAREN JOHNSON-NORMAN ) | |
| ) | Civil Case. No. **06-01186 (ESH)** |
| Defendant. ) | |

**ORDER**

Before the court is Defendant Johnson-Norman's Response to Rogers' Motion to Strike. The Response asks the Court to replace Attachment B of Ms. Johnson-Norman's Reply to Rogers' Opposition to Ms. Johnson-Norman's Motion for Attorney's Fees and Additional Relief with a redacted version

Upon the reasons stated in Defendant's response, it is, this _____ day of _____ **2007**, hereby

**ORDERED** that relief sought within Defendant Johnson-Norman's Response to Rogers' Motion to Strike shall be and is hereby **GRANTED,** and the Clerk is instructed to replace the original, unredacted version of Exhibit I with the redacted version attached to Defendant's response.

_____
Ellen Segal Huvelle
United States District Court Judge
United States District Court for the
District of Columbia