UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
VIRGIL M. ROGERS,                            )
                                             )
               Plaintiff,                   )
    v.                                      )
                                             )  Civil Action 06-1186 (ESH)
KAREN JOHNSON-NORMAN,                        )
                                             )
                                             )
               Defendants,                  )
_____       )

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION**

**FOR LEAVE TO FILE A SURREPLY**

Upon consideration of plaintiff's motion for leave to file a surreply to defendant's reply to Rogers' opposition to defendant's motion for attorney's fees, as well as the record herein, it is hereby ORDERED that plaintiff's motion is GRANTED.

_____

**JUDGE ELLEN S. HUVELLE**

United States District Judge

DATED_____

1