**HOWREY** LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.478.2691
www.howrey.com

September 28, 2007

VIA E-MAIL

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

    Re:    *Rogers v. Johnson-Norman*, C.A. 06-1186 (D.D.C.)

Dear Mr. Rogers:

    This letter is in response to your request for the return of materials produced during discovery in this case. As I am sure you are aware, you steadfastly refused to execute the stipulated protective order in this case. Thus, we have no obligation to return or destroy any materials produced in this case. However, in the interest of comity, we would be willing to follow the procedures set forth in Paragraph 14 of the Protective Order, which governs the return of confidential information upon termination of the case. I have attached a copy of the Protective Order for your review and execution.

    Pursuant to Paragraph 14, we will agree to return or destroy copies of the documents containing confidential information that you produced in discovery, as well as documents containing confidential information produced pursuant to Ms. Johnson-Norman's subpoenas, within thirty days of our receipt of an executed copy of the protective order. After the thirty-day period, we will send you written confirmation that we have complied with Paragraph 14 of the Protective Order.

    To be clear, we do not agree to the wholesale return or destruction of all materials relating to this case. Counsel for Ms. Johnson-Norman will maintain in its files one copy of materials enumerated in Paragraph 14(b):

> Notwithstanding the foregoing, one designated outside attorney of record for each party, not to include *pro se* parties, may maintain in its files one copy of each affidavit, affirmation, certification, declaration, brief, record on appeal, notice of motion, deposition transcript, exhibit to a deposition or affidavit (or the like), exhibit at a hearing or trial, pleading, discovery request, stipulation, correspondence between counsel for the parties to this action, written response to a discovery request, document filed with the Court, and court transcript in this action, consisting of or containing Confidential Information.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

**HOWREY**LLP

September 28, 2007
Page 2

Please let us know as soon as possible if you are agreeable to this disposition. We look forward to receiving your executed copy of the Protective Order.

Sincerely,

Sean P. Beaty