# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
**T** 202.783.0800
**F** 202.478.2691
www.howrey.com

September 29, 2007

<u>VIA E-MAIL</u>

Virgil M. Rogers
P.O. Box 66352
Los Angeles, CA 90066

> **Re:**    ***Rogers v. Johnson-Norman*, C.A. 06-1186 (D.D.C.)**

Dear Mr. Rogers:

This letter is in response to your September 29th e-mail regarding the proposed disposition of materials produced during discovery.

Please recall that you refused to sign any protective order in this case. Thus, we have no obligation to negotiate with you for the return of materials produced during discovery. However, we are willing to discuss reasonable measures to assure the destruction of confidential materials produced in this case in the hopes of resolving this matter without the Court's intervention.

Your September 29th e-mail complains that the proposed protective order is one-sided. This is easily remedied. We have modified Paragraph 14 of the protective order to allow you to keep one copy of all of the materials identified in Paragraph 14(b). Attached is a revised protective order for your signature.

Our offer to destroy materials in our possession remains the same. We will agree to return or destroy copies of the documents containing confidential information that you produced in discovery, as well as documents containing confidential information produced pursuant to Ms. Johnson-Norman's subpoenas, within thirty days of our receipt of the executed copy of the revised protective order. After the thirty-day period, we will send you written confirmation that we have complied with Paragraph 14 of the revised protective order. Counsel for Ms. Johnson-Norman will maintain one copy of the materials identified in Paragraph 14(b) of the revised protective order.

We look forward to receiving your executed copy of the revised protective order.

**HOWREY** LLP

September 29, 2007
Page 2

Sincerely,


/s/

Sean P. Beaty