## September 30, 2007



**RE: Your E-mail Requesting Destruction of Confidential Materials**
From: **V Rogers** (rogerslaw1@hotmail.com)
Sent: Sun 9/30/07 7:09 PM
To: Beaty, Sean (beatysean@howrey.com)

Mr. Beaty,

You answered only one of my significant inquiries. The fact that you would amend the proposed protective order is with limited benefit to me, knowing of course that Howrey didn't provide any relevant responses to any of my discovery requests while obtaining several private documents about me.

You didn't explain what your legitimate reason is for wanting to retain any documents about me. That is significant. Moreover, I am not requesting the return of all discovery. I'm not requesting answers to interrogatories etc just any discovery obtained via a Court subpoena.

Its not really necessary for you to tell me that you aren't obliged to return it since that decision really rest with Judge Huvelle, not you, and since the subpoenas are served in the name of and on behalf of the Court. Given the history of these parties and the circumstances, I think it will be appropriate for you to simply return the subpoenaed material, and I believe the Court will agree.

In my opinion, there is no legitimate reason for you to retain this private information about me. And I would like it returned. If you agree to do that, I can sign your proposed protective order. Otherwise, I will ask the Court to intervene.

Virgil Rogers

---

Subject: Your E-mail Requesting Destruction of Confidential Materials
Date: Sat, 29 Sep 2007 15:11:33 -0400
From: BeatySean@howrey.com
To: rogerslaw1@hotmail.com
CC: KellettC@howrey.com

Mr. Rogers,

Attached please find our response to your e-mail.

Sean Beaty
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 383-6944  Office
(202) 478-2691  Fax

---

From: V Rogers [mailto:rogerslaw1@hotmail.com]
Sent: Saturday, September 29, 2007 12:52 PM
To: Beaty, Sean
Subject: RE: Your E-mail Requesting Return of Confidential Materials

## Exhibit F

# September 30, 2007

Mr. Beaty,
I will not agree to any protective order which permits Howrey to retain documents while prohibiting me, the pro se party at issue from doing the same. This is totally one sided.
What is your rationale for even proposing such an unfair agreement? And why do you feel you need to keep any of the personal documents about me in your possession? If you can explain what your need is to keep these items, maybe I will better understand.

Perhaps you may want to revise the one sided terms of this proposed protective order or it will likely need to be brought before the court which will waste more of both of our time and the court's time on this nonsense.

Virgil Rogers

> From: *"Beaty, Sean" <BeatySean@howrey.com>*
> To: *"V Rogers" <rogerslaw1@hotmail.com>*
> CC: *"Kellett, Christopher" <KellettC@howrey.com>*
> Subject: *Your E-mail Requesting Return of Confidential Materials*
> Date: *Fri, 28 Sep 2007 18:05:00 -0400*
>
> Mr. Rogers,
>
> Attached please find our response to your e-mail.
>
> Sean Beaty
> Howrey LLP
> 1299 Pennsylvania Ave., NW
> Washington, DC 20004
> (202) 383-6944  Office
> (202) 478-2691  Fax
>
>
> -------------------------------------------------------------------------------------------------
> This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privile
> The information is intended to be for the use of the individual or entity named on this email.
> If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is
> If you receive this email in error, please notify us  ;by reply email immediately so that we can arrange for the retrieval of the c
>
> ><< 2007.09.28LettertoRogersreDiscoveryMaterials.pdf >>
>
> ><< 2007.09.28ProposedProtectiveOrder.pdf >>

Get a FREE small business Web site and more from Microsoft® Office Live!

Invite your mail contacts to join your friends list with Windows Live Spaces. It's easy! Try it!

# Exhibit F