UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
VIRGIL M. ROGERS,                               )
                                                )
                    Plaintiff,                  )
      v.                                        )
                                                )    Civil Action 06-1186 (ESH)
KAREN JOHNSON-NORMAN,                           )
                                                )
                                                )
                    Defendants,                 )
_____             )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO ROGERS' MOTION FOR A POST-JUDGEMENT PROTECTIVE ORDER**

Respectfully, Virgil Rogers hereby moves this Court for an enlargement of time until 28 December 2007 to file his reply to the defendant's <u>Opposition to Roger' Motion for a Post-Judgment Protective Order</u>. Mr. Rogers was unable to reach opposing counsel to seek consent.

                                                Respectfully Submitted,

Filed December 26, 2007                         //s//

                                                VIRGIL ROGERS

1