**U.S. Office of Personnel Management**
**- Ensuring the Federal Government has an effective civilian workforce**

This page can be found on the web at the following url:
http://www.opm.gov/news/president-bush-delivers-december-24-as-a-day-off-for-federal-employees,1347.aspx

## News Release

FOR IMMEDIATE RELEASE                                    Contact: Michael Orenstein
December 6, 2007                                                         202-606-2402

### President Bush Delivers December 24 as a Day Off for Federal Employees

Washington, D.C. -- OPM Director Linda M. Springer today announced President George W. Bush has delivered a holiday treat, making Monday, December 24 a day off for federal employees.

"President Bush acknowledges the important contributions America's federal employees make each day to ensure the success and security of our nation," said Springer. "So in the spirit of the season, President Bush is making it possible for these dedicated Americans to spend this precious four-day period with family and friends."

The Executive Order excuses most Executive Branch employees from duty on December 24. The day off does not affect Postal Service workers, nor does it include Executive Branch employees whose agencies determine they cannot be excused for reasons of national security, defense or other essential public need.

- end -

*Our mission is to ensure the Federal Government has an effective civilian workforce. OPM supports U.S. agencies with personnel services and policy leadership including staffing tools, guidance on labor-management relations and programs to improve work force performance.*

Phone: (202) 606-2402
FAX: (202) 606-2264

More News Releases | What's New on Our Site

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800 | TTY (202) 606-2532