**ANNOUNCEMENTS:**

- The Courthouse will be **closed** on Monday, **December 24, 2007**.
- **DISTRICT & BANKRUPTCY COURTS CLERK'S OFFICES MERGE**

e Federal Trial Court for Washington, D.C. - Electronic Case Filing, Jury Service, Opinions, Schedules, Rules, Forms, Publications, Judge Information.



| Website Search | Feedback | Vision | Job Opportunities |

**Click here for most recent court opinions.**



Home
Jury Service
Courthouse Information
Court Opinions
Court Schedules
Court Records
Rules and Forms
Electronic Case Filing
Judges
Links



- **Requirements for Entry into the Courthouse**
- **Jury Phone Scam Alert**
- **Privacy & Public Access to Electronic Case Files**
- **Website Privacy Policy**