**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **VIRGIL ROGERS,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) **Civil Action No. 06-1186 (ESH)** |
|  | ) |
| **KAREN JOHNSON-NORMAN,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

**ORDER**

Upon consideration of plaintiff's motion for a post-judgment protective order [Dkt. #105]

and defendant's opposition thereto [Dkt. #106], it is hereby

**ORDERED** that the motion is **DENIED**.  As plaintiff acknowledges, his sole remaining

claim was dismissed with prejudice in July 2007, and defendant's post-judgment request for

attorney's fees and other relief was denied in September 2007.  (Pl.'s Mot. at 2.)  This case

having been concluded more than three months ago, the Court lacks jurisdiction "to impose any

new, affirmative requirements on the parties relating to discovery." *Public Citizen v. Liggett*

*Group, Inc.*, 858 F.2d 775, 781 (1st Cir. 1988) (finding that court lacked power to require party

to file discovery materials in court after dismissing case on the merits).  Given the termination of

this litigation, plaintiff is advised that he is to make no further filings in this case.  If plaintiff

fails to comply with this Order, the Court will entertain a motion for sanctions.  It is

**FURTHER ORDERED** that plaintiff's motion for enlargement of time to file a reply

brief [Dkt. #107] is **DENIED AS MOOT**.  In his extension motion, plaintiff sought until

December 28, 2007, to file his reply brief, which date has now passed.

**SO ORDERED**.


                                            /s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

DATE: January 2, 2008